B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GIORDANO'S ENTERPRISES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3612475** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL**                    ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GIORDANO'S ENTERPRISES, INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See attached Exhibit A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GIORDANO'S ENTERPRISES, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE DIRECTORS OF
GIORDANO'S ENTERPRISES, INC.
A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS
(the "Company")**

The undersigned, being all of the Directors of the Company, in lieu of holding a special meeting hereby consent to the following actions and adopt the following resolutions and direct that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOVED FURTHER**, that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF,** the undersigned have executed this Consent this 16th day of February, 2011.

_____
JOHN APOSTOLOU, Director

_____
EVA APOSTOLOU, Director

```
AMPROP DEVELOPMENT CORP.
ATTN PATSY SKIDMORE
4210 W. SPRUCE ST. #202
TAMPA, FL 33607


APICELLA, KEN
APICELLA & MALATESTA, LLC
134 N LASALLE ST, SUITE 320
Chicago, IL 60602


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606


Bank of America
Attn:  Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BEST IN TOWN, INC. & ATHANSSIOS KOURLIOU
270-278 N. MCHENRY ROAD
BUFFALO GROVE, IL 60089


BFPRU I, LLC
C/O BENTLEY FORBES
10250 CONSTELLATION BLVD #2300
LOS ANGELES, CA 90067


BORMES, JAMES X.
8 S MICHIGAN AVE, #2600
Chicago, IL 60603


BRIARWOOD OFFICE CENTER II, LLC
1005 ALEXANDER COURT
UNIT F
CARY, IL 60013


BROOKS BUILDING L.L.C.
C/O MARC REALTY
40 N. WELLS ST.
CHICAGO, IL 60606
```

```
BUFFALO GROVE JOINT VENTURE
2215 YORK ROAD
SUITE 503
OAKBROOK, IL 60523


CARA SALES, INC. AND RAPHAEL CENTO & AMY
3058 CANTON FARM RD.
JOLIET, IL


CENTO'S & SONS, INC.
1840 DEKALB RD.
SYCAMORE, IL 60178


CITY OF CHICAGO BANKRUPTCY UNIT
121 N LASALLE ST RM 107
CHICAGO, IL 60602


CMJ, INC.
5115 MAIN STREET
DOWNERS GROVE, IL 60515


CONVERSE & BROWN, LLC
35 EAST WACKER DRIVE
SUITE 650
Chicago, IL 60601


COVINGTON ASSET MANAGEMENT, LLC
AGENT: SANSONE GROUP/DDR LLC
120 S. CENTRAL, SUITE 500
ST. LOUIS, MI 63105-1705


CT&T, U/T NO. 1094849 DATA PARTNERSHIP
7101 N. TRIPP
LINCOLNWOOD, IL 60712


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DIVENCENZO SCHOENFIELD SWARTZMAN
C/O ANTHONY DIVENCENZO
33 N LASALLE ST, 29TH FLOOR
Chicago, IL 60602
```

```
EAT AT JOE & AL'S, INC.
& BA AYNESSAZIAN & JOS LOCASCIO
14325 S. LAGRANGE
ORLAND PARK, IL 60462


EAT AT JOE'S II, INC.
& BA AYNESSAZIAN & JOS LOCASCIO
2870 W. ROUTE 34
OSWEGO, IL 60543


EAT PIZZA IN BRANDON, INC.
11310 CAUSEWAY BLVD.
BRANDON, FL 33511


EAT PIZZA IN DOWNTOWN NAPERVILLE, INC.
119 S. MAIN ST.
NAPERVILLE, IL 60540


EAT PIZZA IN PORT RICHEY, INC.
10042 U.S. HIGHWAY 19 NORTH
PORT RICHEY, FL 34668


EAT PIZZA PROPERTIES, L.L.C. - 10042 SER
10042 U.S. HIGHWAY 19 NORTH
PORT RICHEY, FL 34668


EAT PIZZA PROPERTIES, L.L.C. - 11310 SER
11310 CAUSEWAY BLVD.
BRANDON, FL 33511


EAT PIZZA, INC.
11400 LINCOLN HWY.
MOKENA, IL 60448


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FORMOSA DEVELOPERS, INC.
7836 IRLO BRONSON HWY.
KISSIMMEE, FL 34747
```

```
GENERAL CASUALTY
P.O. BOX 975
Sun Prairie, WI 53590


GIORDANO'S
6203 W. SANDLAKE RD., UNIT A1
ORLANDO, FL 32819


GIORDANO'S
1425 N. PULASKI RD.
CHICAGO, IL 60651


GIORDANO'S
2206 W. BUSSE
MOUNT PROSPECT, IL 60056


GIORDANO'S ATTN: ALLEN AYNESSAZIAN
11310 CAUSEWAY BLVD.
BRANDON, FL 33511


GIORDANO'S ATTN: ALLEN AYNESSAZIAN
14325 S. LAGRANGE
ORLAND PARK, IL 60462


GIORDANO'S ATTN: ALLEN AYNESSAZIAN
2870 W. ROUTE 34
OSWEGO, IL 60543


GIORDANO'S ATTN: ALLEN AYNESSAZIAN
401 N. DALE MABRY HWY.
TAMPA, FL 33609


GIORDANO'S ATTN: AMY & RAFAEL CENTENO
2075 S. RIDGE RD.
MINOOKA, IL 60447


GIORDANO'S ATTN: ANTHONY PROKOS
10410 W. CERMAK RD.
WESTCHESTER, IL 60154


GIORDANO'S ATTN: BILL APOSTOLOU
130 E. RANDOLPH DR.
CHICAGO, IL 60601
```

```
GIORDANO'S ATTN: DINO ALEXAKOS
1323 W. LAKE STREET
ADDISON, IL 60101


GIORDANO'S ATTN: DINO ALEXAKOS
5115 MAIN STREET
DOWNERS GROVE, IL 60515


GIORDANO'S ATTN: GEORGE APOSTOLOU
223 W. JACKSON BLVD.
CHICAGO, IL 60606


GIORDANO'S ATTN: HAYSSAM ELKOUSSA
7866 W. IRLO BRONSON HWY
KISSIMMEE, FL 34747


GIORDANO'S ATTN: HAYSSAM ELKOUSSA
12151 S. APOPKA VINELAND RD.
LAKE BUENA VISTA, FL 32836


GIORDANO'S ATTN: JOE CENTENO
333 EXECUTIVE PARKWAY
ROCKFORD, IL 61107


GIORDANO'S ATTN: JOE CENTENO
1556 BUTTITTA DRIVE
STREAMWOOD, IL 60107


GIORDANO'S ATTN: JOE CENTENO
1840 DEKALB RD.
SYCAMORE, IL 60178


GIORDANO'S ATTN: JOE LOCASCIO
119 S. MAIN ST.
NAPERVILLE, IL 60540


GIORDANO'S ATTN: JOE LOCASCIO
11400 LINCOLN HWY.
MOKENA, IL 60448


GIORDANO'S ATTN: JOE LOCASCIO
10042 U.S. HIGHWAY 19 NORTH
PORT RICHEY, FL 34668
```

```
GIORDANO'S ATTN: JOE LOCASCIO
3224 S. RTE. 59-STE.120
NAPERVILLE, IL 60564


GIORDANO'S ATTN: JOHN DAOULAS
6836 N. SHERIDAN RD.
CHICAGO, IL 60626


GIORDANO'S ATTN: LEO THEODORO
2010 W. MONTROSE
CHICAGO, IL 60618


GIORDANO'S ATTN: LEO THEODORO
2855 N. MILWAUKEE AVE.
CHICAGO, IL 60618


GIORDANO'S ATTN: LOUIE GIANNAKOPOULOS
6314 S. CICERO
CHICAGO, IL 60638


GIORDANO'S ATTN: LOUIE GIANNAKOPOULOS
5159 S. PULASKI RD.
CHICAGO, IL 60632


GIORDANO'S ATTN: PETER KATES
3641 MAIN ST.
ST. CHARLES, IL 60174


GIORDANO'S ATTN: PETER SKIOURIS
455 W. ROOSEVELT RD.
GLEN ELLYN, IL 60137


GIORDANO'S ATTN: PETER SKIOURIS
5309 S. BLACKSTONE
CHICAGO, IL 60615


GIORDANO'S ATTN: PETER SKIOURIS
5927 W. IRVING PARK RD.
CHICAGO, IL 60634


GIORDANO'S ATTN: PETER SKIOURIS
1115 W. CHICAGO AVE.
OAK PARK, IL 60301
```

```
GIORDANO'S ATTN: RAFAEL CENTENO
3058 W. CANTON FARM RD.
JOLIET, IL 60435


GIORDANO'S ATTN: RAFAEL CENTENO
2344 SOUTH ROUTE 59
PLAINFIELD, IL 60544


GIORDANO'S ATTN: RAMIZ MAREEWA
1388 S. ROUTE 12
FOX LAKE, IL 60020


GIORDANO'S ATTN: RAMIZ MAREEWA
455 S. RAND ROAD
LAKE ZURICH, IL 60047


GIORDANO'S ATTN: STANLEY KONDILES
320 SOUTH RANDALL RD.
SOUTH ELGIN, IL 60177


GIORDANO'S ATTN: TED MAVRAKIS
500 DAVIS STREET
EVANSTON, IL 60201


GIORDANO'S ATTN: TED MAVRAKIS
5990 DEMPSTER ST.
MORTON GROVE, IL 60053


GIORDANO'S ATTN: THANOS KOURLIOUROS
1505 S. RANDALL RD.
ALGONQUIN, IL 60102


GIORDANO'S ATTN: THANOS KOURLIOUROS
270 N. MCHENRY ROAD
BUFFALO GROVE, IL 60089


GIORDANO'S ATTN: THANOS KOURLIOUROS
7105 GRAND AVE.
GURNEE, IL 60031


GRAND WEST, INC. AND ATHANASSIOS KOURLIO
7105 GRAND AVE.
GURNEE, IL 60031
```

```
GRECO/REGGI RANDALL
4700 W. CERMAK RD.
CICERO, IL 60650


ILLINOIS DEPT OF REV BANKRUPTCY UNIT
100 W WASHINGTON ST 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


INLAND COMMERCIAL PROPERTY MANAGEMENT
C/O TRI-LAND PROPERTIES, INC.
1 WESTBROOK CORP CNTR #520
WESTCHESTER, IL 60154


INLAND WESTERN GURNEE, L.L.C.
290 BUTTERFIELD RD.
OAK BROOK, IL 60523


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


JOE CENTENO AND CENTO'S INC.
1556 BUTTITTA DRIVE
STREAMWOOD, IL 60107


KINNALLY, PATRICK M.
KINNALLY FLAHERTY KRENTZ & LORAN PC
2114 DEERPATH ROAD
Aurora, IL 60506


KTA DEVELOPMENT, INC.
P.O. BOX 9036
NAPERVILLE, IL 60567


LSC INVESTMENT GROUP
C/O WILLIAM PILEGGI
120 N. LASALLE ST, SUITE 1900
CHICAGO, IL 60602
```

```
MCDONALD, THOMAS
MCDONALD AND MCCABE
225 W WACKER DR, #2100
Chicago, IL 60606


MIDWEST REALTORS AGENT FOR THE OWNERS
6251 W. BELMONT AVE.
CHICAGO, IL 60634


MORTON NORTH, INC.
2010 W. MONTROSE
CHICAGO, IL 60618


NAPER PLACE, L.L.C. MOSER ENTERPRISES, I
5TH AVE. STATION
SUITE 430
NAPERVILLE, IL 60563


NATIONAL SHOPPING PLAZAS, INC.
333 W. WACKER DR.
SUITE 2750
CHICAGO, IL 60606


NEAL M. GOLDBERG
LAW OFFICES OF NEAL M. GOLDBERG
39 S LASALLE ST, SUTIE 1220
Chicago, IL 60603


OSHANA, CAROL BILLI-BASILE LAW FIRM
180 NORTH LASALLE STREET
SUITE 1450
Chicago, IL 60601


PALMS, INC.
P.O. BOX 1531
DEERFIELD, IL 60015


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PETER KATES
3641 MAIN ST.
ST. CHARLES, IL 60174
```

PIZZA BEST, INC. AND LEONIDAS THEODORPOP
2855 N. MILWAUKEE AVE.
CHICAGO, IL 60618


PLATT, JEFFREY
COMAN AND ANDERSON, PC
2525 CABOT DRIVE, SUITE 300
Lisle, IL 60532


PULLIUM, LEE, ATTORNEY AT LAW
70 EAST LAKE STREET
Chicago, IL 60601


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RANDALL THIRD, INC.
270 N. MCHENRY ROAD
BUFFALO GROVE, IL 60089


RANDOLPH PARTNERS, L.L.C. - 333 SERIES
308 W. RANDOLPH
SUITE 400
CHICAGO, IL 60606


RAPHAEL CENTO, CARA SALES, INC.
3058 W. CANTON FARM RD.
JOLIET, IL 60435


ROUTE 30 MOKENA, L.L.C.
GRECCO/REGGI DEVELOPMENT, L.L.C.
280 WESTGATE DR.
CAROL STREAM, IL 60188


SKDD, INC.
320 S. RANDALL RD.
SOUTH ELGIN, IL 60177


STATE BANK OF LAKE ZURICH TTEE U/T No 88
MILAM&DJAVIT SALIU BENEFICIARIES

```
SUNLEE DEVELOPMENT, L.L.C.
1000 9TH STREET
ROCKFORD, IL 61104


SUSAN SANDELMAN TTEE FUNDAMENTALS CO TRU
&SANDELMAN TTEE LAURIE INDUSTRIES
KIN PROP 185 NW SPANISH RIVER #100
BOCA RATON, FL 66431


WESTVIEW PLAZA, INC.
1172 STURBRIDGE DR.
HOFFMAN ESTATES, IL 60195


WHEATLAND MARKETPLACE, L.L.C.
25033 W. 91ST ST.
NAPERVILLE, IL 60564
```