IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **GIORDANO'S ENTERPRISES, INC.,** *et al.*, | ) | **Case No. 11 - 06098** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **Hon. Eugene R. Wedoff** |
| | ) | |
| | ) | **Date: March 17, 2011** |
| | ) | **Time: 1:30 p.m.** |

**CERTIFICATE OF SERVICE**

I, David A. Golin, an attorney, hereby certify that I caused copies of:

1. Notice of Final Hearing on Debtors' Motion For Use of Cash Collateral and Debtor in Possession Financing (a copy of which is attached);

2. Order Authorizing Debtors To: (A) Use of Cash Collateral On An Emergency Basis Pending Final Hearing; (B) Incur Postpetition Debt On An Emergency Basis Pending a Final hearing; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (Docket No. 42); and

3. Proposed Order Authorizing Debtors To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (a copy of which is attached)

to be sent to the persons listed on the attached Service Lists via U.S. Mail on March 3, 2011.

By: /s/ David A. Golin
David A. Golin  (06180517)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100

9470198.1

**SERVICE LIST**
In re Giordano's Enterprises, Inc., *et al.*
Case No. 11-06098 (Jointly Administered)

Cameron Gulden
U.S. Trustee (Region 11)
219 S. Dearborn Street
Suite 873
Chicago, IL 60604
*(Counsel for United States Trustee)*

Randall Klein
William A. Starshak
Danielle Juhle
Goldberg Kohn Bell Black
Rosenbloom & Moritz Ltd.
55 E. Monroe St., Suite 3300
Chicago, IL 60603-5792
*(Counsel for Fifth Third Bank)*

James G. Froberg
Lowis & Gellen LLP
200 West Adams St, Suite 1900
Chicago, IL 60601
*(Counsel for Bank of America)*

Michael J. Small
Thomas C. Hardy
Lars A. Peterson
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
*(Counsel for Saputo Cheese USA, Inc.)*

Eugene S. Kraus
Jason R. Sleezer
Scott & Kraus, LLC
150 S. Wacker Drive, Suite 2900
Chicago, IL 60606
*(Counsel for Inland Western Gurnee, LLC)*

Thomas V. Askounis
Jennifer S. Burt
Askounis & Darcy, PC
401 N. Michigan Ave., Suite 550
Chicago, IL 60611
*(Counsel for Chicago Int'l Trucks, LLC)*

Christopher J. Horvay
Pia N. Thompson
Gould & Ratner LLP
222 N. LaSalle Street, Suite 800
Chicago, IL 60601
 *(Counsel for Pamela Landy)*

Joshua W. Cohen
Day Pitney LLP
One Audubon St., 6th Floor
New Haven, CT 06511
 *(Counsel for PeriShip, LLC)*

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
100 W. Randolph Street
Chicago, IL 60101

9454652.2

**THIRTY LARGEST CREDITORS SERVICE LIST**
In re Giordano's Enterprises, Inc., *et al.*
Case No. 11-06098 (Jointly Administered)

Marina Sallas
c/o Eric H. Zagrans
Zagrans Law Firm LLC
The Tower at Erieview, Suite 1100
1301 East Ninth Street
Cleveland, OH 44114-1800

Saputo Cheese USA, Inc.
c/o Michael J. Small
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654

Greco and Sons, Inc.
1550 Hecht Road
Bartlett, IL 60103-1697
Attn: Eddy Greco

Laner Muchin Dombrow Becker
 Levin & Tominberg, Ltd.
c/o Law Offices of Neal Goldberg
39 South LaSalle Street, Suite 1220
Chicago, IL 60603

Delta Heating, Inc.
c/o Lee Pulliam, Esq.
70 East Lake Street
Chicago, IL 60601

Heinz North America
P.O. Box 371605
Pittsburg, PA 15251-7605
Attn: Shirley or Glen Morelli

Periship
7 Business Park, Unit 15
Branford, CT 06405

Tardella Foods, Inc.
1639 N. Newland Ave.
Chicago, IL 60707-4408
Attn: Bill Crowther

Columbus Foods Company
4990 Paysphere Circle
Chicago, IL 60674
Attn: Bob Bartalata

Stratos Foods, Inc.
314 N. Leavitt
Chicago, IL 60612
Attn: John Litsogiannis

Glenn P. Doeing
c/o Garfield & Merel, Ltd.
180 N. Stetson Avenue, Suite 1300
Chicago, IL 60601

Black Jacks Auto Center
1805 Oakton Street
Elk Grove, IL 60007-2104
Attn: Jack or Jay

Chicago International Trucks
94360 Eagle Way
Chicago, IL 60678
Attn: Larry

Panapesca USA Corporation
42 Winter Street
Pembroke, MA 02359
Attn: Pat Guffy

Ken's Foods, Inc.
1 D'Angelo Drive
P.O. Box 849
Marlborough, MA 01752

Turano Baking Company
6501 West Roosevelt Road
Berwyn, IL 60402
Attn: Larry Lemboke

Foodtec Solutions, Inc.
175 Highland Avenue #6
Needham, MA 02494-3034
Attn: Susan

Best Bargains, Inc.
P.O. Box 873
New Munster, WI 53152
Attn: Steve

Garden-Fresh Foods, Inc.
726 S. 12th Street
Milwaukee, WI 53204
Attn: Danny

The Eli's Cheesecake Company
6701 West Forest Preserve Drive
Chicago, IL 60634

SVA Consulting, Inc.
P.O. Box 44966
Madison, WI 53744-4966

J.R. Simplot
P.O. Box 27
Boise, ID 83707

Supreme Lobster & Seafood Co.
Credit Department
220 E. North Avenue
Villa Park, IL 60181-1221
Attn: Jackie

Coca Cola Bottling Company
5321 W. 122nd Street
Alsip, IL 60803

Ecolab
P.O. Box 70343
Chicago, IL 60673-0343
Attn: Tim Donohue

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Orestis Construction Co.
4239 N. Hamlin Ave.
Chicago, IL 60618

Bell-Carter Foods, Inc.
3742 Mt. Diablo Boulevard
Lafayette, CA 94549-3606

Koch Foods of Mississippi, LLC
299 Airport Road South
Pearl, MS 39208

Olympic Store Fixtures, Inc.
4758 S. Cicero Ave.
Chicago, IL 60638


9455635.2

## OTHER VENDORS SERVICE LIST
### In re Giordano's Enterprises, Inc., *et al.*
### Case No. 11-06098 (Jointly Administered)

| | |
|---|---|
| Giordano's Advertising Fund<br>740 Rush Street<br>Suite 4100<br>Chicago, IL  60611<br>Attn: John Apostolou | Mundo Development Co.<br>P.O. Box 389114<br>Chicago, IL  60638<br>Attn: Juan or Angel |
| Fintech.net<br>7702 Woodland Center Blvd., Suite 50<br>Tampa, FL  33614<br>Attn: Debbie Badia | Dualtemp of Illinois, Inc.<br>4301 S. Packers Ave.<br>Chicago, IL  60609<br>Attn: Tom Lyne |
| Michigan Turkey Producers<br>1100 Hall Street, SW<br>Grand Rapids, MO  49503<br>Attn: Michelle Howell | |
| O.K. Foods, Inc.<br>P.O. Box 1787<br>Ft. Smith, AR  72902-1787 | |
| Patti Blair Court Reporters<br>105 W. Adams St.<br>Chicago, IL  60603 | |
| Runge Paper Company, Inc.<br>P.O. Box 5940<br>Carol Stream, IL  60197-5940 | |

9456385.2

**OTHER GOVERNMENTAL ENTITIES AND LIENHOLDERS SERVICE LIST**
In re Giordano's Enterprises, Inc., *et al.*
Case No. 11-06098 (Jointly Administered)

Delaware Attorney General
Wilmington Office: Carvel State Office Bldg.
820 N. French Street
Wilmington, DE 1980I

Delaware Department of Finance,
Division of Revenue
New Castle County: Carvel State Office Bldg.
820 North French Street
Wilmington, DE 19801

The Department of Transportation of the
State of Illinois
c/o Special Assistant Attorney General
Michael R. Martin
15 West Jefferson Street, Suite 300
Joliet, IL 60432

Delaware Department of Finance,
Division of Revenue
Kent County: Thomas Collins Building
540 S. Dupont Highway
Dover, DE 19901

Illinois Dept. of Employment Security
Collections Section
401 S. State Street
Chicago, IL 60605

Delaware Department of Finance,
Division of Revenue, Sussex County
20653 Dupont Blvd. Suite 2
Georgetown, DE 19947

Delaware Attorney General
Dover Office:  102 W. Water Street
Dover, DE 19904

Merrill Lynch Commercial Finance Corp.
222 North LaSalle Street, 17th Floor
Chicago, IL 60601

City of Chicago
Law Department
121 N. LaSalle Street
Chicago, IL 60602

Lien Unit
Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Western Springs National Bank and Trust
4456 Wolf Road
Western Springs, IL 60558

Delaware Attorney General
Georgetown Office: 114 East Market St.
Georgetown, DE 19947

Illinois Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601

9456429.2

# GIORDANO'S SERVICE LIST
## LANDLORDS

| | |
|---|---|
| Eat Pizza Properties, LLC<br>Eat Pizza Properties, LLC – 401 Series<br>Eat Pizza Properties, LLC – 11310 Series<br>Eat Pizza Properties, LLC – 10042 Series<br>340 E. Randolph Street, Suite 5201<br>Chicago, IL 60601 | Briarwood Office Center II, LLC<br>1005 Alexander Court, Unit F<br>Cary, IL 60013 |
| Midwest Realtors Agent For The Owners<br>6251 W. Belmont Ave.<br>Chicago, IL 60634 | CMJ, Inc.<br>5115 Main Street<br>Downers Grove, IL 60515 |
| Naper Place, L.L.C.<br>Moser Enterprises, Inc.<br>5th Avenue Station, Suite 430<br>Naperville, IL 60563 | Palms, Inc.<br>P.O. Box 1531<br>Deerfield, IL 60015 |
| Inland Western Gurnee, L.L.C.<br>290 Butterfield Road<br>Oak Brook, IL 60523 | Inland Commercial Property Management<br>c/o Tri-Land Properties, Inc.<br>One Westbrook Corporate Center<br>Suite 520<br>Westchester, IL 60154 |
| Brooks Building LLC<br>c/o Marc Realty<br>40 N. Wells Street<br>Chicago, IL 60606 | Formosa Developers, Inc.<br>7836 IRLO Bronson Highway<br>Kissimmee, FL 34747 |
| Amprop Development Corporation<br>Attn. Patsy Skidmore<br>4210 W. Spruse St., Suite 202<br>Tampa, FL 33607 | Chicago Title and Trust, Under<br>Trust No. 1094849 DA<br>7101 N. Tripp<br>Lincolnwood, IL 60712 |
| Route 30 Mokena, L.L.C.<br>Grecco/Reggi Development, L.L.C.<br>280 Westgate Drive<br>Carol Stream, IL 60188 | Susan Sandelman as Trustee of<br>Fundamentals Comi<br>c/o Kin Properties, Inc.<br>185 NW Spanish River Blvd.<br>Suite 100<br>Boca Raton, FL 66431 |

BFPRU I, LLC
c/o Bentley Forbes
10250 Constellations Blvd.
Suite 2300
Los Angeles, CA 90067

Chicago Title Land Trust Company as
successor to State Bank of Lake Zurich
Trustee under Trust No. 88-0041
171 N Clark St, Suite 575
Chicago, IL 60601

Covington Asset Management, LLC
Management and Leasing Agent:
Sansone Group/DDR LLC
120 S. Central, Suite 5
St. Louis, MO 63105-1705

Sunlee Development, L.L.C.
1000 9th Street
Rockford, IL 61104

National Shopping Plazas, Inc.
333 W. Wacker Drive, Suite 2750
Chicago, IL 60606

KTA Development, Inc.
P.O. Box 9036
Naperville, IL 60567

Pamela Landry
838 N. Arlington Heights Road
Arlington Heights, IL 60004

Peter Skiouris
3200 N. Natchez
Chicago, IL 60634

Greco/Reggi Randall
4700 W. Cermak Road
Cicero, IL 60650

Wheatland Marketplace, L.L.C.
25033 W. 91st St.
Naperville, IL 60564

Westview Plaza, Inc.
1172 Sturbridge Drive
Hoffman Estates, IL 60195

LSC Investment Group
c/o William Pileggi
120 N. LaSalle St., Suite 1900
Chicago, IL 60602

Buffalo Grove Joint Venture
270-278 N. McHenry Road
Buffalo Grove, IL 60089

Lowe Construction Management Company
815 W. Van Buren Street, Suite 5500
Chicago, IL 60607

Fifeld Palmer & Company as agent for
David Street Venture
101 N. Wacker Drive
Chicago, IL 60606

9456980.2