**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **GIORDANO'S ENTERPRISES, INC.,** *et al.*, | ) | Case No. 11 - 06098 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | Date: August 10, 2011 |
| | ) | Time: 10:00 a.m. |

**NOTICE OF MOTION**

To:   See Attached Service List

Please take notice that on **August 10, 2011 at 10:00 a.m.** or as soon thereafter as counsel may be heard, in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 80], we will appear before United States Bankruptcy Judge Eugene R. Wedoff, or any other judge sitting in his stead, in Courtroom 744 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD FEBRUARY 16, 2011 THROUGH JUNE 30, 2011,** at which time and place you may appear as you see fit.

Dated: July 20, 2011                                ARNSTEIN & LEHR LLP

                                                    By:   /s/ Michael L. Gesas

                                                    Michael L. Gesas  (06186924)
                                                    ARNSTEIN & LEHR LLP
                                                    120 S. Riverside Plaza, Suite 1200
                                                    Chicago, IL 60606
                                                    Tel: (312) 876-7100
                                                    Fax: (312) 876-0288

9673064.1

**CERTIFICATE OF SERVICE**

    I, Michael L. Gesas, an attorney, certify that on July 20, 2011, I caused a copy of the foregoing Notice of Filing and the FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD FEBRUARY 16, 2011 THROUGH JUNE 30, 2011 to be served on the parties listed on the service list below by electronic mail or the Court's ECF System to those persons entitled to electronic service.

                                          By:    /s/ Michael L. Gesas

**SERVICE LIST**

*Electronic Mail and ECF*:

Quarles & Brady
Attn: Philip V Martino
300 N. LaSalle, Suite 4000
Chicago, IL 60654
(Chapter 11 Trustee)

Office of the U.S. Trustee
Attn: Cameron Gulden
219 S Dearborn St, Room 873
Chicago, IL 60604

Freeborn & Peters LLP
Attn: Richard S. Lauter
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(Counsel for the Unsecured Creditors'
Committee)

Goldberg Kohn Bell Black Rosenbloom &
Moritz, Ltd.
Attn: Randall Klein
55 E. Monroe St., Suite 3300,
Chicago, IL 60603
(Counsel for Fifth Third Bank)

*Via ECF*:

Thomas V Askounis
Chicago International Trucks, LLC
taskounis@askounisdarcy.com

jburt@askounisdarcy.com

Jennifer S Burt
Chicago International Trucks, LLC
jburt@askounisdarcy.com

Christopher M Cahill
BANK OF AMERICA, N.A.
ccahill@lowis-gellen.com,
abockman@lowis-gellen.com

Joshua W Cohen
PeriShip, LLC
jwcohen@daypitney.com

Christopher Combest
Chapter 11 Trustee – Philip Martino
ccombest@quarles.com
Faye.Feinstein@quarles.com

Yeny Estrada
Greco & Sons, Inc.
estrada@wildman.com
connor@wildman.com
ecf-filings@wildman.com

Thomas R. Fawkes
Creditor Committee
tfawkes@freebornpeters.com
bkdocketing@freebornpeters.com

Faye B Feinstein

9673064.1

Chapter 11 Trustee – Philip Martino
faye.feinstein@quarles.com
stella.love@quarles.com
anthony.steinike@quarles.com

Chester H. Foster
Athenas Best Pizza, Inc.
chf@fostersmithlaw.com
jbf@fostersmithlaw.com
dbf@fostersmithlaw.com

James G Froberg
BANK OF AMERICA, N.A.
jgfroberg@lowis-gellen.com
jgfroberg@aol.com

Cameron M Gulden
U.S. Trustee Patrick Layng
USTPRegion11.es.ecf@usdoj.gov
cameron.m.gulden@usdoj.gov
USTPRegion11.es.ecf@usdoj.gov

Aaron L Hammer
Creditor Committee
ahammer@freebornpeters.com
bkdocketing@freebornpeters.com

Christopher J. Horvay
Creditor – Pamela Landry
chorvay@gouldratner.com

Brian J Jackiw
Creditor Committee
bjackiw@freebornpeters.com
bkdocketing@freebornpeters.com

Vivek Jayaram
HS & CO., Inc.
vivek@jayaramlaw.com

Gregory J Jordan
Old Second Bank -- Kane County
gjordan@jka-law.com

Danielle Juhle

Fifth Third Bank
danielle.juhle@goldbergkohn.com
kristina.bunker@goldbergkohn.com

Kathryn A Klein
Chrysler Financial Services Americas,
L.L.C. f/k/a Daimler Chrysler Financial
Services Americas, L.L.C.
iln@riezmanberger.com
riezmanberger@gmail.com

Randall Klein
Fifth Third Bank
randall.klein@goldbergkohn.com
amy.halpin@goldbergkohn.com
logan.stortz@goldbergkohn.com

Richard S Lauter
Creditor Committee
rlauter@freebornpeters.com
bkdocketing@freebornpeters.com

Patrick S Layng
U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Joanne Lee
Inland Commercial Property Mgmt, Inc.
jlee@foley.com

Terri M Long
Wells Fargo Auto Finance, Inc., Servicer
For Wells Fargo Bank, N.A., its successors
and/or assigns
Courts@tmlong.com

Philip V Martino
Chapter 11 Trustee
philip.martino@quarles.com
pmartino@ecf.epiqsystems.com
colleen.greer@quarles.com
wemet@quarles.com

Mary E Olson

9673064.1

Greco & Sons, Inc.
molson@wildman.com
ecf-filings@wildman.com

Andre Ordeanu
Creditor – Eva Apostolou
andre@zanesmith.com
Patty@Zanesmith.com

Lars A Peterson
Saputo Cheese USA, Inc.
lapeterson@foley.com

James M Philbrick
Ally Financial f/k/a GMAC
jmphilbrick@att.net

Jeffrey R Platt
Coman & Anderson, P.C.
jplatt@comananderson.com
ejurgenson@comananderson.com

Mark L Radtke
Rush Street Pizza, LLC
mradtke@shawgussis.com

bharrington@shawgussis.com

Jason R. Sleezer
Inland Western Gurnee, L.L.C.
jsleezer@skcounsel.com
rybarra@skcounsel.com

Lawrence A. Stein
Huck Bouma PC
lstein@huckbouma.com
lkoster@huckbouma.com

Jeffrey Strange
Business Keys LLC
jstrangelaw@aol.com
william.georgakis@gmail.com

Pia N Thompson
Creditor – Pamela Landry
pthompson@gouldratner.com
lnaples@gouldratner.com

Steven B Towbin
Rush Street Pizza, LLC
stowbin@shawgussis.com

9673064.1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GIORDANO'S ENTERPRISES, INC., *et al.*,[1] | ) | Case No. 11 - 06098 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | Date:  August 10, 2011 |
| | ) | Time:  10:00 a.m. |

**FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR**
**COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD**
**FEBRUARY 16, 2011 THROUGH JUNE 30, 2011**

Arnstein & Lehr LLP ("A&L"), former bankruptcy counsel for Giordano's Enterprises, Inc. ("GEI") and the other thirty-two (32) above-captioned debtors (collectively, the "Debtors" or "Giordano's"), pursuant to 11 U.S.C. §§ 328 and 330 and in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 80] (the "Fee Procedures Order"), applies to this Court for an entry of an order: (a) allowing as interim compensation the amount of $67,345.64 which represents the twenty percent (20%) holdback for legal services rendered during the period February 16, 2011 through May 31, 2011 (the "Holdback Fees"); (b) allowing as interim compensation the amount of $6,433.60 for legal services rendered during the period June 1, 2011 through June 30, 2011 (the "June 2011 Fees"); (c) allowing as final compensation the aggregate amount of $343,161.80

---

[1] The Debtors in these cases are: Giordano's Enterprises, Inc., Illinois Management Company, Inc., JBA Equipment Finance, Inc., Altamonte Partners, LLC, Giordano's Franchise, Inc., Giordano's of Florida, Inc., Giordano's Restaurants, Inc., Giordano's Famous Stuffed Pizza, Inc., Americana Foods, Inc., Pizza Pizazze, Inc., Giordano's, LLC, Oakbrook Partners, LLC, Randolph Partners, LLC, Randolph Partners, LLC 20-24 Series, Randolph Partners, LLC – 327 Series, Randolph Partners, LLC – Lake Street Series, Randolph Partners, LLC – Formosa Series, Randolph Partners, LLC – Minooka Series, Randolph Partners, LP, Randolph Partners, LLC – 740 Series, Randolph Partners, LLC – 308 Series, Randolph Partners, LLC – Ogden Oswego Series, Randolph Partners, LLC – 1425 Series, Randolph Partners, LLC – Mount Prospect Series, Belmont Pizza, Inc., Rush Pizza, Inc., Greektown Pizza, Inc., Rosemont Pizza, Inc., Willowbrook Pizza, Inc., Randolph Partners, LLC – Sherberth Series, Randolph Partners, LLC – Oakbrook Partners Series, Randolph Partners, LLC – Cotton Lane Series, and Randolph Partners, LLC – Randall Orchard Series.

for legal services rendered during the period February 16, 2011 through June 30, 2011 and reimbursement to A&L in the amount of $12,419.13 in expenses; and (d) authorizing the Chapter 11 Trustee to pay the allowed Holdback Fees and June 2011 Fees. In support thereof, A&L respectfully states as follows:

## BACKGROUND

1. On February 16, 2011 (the "Petition Date"), GEI and twenty-six (26) of the other Debtors filed voluntary petitions for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"). On February 17, 2011, the other six (6) Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors' cases are being jointly administered.

2. On March 9, 2011, this Court entered an Order approving the Debtors' employment of A&L as Debtors' bankruptcy counsel in the Chapter 11 Cases retroactive to the Petition Date.

3. On March 7, 2011, an Official Committee of Unsecured Creditors (the "Committee") was appointed in the Chapter 11 Case. On March 17, 2011, this Court granted the Committee's request to employ Freeborn and Peters LLP as counsel to the Committee.

4. From the Petition Date through May 10, 2011, the Debtors managed their assets and financial affairs as debtors in possession. On May 10, 2011, this Court entered separate orders granting A&L's Motion to Withdrawal as Bankruptcy Counsel for the Debtors and the United States Trustee's Motion to Appoint a Chapter 11 Trustee.

5. Giordano's operates six company owned stores in Chicagoland, four joint venture stores, and thirty-five franchisee locations. In addition, Giordano's operates Americana Foods, Inc., located in Mount Prospect, Illinois, that serves as the commissary for the majority of food products purchased by the Illinois locations. An affiliated real estate holding company, Randolph Partners, LP, owns twelve restaurant buildings that are leased to four of the company-

owned locations, two of the joint venture locations and six of the franchisee locations. The other thirty-three locations are leased from third party landlords; two for the Giordano's locations, two for the joint venture locations and twenty-nine for the franchise locations. Giordano's is the lessee and subleases the restaurant facility for twenty-two of the twenty-nine franchise third party leases. JBA Equipment Finance, Inc, another affiliated entity, leases restaurant equipment packages to eight franchisee locations.

6. On March 9, 2011, the Court entered the Fee Procedures Order. The Fee Procedures Order allowed, *inter alia*, each professional, including A&L, to file monthly fee statements with the Court. If no objections were filed to the monthly fee statements, the Debtors were authorized and directed to pay the professional an amount equal to eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the monthly fee statements. In accordance with the Fee Procedures Order, A&L filed the following monthly fee statements and was paid the following amounts as interim compensation:

| Month(s) | Total Fees | Fees Paid (80%) | Expenses Paid (100%) | Monthly Holdback Fees (20%) |
|---|---|---|---|---|
| February 2011 | $72,034.30 | $57,627.44 | $3,259.32 | $14,406.86 |
| March 2011 | $130,785.60 | $104,628.48 | $4,214.11 | $26,157.12 |
| April-May 2011 | $133,908.30 | $107,126.64 | $4,945.70 | $26,781.66 |
| **TOTALS** | **$336,728.20** | **$269,382.56** | **$12,419.13** | **$67,345.64** |

**Narrative Summary of Services**

7. A narrative summary of the services rendered by A&L during the period February 16, 2011 through June 30, 2011 is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to the Debtors during this period are reflected on the billing statements attached hereto as Exhibit A through Exhibit N. The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date

on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

8.  The services rendered by A&L during the period February 16, 2011 through June 30, 2011 have been segregated into fourteen (14) categories as follows:  (A) Case Administration; (B) Schedules / Statement of Financial Affairs; (C) Employment of Professionals; (D) Financing; (E) Sale of Assets; (F) Relief from Stay; (G) Meeting of Creditors; (H) Claims Administration / Creditor Issues; (I) Fee Petition; (J) Tax issues; (K) Litigation; (L) Franchise Litigation; (M) Intellectual Property; and (N) Post-Withdrawal Transition Services. There is also an additional 'Expenses' category summarized in Exhibit O.  The fees sought by A&L in each of the aforesaid billing categories are summarized as follows:

| EXHIBIT | TITLE OF CATEGORY | AMOUNT SOUGHT |
|---|---|---|
| A | Case Administration | $109,038.50 |
| B | Schedules / SOFAs | $33,138.10 |
| C | Employment of Professionals | $45,542.10 |
| D | Financing | $57,817.70 |
| E | Sale of Assets | $4,300.90 |
| F | Relief from Stay | $376.90 |
| G | Meeting of Creditors | $3,895.70 |
| H | Claims Admin./ Creditor Issues | $8,822.80 |
| I | Fee Petition | $6,114.90 |
| J | Tax Issues | $1,922.90 |
| K | Litigation | $11,222.10 |
| L | Franchise Litigation | $34,801.60 |
| M | Intellectual Property | $5,252.40 |
| N | Post-Withdrawal Transition Services | $20,915.20 |
|   | **TOTAL FEES** | **$343,161.80** |
| O | Expenses | $12,419.13 |

9. The time expended by each billing professional is set forth below and summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Barry A. Chatz (BAC) | Bankruptcy | 11.40 | $585.00 | $6,201.00 |
| Becky L. Sutton (BLS) | Paralegal | 75.80 | $203.00 | $15,387.40 |
| David A. Golin (DAG) | Bankruptcy | 294.50 | $459.00 | $125,490.60 |
| George P. Apostolides (GPA) | Litigation | 13.60 | $396.00 | $5,385.60 |
| Julie A. Meyer (JAM) | Litigation | 2.50 | $252.00 | $630.00 |
| Jurate B. Medziak (JBM) | Paralegal | 1.20 | $162.00 | $194.40 |
| John C. Fuller (JCF) | Paralegal | 3.90 | $216.00 | $842.40 |
| Judy L. Grubner (JLG) | Intell. Property | 12.20 | $423.00 | $5,160.60 |
| Konstantinos Armiros (KA) | Bankruptcy | 0.40 | $495.00 | $196.00 |
| Kevin H. Morse (KHM) | Bankruptcy | 197.40 | $257.00 | $45,617.50 |
| Mark F. Miller (MFM) | Corporate | 0.20 | $495.00 | $99.00 |
| Michelle G. Novick (MGN) | Bankruptcy | 0.50 | $423.00 | $211.50 |
| Michael L. Gesas (MLG) | Bankruptcy | 208.80 | $536.00 | $111,648.80 |
| Miriam R. Stein (MZS) | Bankruptcy | 30.90 | $423.00 | $9,729.00 |
| Marc S. Zaslavsky (MSZ) | Bankruptcy | 12.90 | $252.00 | $3,049.20 |
| Robert E. McKenzie (REM) | Tax | 0.10 | $536.00 | $53.60 |
| Susan L. Mahon (SLM) | Paralegal | 48.50 | $203.00 | $9,845.50 |
| Tracy A. Salinski (TAS) | Corporate | 10.50 | $297.00 | $3,118.50 |
| Thomas P. Yardley (TPY) | Litigation | 0.80 | $374.00 | $299.20 |
| | **TOTAL:** | **926.10** | | **$343,161.80** |

10. The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

11. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary

work. **Further, prior to the filing of this Application, A&L has voluntarily written off numerous time entries relating to meetings or court appearances where more than one attorney was present, and for other time spent which A&L felt may be deemed excessive. In total, A&L has written off 48.10 hours of attorney and paralegal time relating to this Final Fee Application.**

12.　　During A&L's involvement in the Debtors' bankruptcy cases, A&L worked diligently to reorganize the Debtors for the benefit of all parties. Toward that end, A&L prepared and filed thirty-three (33) petitions for the Debtors and filed and appeared in court on all first day motions. A&L also finalized the terms of debtor in possession financing with the Debtors' secured creditor, Fifth Third Bank, and worked with the secured lender on terms for a sale of the Debtors' assets. Finally, just prior to its withdrawal, A&L negotiated the terms of employment for an investment banker to market the Debtors' assets for a potential sale of the assets or the Debtors' promissory notes. The foregoing tasks performed by A&L are divided in each of the listed categories and are summarized as follows:

> EXHIBIT A – General Case Administration: This category includes the following: attendance at court hearings and all general court motions; activities which require simultaneous attention to issues involved in several of the foregoing categories B thru N; communications and meetings with the Debtors' principal and/or restructuring officer; preparation and filing of all first day motions and attendance at hearings on the same; communications with the U.S. Trustee regarding the cases; initial communications with counsel for creditors and franchisees; activities related to the Debtors' corporate structure, organization and operations; and any other services related to the general administration of the Chapter 11 Cases. A&L spent 301.50 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit A. Said services have a value of $109,038.50 or which A&L is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BAC | Partner | 5.4 | $2,691.00 |
| BLS | Paralegal | 30.0 | $6,090.00 |
| DAG | Partner | 58.9 | $22,353.30 |
| JBM | Paralegal | 1.2 | $194.40 |

| | | | |
|---|---|---|---|
| KHM | Associate | 71.4 | $16,602.20 |
| MLG | Partner | 95.2 | $50,759.20 |
| MSZ | Associate | 10.8 | $2,520.00 |
| MZS | Partner | 16.5 | $5,372.10 |
| SLM | Paralegal | 12.1 | $2,456.30 |
| **Total** | | **301.5** | **$109,038.50** |

EXHIBIT B – Schedules / Statement of Financial Affairs: This category includes the following: coordinate preparation of schedules and related documents between restructuring officer and claims agent; work regarding preparation for amount of secured claim of Fifth Third Bank on Debtors' Schedule D; review of schedules and all related documents for the 33 Chapter 11 Cases; communications with restructuring officer regarding information in schedules and other required information; drafting general disclaimer and statement for the Debtors' schedules; and any other services related to the preparation, review and filing of the Debtors' schedules and other required documents. A&L spent 87.2 hours of attorney time on the foregoing services, as is more fully described in Exhibit B. Said services have a value of $33,138.10 for which A&L is seeking compensation.

| Schedules / Statement of Financial Affairs | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 20.5 | $4,161.50 |
| DAG | Partner | 55.3 | $25,015.50 |
| KHM | Associate | 2.7 | $436.90 |
| MLG | Partner | 5.0 | $2,680.00 |
| MSZ | Associate | 1.0 | $252.00 |
| MZS | Partner | 2.7 | $592.20 |
| **Total** | | **87.2** | **$33,138.10** |

EXHIBIT C – Employment of Professionals: This category includes the following: preparation, drafting and attendance at hearing of motions to employ A&L as Debtors' bankruptcy counsel, motion to employ special litigation counsel; motion to employ professionals in the ordinary course of business; and motion for administrative order to establish interim compensation procedures; communications and negotiations with the secured lender regarding the employment and retention of an investment banker to market the Debtors' assets; drafting motion for employment of an investment banker; drafting motion to file certain aspects of investment banker's retention under seal; motion to employ KCC as claims agent; and any other services related to the retention and employment of professionals in the Chapter 11 Cases. A&L spent 113.6 hours of

attorney time on the foregoing services, as is more fully described in Exhibit C. Said services have a value of $45,542.10 for which A&L is seeking compensation.

| Employment of Professionals | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 0.5 | $101.50 |
| DAG | Partner | 59.5 | $25,612.20 |
| KA | Partner | 0.4 | $198.00 |
| KHM | Associate | 24.3 | $5,756.80 |
| MLG | Partner | 20.0 | $10,720.00 |
| MSZ | Associate | 1.1 | $277.20 |
| MZS | Partner | 7.8 | $2,876.40 |
| **Total** | | **113.6** | **$45,542.10** |

EXHIBIT D – Financing: This category includes the following: preparation and drafting of motion for use of cash collateral on interim basis; review of loan documents between secured lender and Debtors; conferences and negotiations regarding use of operating cash and budget with secured lender and restructuring officer; attendance at hearings on use of cash collateral; revisions to interim and final cash collateral orders; negotiations to obtain use of funds frozen in Bank of America account; communications with secured lenders counsel and committee's counsel regarding continued terms of use of cash collateral; and other and further services relating to financing issues. A&L spent 130.9 hours of attorney time on the foregoing services, as is more fully described in Exhibit D. Said services have a value of $57,817.70 for which A&L is seeking compensation.

| Financing | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BAC | Partner | 1.2 | $702.00 |
| BLS | Paralegal | 0.2 | $40.60 |
| DAG | Partner | 74.7 | $33,185.70 |
| KHM | Associate | 6.3 | $1,619.10 |
| MLG | Partner | 35.4 | $18,974.40 |
| MZS | Partner | 0.8 | $0.00 |
| SLM | Paralegal | 3.8 | $771.40 |
| TAS | Partner | 8.5 | $2,524.50 |
| **Total** | | **130.9** | **$57,817.70** |

EXHIBIT E – Sale of Assets: This category includes all work relating to the potential sale of the Debtors' assets. These services include the following: calls from potential investment bankers and/or investors following the filing of the petitions; review of letter from joint venture partner purportedly exercising purchase option clause; research regarding purchase option contracts in bankruptcy and *ipso facto* clauses; communications with joint venture partner's counsel regarding efficacy of purchase contracts in bankruptcy; communications with counsel for potential interested buyers of the assets or notes; and all other services related to the disposition or sale of the Debtors' assets. A&L spent 15.5 hours of attorney time on the foregoing services, as is more fully described in Exhibit E. Said services have a value of $4,300.90 for which A&L is seeking compensation.

| Sale of Assets | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| DAG | Partner | 0.3 | $96.00 |
| KHM | Associate | 10.1 | $662.50 |
| MLG | Partner | 3.3 | $9,086.00 |
| MGN | Partner | 0.5 | $990.00 |
| MZS | Partner | 1.3 | $16,335.00 |
| **Total** | | **15.5** | **$4,300.90** |

EXHIBIT F – Relief from Stay: This category includes review of motions for relief from stay related to automobiles registered in the name of GEI or the Debtors; and communications with restructuring officer related to motions. A&L spent 1.1 hours of attorney time on the foregoing services, as is more fully described in Exhibit F. Said services have a value of $376.90 for which A&L is seeking compensation.

| Relief from Stay | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 0.5 | $101.50 |
| DAG | Partner | 0.6 | $275.40 |
| **Total** | | **1.1** | **$376.90** |

Exhibit G – Meeting of Creditors: This category includes the following: preparation for and attendance at meeting of thirty largest unsecured creditors; work with claims agent regarding service of notice of general meeting of creditors; communications with creditors and employees regarding purpose, date and time of general meeting of creditors; and preparation for and attendance at general meeting of creditors. A&L spent 12.4 hours of attorney and paralegal time on the foregoing services, as is more fully described

in <u>Exhibit G</u>.  Said services have a value of $3,895.70, for which A&L seeks compensation.

| Meeting of Creditors | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 2.2 | $446.50 |
| DAG | Partner | 3.5 | $596.70 |
| KHM | Associate | 2.0 | $514.00 |
| MLG | Partner | 3.1 | $1,661.60 |
| MZS | Partner | 1.6 | $676.80 |
| **Total** | | **12.4** | **$3,895.70** |

EXHIBIT H – Claims Admin./Creditor Issues:  This category includes the following: review of proofs of claim filed by creditors in the bankruptcy case; communications with creditors regarding payment of claims, including 503(b)(9) and PACA claims; preparation and filing of motion to establish deadline for creditors to file proofs of claim; communications with the U.S. Trustee about the proposed claims bar date and procedures; work with claims agent regarding service of notice of claims bar date; communications with committee's counsel regarding various topics; initial work to obtain publication of claims bar date; and any other services related to creditors' issues or claims. A&L spent 36.00 hours of professional time on the foregoing services, as is more fully described in <u>Exhibit H</u>. Said services have a value of $8,822.80, for which A&L is seeking compensation.

| Claims Admin / Creditor Issues | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 3.9 | $791.70 |
| DAG | Partner | 13.5 | $6,058.80 |
| KHM | Associate | 5.8 | $1,490.60 |
| MLG | Partner | 0.4 | $214.40 |
| MZS | Partner | 0.2 | $84.60 |
| SLM | Paralegal | 0.9 | $182.70 |
| **Total** | | **24.70** | **$8,822.80** |

EXHIBIT I – Fee Petition:  This category includes the following: review and revisions to fee entries in preparation of monthly fee statements in accordance with administrative order; review of monthly fee statements for committee's counsel; creation of

spreadsheets in preparation of drafting final fee application; and other services related to the preparation of monthly fee statements and final fee application. A&L spent 14.8 hours of professional time on the foregoing services, as is more fully described in Exhibit I. Said services have a value of $6,114.90, for which A&L is seeking compensation.

| Fee Petition | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| DAG | Partner | 4.3 | $1,881.90 |
| KHM | Associate | 5.0 | $1,285.00 |
| MLG | Partner | 5.5 | $2,948.00 |
| **Total** | | **14.8** | **$6,114.90** |

EXHIBIT J – Tax Issues:   This category includes all time spent relating to tax issues including: work for potential tax refund; discussions regarding the payoff of outstanding real estate taxes in Florida; communications with the Osceola County Tax Collector regarding additional outstanding real estate taxes and whether related property is owned by debtor entities; discussions with restructuring officer regarding same; review proofs of claim filed by Florida counties pertaining to outstanding real estate tax; review IRS letter regarding 2002 tax return; and other services related to tax issues.   A&L expended 5.3 hours of attorney time on the foregoing services as is more fully described in Exhibit J. Said services have a value of $1,922.90 for which A&L is seeking compensation.

| Tax Issues | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| DAG | Partner | 3.4 | $1,422.90 |
| KHM | Associate | 1.5 | $385.50 |
| REM | Partner | 0.1 | $53.60 |
| SLM | Paralegal | 0.3 | $60.90 |
| **Total** | | **5.3** | **$1,922.90** |

EXHIBIT K – Litigation: This category includes the following: communications with Debtors' prepetition litigation counsel; preparation of spreadsheet detailing pending litigation against Debtors and status of pending matters; conferences and research regarding potential extension of automatic stay to principal to enjoin pending litigation; draft of complaint for injunctive relief to extend stay to Debtors' principal based on indemnification; draft motion for preliminary injunction or TRO; draft alternative complaint to also include Debtors' former chief financial officer based on collateral estoppel principles; and any other services related to pending litigation against the Debtors.  A&L expended 38.0 hours of professional time on the foregoing services, as is

more fully described in Exhibit K.  Said services have a value of $10,621.00 for which A&L is seeking compensation.

| Litigation | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BAC | Partner | 1.1 | $643.50 |
| DAG | Partner | 3.5 | $1,422.90 |
| GPA | Partner | 0.8 | $316.80 |
| KHM | Associate | 30.3 | $7,735.70 |
| MLG | Partner | 1.5 | $804.00 |
| TPY | Partner | 0.8 | $299.20 |
| **Total** | | **38.0** | **$11,222.10** |

EXHIBIT L – Franchise Litigation:  This category includes all work related to the potential litigation against and settlement with certain of the Debtors' franchisees.  Specifically, this includes negotiations and discussions with counsel for the individual franchisees and groups of franchisees; review of documents related to issues with the franchisees; discussions about and preparation of notices of termination of franchise agreements for noncompliant franchisees; preparation and revisions to potential settlement with franchisee; research regarding Illinois franchise act and initial preparation of motion to approve franchise agreement for Beverly Store; and any other services related to franchise litigation.   A&L spent 108.0 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit L. Said services have a value of $34,801.60, for which A&L is seeking compensation.

| Franchise Litigation | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BAC | Partner | 1.2 | $702.00 |
| BLS | Paralegal | 17.8 | $3,613.40 |
| DAG | Partner | 9.0 | $4,085.10 |
| GPA | Partner | 12.8 | $5,068.80 |
| JAM | Associate | 2.5 | $630.00 |
| KHM | Associate | 10.6 | $2,647.10 |
| MFM | Partner | 0.2 | $99.00 |
| MLG | Partner | 20.5 | $10,988.00 |
| SLM | Paralegal | 31.4 | $6,374.20 |
| TAS | Partner | 2.0 | $694.00 |

| | | | |
|---|---|---|---|
| **Total** | | 108.0 | $34,801.60 |

EXHIBIT M – Intellectual Property:  This category includes all work related to the chain of title for the Debtors' intellectual property.  This category includes all discussions pertaining to the Debtors' intellectual property; and research in the U.S. Patent, U.S. Trademark and U.S. Copyright Offices for chain of title for each of the 33 Debtors' intellectual property. A&L spent 12.9 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit M. Said services have a value of $5,252.40 for which A&L is seeking compensation.

| Intellectual Property | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| DAG | Partner | 0.7 | $91.80 |
| JLG | Partner | 12.2 | $5,160.60 |
| **Total** | | **12.9** | **$5,252.40** |

EXHIBIT N – Post-Withdrawal Transition Services:  This category includes all services after A&L's withdrawal provided at the request of the Chapter 11 Trustee or authorized by the Chapter 11 Trustee.  This category includes attendance at hearing on A&L's motion to withdraw as bankruptcy counsel for the Debtors; communications with the restructuring officer regarding outstanding issues and tasks; communications with Chapter 11 Trustee regarding appointment, status of cases and outstanding issues and tasks; review of documents filed by Debtors' former principal in the bankruptcy cases; conferences relating to the turnover of documents to the Chapter 11 Trustee and preparation of all documents for dissemination; provide documents and spreadsheets to Chapter 11 Trustee upon request; preparing and drafting the Application and accompanying documents; and any other services provided to Chapter 11 Trustee or authorized by Chapter 11 Trustee after A&L's withdrawal as bankruptcy counsel. A&L spent 60.2 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit N. Said services have a value of $20,915.20 for which A&L is seeking compensation.

| Post-Withdrawal Transition Services | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BAC | Partner | 2.5 | $1,462.50 |
| BLS | Paralegal | 0.2 | $40.60 |
| DAG | Partner | 7.3 | $3,350.70 |
| JCF | Paralegal | 3.9 | $842.40 |
| KHM | Partner | 27.4 | $5,088.60 |

| MLG | Partner | 18.9 | $10,130.40 |
|---|---|---|---|
| **Total** | | **60.2** | **$20,915.20** |

Exhibit O– Expenses: Exhibit M lists expenses, such as copying costs at 10¢ per page, federal express charges for overnight delivery charges, charges for extensive lien searches on the Debtors' real and personal property assets and long distance telephone charges. A&L has voluntarily reduced its copying charges from $.20 per page to $.10 per page, and has eliminated the cost of sending and receiving faxes. A&L seeks $12,419.13 in expenses.

13. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

14. A&L expended a total of 926.10 hours for the services provided to the Debtors. Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it $343,161.80 as final compensation and $12,419.13 for the reimbursement of reasonable out-of-pocket expenses pursuant to Section 330 of the Bankruptcy Code.

15. The Fee Procedures Order has limited the notice requirements for this Final Fee Application to the Chapter 11 Trustee, counsel to Fifth Third Bank, counsel to the Official Committee of Unsecured Creditors, the Office of the United States Trustee (collectively, the "Notice Parties") and any parties who have filed appearances in the Chapter 11 Cases and requested such notice. A copy of the Application has been sent to the Notice Parties and all parties receiving notice by the Court's ECF system. Based on the Fee Procedures Order, A&L requests that the Court find that notice of this Final Application as proper.

WHEREFORE, Arnstein & Lehr LLP, respectfully requests that the Court enter an Order:

(A) Awarding as interim compensation the amount of $67,345.64 which represents the twenty percent (20%) holdback for legal services rendered during the period February 16, 2011 through May 31, 2011;

(B) Awarding as interim compensation the amount of $6,433.60 for legal services rendered during the period June 1, 2011 through June 30, 2011;

(C) Allowing as final compensation the aggregate amount of $343,161.80 for legal services rendered during the period February 16, 2011 through June 30, 2011 and reimbursement to A&L in the amount of $12,419.13 in expenses;

(D) Authorizing the Chapter 11 Trustee to pay the allowed Holdback Fees and June 2011 Fees;

(E) Finding notice as provided is sufficient under the circumstances; and

(F) Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP

By:    /s/ Michael L. Gesas
        One of its Attorneys

Michael L. Gesas
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288