**FILED**

**OCT 11 2011**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                        )
                                                              )
                                                              )        Case No. 11 B 06098
            GIORDANO'S ENTERPRISES, INC.,                     )
            ET AL.                                            )
                                                              )
                                                              )        Chapter 11
                      Debtors.                                )
                                                              )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FREEBORN & PETERS LLP, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| TOTAL FEES REQUESTED: | $167,800.35 | TOTAL COSTS REQUESTED: | $1585.51 |
|---|---|---|---|
| TOTAL FEES REDUCED: | $4,930.20 | TOTAL COSTS REDUCED: | $1,493.05 |
| TOTAL FEES ALLOWED: | $162,870.15 | TOTAL COSTS ALLOWED: | $208.03 |

**TOTAL FEES AND COSTS ALLOWED: $163,078.18**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Allocation of Professional Resources**
         The court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(4)    Insufficient Description**
         The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)    Meal Expenses**
         The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)     Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated:  October 11, 2011

Eugene R. Wedoff
United States Bankruptcy Judge

2

# Freeborn & Peters LLP

3 July 20, 2011

| | | | |
|---|---|---|---|
| Jun 6, 2011 | TRF | E-mail correspondence and telephone conference with Chris Combest regarding recently-filed "discharge" complaint filed by creditor (0.3); review same (0.2). | 0.50 |
| Jun 9, 2011 | AH | Review trustee's motion for sanctions against Marshall E. Home with exhibits (0.9). | 0.90 |
| Jun 10, 2011 | AH | Review trustee's complaint for injunctive relief against Deliveries to Go, Inc. (0.5). | 0.50 |
| Jun 13, 2011 | TRF | Review adversary complaint filed against Deliveries To Go (0.3). | 0.30 |
| Jun 13, 2011 | SRI | Review docket (0.1). | 0.10 |
| Jun 13, 2011 | AH | Review recent articles on status of chapter 11 proceeding and related matters (0.3). | 0.30 |
| Jun 13, 2011 | RSL | Review of article in Chicago Tribune regarding Giordano's chapter 11 cases (0.2); multiple e-mail correspondence with Ameet Sachdev regarding same (0.1). | 0.30 |
| Jun 14, 2011 | KCS | E-mail correspondence with Tom Fawkes regarding revised order for 2004 examinations (0.1). | 0.10 |
| Jun 15, 2011 | TRF | Attend evidentiary hearing on motion of Trustee for preliminary injunction against Deliveries To Go and principals related to dissipation of estate funds (2.8). | 2.80 |
| Jun 15, 2011 | RSL | Multiple e-mail correspondence with Aaron Hammer and Thomas Fawkes regarding filings by Marshall E. Home and review of same (0.6). | 0.60 |
| Jun 20, 2011 | AH | Review motion of Marshall E. Home to dismiss case for lack of subject matter jurisdiction and related filings (0.6). | 0.60 |
| Jun 21, 2011 | AH | Review trustee's motion to strike pleadings filed by Marshall E. Home, or in the alternative, motion for rule to show cause (0.8). | 0.80 |
| Jun 21, 2011 | RSL | Telephone conference with Phil Martino regarding substantive consolidation and action steps regarding franchisees (1.0). | 1.00 |
| Jun 23, 2011 | RSL | Review of violation letters to franchisees from Trustee (0.2). | 0.20 |
| Jun 24, 2011 | AH | Review trustee's motion for rule to show cause why defendant Deliveries to Go, Inc. should not be held in contempt (0.8). | 0.80 |

Handwritten annotations in left margin:
-0.3 x 625 (next to Jun 13, 2011 SRI)
④ = -$187.50
-0.3 x $575 = -$172.50 (next to Jun 13, 2011 RSL)
④

# Freeborn & Peters LLP

2                                                July 20, 2011

Statement No: 100038202

For professional services rendered with regard to:

Re: Expenses

## DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| Jun 6, 2011 | FIRM | Computer Legal Research - Westlaw 06/11 Westlaw Charges - SHAPIRO,JOHN T | 1,206.18 | |
| Jun 16, 2011 | AH | Meal and Conference Expense VENDOR: Hammer, Aaron L; INVOICE#: 061611; DATE: 6/16/2011 06/03 Coffee with Ben Nortman of Hilco Real Estate re: client matters | 5.77 | |
| Jun 30, 2011 | AH | Mileage/Parking Reimbursement Expense VENDOR: Hammer, Aaron L; INVOICE#: 063011; DATE: 6/30/2011 06/27 Parking charge for meeting with Fred Caruso re: client matters | 3.50 | |
| Jun 30, 2011 | AH | Meal and Conference Expense VENDOR: Hammer, Aaron L; INVOICE#: 063011; DATE: 6/30/2011 06/29 Lunch with Dan Scouler and Jim Berring of Scouler & Company and J. Mattson re: client matters | 111.53 | |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Computer Legal Research - Westlaw | 1,206.18 |
| Mileage/Parking Reimbursement Expense | 3.50 |
| Meal and Conference Expense | 117.30 |
| TOTAL DISBURSEMENTS | $1,326.98 |

## TOTAL FEES AND DISBURSEMENTS                          $1,326.98

2324075v1

# Freeborn & Peters LLP

2                                    September 13, 2011

Statement No: 100040493

For professional services rendered with regard to:

Re:  <u>General</u>

|  |  |  |  |  |
|---|---|---|---|---|
| | Jul 1, 2011 | RSL | Review of transcript of June 28th hearing before Judge Hollis (0.5); telephone conference with Chris Combest regarding preparation of Bank of America settlement motion and e-mail correspondence with Phil Martino regarding same (0.4). | 0.90 |
| | Jul 5, 2011 | AH | Review news articles regarding federal indictment of Marshall E. Home for bankruptcy fraud and related offenses (0.3); review motion of TD Auto Finance LLC for adequate protection (0.2). | 0.50 |
| | Jul 5, 2011 | BJJ | Review pleadings and articles regarding Marshall Home and issues with case (0.7). | 0.70 |
| | Jul 5, 2011 | RSL | Review of article regarding indictment of Marshall Home (0.2); e-mail correspondence with Phil Martino regarding franchisee claims and review of documents regarding basis for claims (0.9). | 1.10 |
| | Jul 12, 2011 | TRF | Prepare for and attend hearing on motion of TD Auto Finance for relief from stay (0.3). | 0.30 |
| | Jul 12, 2011 | AH | Telephone conference with Fred Caruso and Richard Lauter to discuss status of various matters including sale process, substantive consolidation analysis and financial issues (0.3). | 0.30 |
| | Jul 12, 2011 | RSL | Conference with Aaron Hammer regarding IRS claims, corporate organization and review of same (0.4); telephone conference with Phil Martino regarding franchisee issues (1.0). | 1.40 |
| | Jul 13, 2011 | RSL | Telephone conference with Chet Foster regarding franchisee issues (1.1); telephone conference with Fred Caruso regarding franchisee issues (0.9); telephone conference with Michael Gesas regarding background on franchisee issues (0.5); e-mail correspondence with Phil Martino regarding disclosure of confidential information and substantive consolidation (0.4). | 2.90 |

(handwritten annotations:)

⑧  $-0.3 \times \$625 = -\$187.50$

⑦  $-0.7 \times 0.1 \times \$290 = -\$20.30$

④  $-0.3 \times \$575 = -\$172.50$

# Freeborn & Peters LLP

2                                                  September 13, 2011

Statement No: 100040505

For professional services rendered with regard to:

Re: <u>Expenses</u>

## DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| May 10, 2011 | PYC | Telephone<br>Arkadin  description: Giordano's | 32.67 |
| May 17, 2011 | PYC | Telephone<br>Arkadin  description: Giordano's | 19.65 |
| Jun 7, 2011 | PYC | Telephone<br>Conference Call 600590 | 24.53 |
| Jun 29, 2011 | FIRM | Telephone<br>Conference Call 600590 | 45.57 |
| Jul 12, 2011 | AH | Meal and Conference Expense<br>VENDOR: Hammer, Aaron L; INVOICE#:<br>071211; DATE: 7/12/2011<br>07/11 Refreshments with Geoffrey Richards of<br>William Blair and R. Lauter | 64.00 |
| Jul 12, 2011 | AH | Mileage/Parking Reimbursement Expense<br>VENDOR: Hammer, Aaron L; INVOICE#:<br>071211; DATE: 7/12/2011<br>07/11 Parking charge re: refreshments with<br>Geoffrey Richards of William Blair and R.<br>Lauter | 20.00 |
| Jul 19, 2011 | PYC | Telephone<br>Arkadin  ref: Giordano's | 36.11 |

*(handwritten: ⑥  − $64)*

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Mileage/Parking Reimbursement Expense | 20.00 |
| Telephone | 158.53 |

# Freeborn & Peters LLP

3                                              September 13, 2011

| | | | | |
|---|---|---|---|---|
| | Aug 8, 2011 | TRF | Review e-mail correspondence regarding deal room access (0.1); briefly review documents located in online deal room (0.2). | 0.30 |
| | Aug 8, 2011 | TRS | Review and mark-up asset purchase agreement (4.1); prepare notes on issues and comments to asset purchase agreement (0.5); conference with Aaron Hammer regarding transaction and purchase agreement (0.2); review precedent transaction documents (0.3). | 5.10 |
| | Aug 8, 2011 | AH | Review e-mail correspondence from Kathy Buono regarding revised draft asset purchase agreement (0.1); review proposed revisions to same (0.8); conference with Todd Southwell regarding strategic considerations related to committee's approach to revised draft asset purchase agreement and related matters (0.2); e-mail correspondence with Colin McCarthy regarding data room access and related matters (0.2). | 1.30 |
| | Aug 8, 2011 | BJJ | Review multiple e-mail correspondence from working group regarding sale status and preparation of memorandum regarding same (0.4). | 0.40 |
| ④ | Aug 10, 2011 | TRS | Review materials from data room (2.2). | 2.20 |
| 2.2x$495=-$1,089 | Aug 10, 2011 | AH | Review e-mail correspondence from Colin McCarthy regarding sale process update dated August 8, 2011 (0.1); review same (0.4). | 0.50 |
| | Aug 11, 2011 | AH | E-mail correspondence with James Baring (Scouler & Co.) regarding anticipated site visit in conjunction with potential bid for assets (0.2). | 0.20 |
| ④ | Aug 12, 2011 | TRS | Review revised asset purchase agreement (0.4); review materials from data room (2.2). | 2.60 |
| 2.2x$495=-$1,089 | Aug 12, 2011 | RSL | Review of revised thirteen (13) week DIP budget (0.3). | 0.30 |
| | Aug 12, 2011 | BJJ | Review confidentiality agreements from committee members (0.2). | 0.20 |
| | Aug 15, 2011 | TRS | Conference call with Amy Gullison regarding asset purchase agreement (0.5); prepare and review outline and section language for conference call (0.6); review company documents and information (0.5). | 1.60 |

Freeborn & Peters LLP

4                                        September 13, 2011

| | | | | |
|---|---|---|---|---|
| ④ | Aug 16, 2011 | TRS | Review asset purchase agreement and language for revision in form document (1.0); <u>review documents in data room (0.9)</u>; conference with Aaron Hammer regarding same (unbilled). | 1.90 |

-0.9 × #495 = #445.50

| | | | | |
|---|---|---|---|---|
| | Aug 16, 2011 | AH | Conference with Todd Southwell regarding strategic considerations related to discussions with trustee's counsel over draft form asset purchase agreement and related matters (0.3); continue review of proposed revised draft form asset purchase agreement (1.2). | 1.50 |
| | Aug 17, 2011 | RSL | Telephone conference with Geoff Richards regarding status of sale process (0.5). | 0.50 |
| | Aug 18, 2011 | AH | Review e-mail correspondence from Zachary Shanks regarding sale process update dated August 17, 2011 (0.1); review same (0.4). | 0.50 |
| | Aug 26, 2011 | AH | Review e-mail correspondence from Colin McCarthy regarding August 26, 2011 sale process snapshot (0.1); briefly review same (0.2); telephone conference with William Blair and Hilco working group regarding sale process update and related matters (0.5). | 0.80 |
| | Aug 26, 2011 | RSL | Telephone conference with Geoff Richards and Amore Team regarding sale process (0.5); review of Amore update for August 26th status call and conference with Aaron Hammer regarding same (1.0). | 1.50 |
| | Aug 31, 2011 | AH | Review e-mail correspondence from Zachary Shanks regarding August 31, 2011 sales process update (0.1); review same (0.2); telephone conference with William Blair and Hilco working group for weekly sales process update (0.4); review e-mail correspondence from Kathryn Buono regarding revised draft asset purchase agreement (0.1); review same (0.8). | 1.60 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 10.30 | 625.00 | $6,437.50 |
| Fawkes, Thomas R. | 0.60 | 495.00 | $297.00 |

Freeborn & Peters LLP

2                                        September 13, 2011

Statement No: 100042781

For professional services rendered with regard to:

Re:  Tax Issues

| | | | | |
|---|---|---|---|---|
| ① | Aug 2, 2011 | BAS | Teleconference with Tom Fawkes regarding tax issues (0.5); review e-mail from Trustee's counsel regarding tax issues and procedure (0.3); teleconference with Terry Stein regarding same (0.6); review notice of deficiency and IRS proof of claim (0.4); tax research regarding SP2 tax shelter (1.5); conference with Anne Kim regarding same (0.5). | 3.80 |
| | Aug 2, 2011 | TRF | Review documents and information concerning potential tax issues related to S-corporation election (1.0); conference and e-mail correspondence with Brian Smith regarding same (0.4). | 1.40 |
| | Aug 3, 2011 | AJK | Examine the IRS's position on the SC2 tax shelter and how it may affect the deficiency tax liability of the individual shareholders or Giordano's corporation alternatively (0.4). | 0.40 |
| ⑦ | Aug 3, 2011 | BAS | Conferences with Anne Kim regarding Giordano's tax shelter, research relating to same (2.2). | 2.20 |

$-1.5 \times \$445 = -\$667.50$

$-2.2 \times 0.1 \times \$445 = -\$97.90$

2356642v1

# Freeborn & Peters LLP

3

September 13, 2011

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| Aug 4, 2011 | AJK | Examine Notice 2004-30 regarding the listed transaction "SC2" tax shelter (0.6); determine the procedural status of the Santa Clara Valley Housing case in the Northern District of California with respect to the court's determination on the IRS's position that the SC2 structure created a second class of stockn (0.7); examine whether Giordano Corporation has filed a petition for stay pending the outcome of the Santa Clara Valley Housing case in either tax court or district court (0.4); draft e-mail memorandum summarizing findings and report to Brian Smith (0.8); compile all relevant briefs associated with motions for summary judgment filed by the parties in the Santa Clara Valley Housing case to submit to Brian Smith (0.8); determine the statutory rules in bankruptcy governing the challenge of the IRS' assessment of Giordano's tax liability (1.1). | 4.40 |
| Aug 4, 2011 | BAS | Review of SC2 tax shelter description; conferences with Anne Kim regarding same (0.8); review pleadings in Santa Clara case (1.8); <u>research regarding Bankruptcy court jurisdiction over substantive tax issues in previously assessed taxes</u> (1.0); conference with Anne Kim regarding same (0.2). | 3.80 |
| Aug 5, 2011 | TRF | Conference with Brian Smith regarding IRS tax issues and status of Santa Clara litigation in California (0.3). | 0.30 |
| Aug 5, 2011 | AJK | Continue to locate relevant authority that states years-old tax assessments may be reconsidered on the merits by a bankruptcy court even if local remedies have been barred by the limitations period (1.2); examine exhibits and attachments listed on the Santa Clara Valley Housing Group case electronic docket to determine if the KPMG opinion letter relating to the SC2 tax shelter has been attached to any of the pleadings (1.9). | 3.10 |

① −1.0 × $445 = −$445

2356642v1

Exhibit A   Page 40 of 42

Freeborn & Peters LLP

4                          September 13, 2011

| | | | |
|---|---|---|---|
| Aug 5, 2011 | BAS | Conference with Anne Kim regarding Giordanos tax shelter and jurisdiction of Bankruptcy court relating to assessments (0.4); research relating to same (0.8); draft memorandum regarding same (3.3); teleconference with Tom Fawkes regarding same (0.3). | 4.80 |
| Aug 12, 2011 | BAS | Revise memorandum regarding tax shelter issues (1.3). | 1.30 |

① - 0.8 × $445 = -$ 356

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Smith, Brian A. | 15.90 | 445.00 | $7,075.50 |
| Fawkes, Thomas R. | 1.70 | 495.00 | $841.50 |
| Kim, Anne J. | 7.90 | 236.50 | $1,868.35 |
| TOTAL HOURS | 25.50 | | |
| TOTAL FEES | | | $9,785.35 |

**TOTAL FEES AND DISBURSEMENTS**                    $9,785.35

c:\bills\553651.bil

2356642v1