**FILED**

OCT 11 2011

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )
                                                    )
        GIORDANO'S ENTERPRISES, INC.,               )        Case No. 11 B 06098
        ET AL.                                      )
                                                    )
                                                    )        Chapter 11
        Debtors.                                    )
_____)

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
QUARLES & BRADY LLP, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $1,079,420.00 | TOTAL COSTS REQUESTED: | $42,851.69 |
| TOTAL FEES REDUCED: | $36,377.25 | TOTAL COSTS REDUCED: | $15,098.80 |
| TOTAL FEES ALLOWED: | $1,043,042.75 | TOTAL COSTS ALLOWED: | $27,752.89 |

**TOTAL FEES AND COSTS ALLOWED: $1,070,795.64**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis
for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The
numerical notations correspond to the enumerated paragraphs below.

**(1)     Improper Allocation of Professional Resources**

        The court denies the allowance in part of compensation for the following task since a professional with a
lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R.
293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a
senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could
do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a
lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re
Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990)
(determining use of partner appropriate where attendant complex legal issues warrant highly experienced
practitioner).

**(3)     Reimbursement Limited to Actual, Necessary Expenses**

        The Court denies the allowance of reimbursement for expenses that were not actually and necessarily
incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the
requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the
quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the
Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing
commercial rates and will not allow expenses for facsimiles.

**(4)     Insufficient Description**

        The Court denies the allowance of compensation for the following task since the description of the time
entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D.
Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a
description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]

1

Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)     **Lumping**

    The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(11)     **Overhead Costs are Non-Compensable**

    The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: October 11, 2011

                                   Eugene R. Wedoff
                                   United States Bankruptcy Judge

Philip V. Martino Trustee for Giordano's                        June 20, 2011
Re: General - and Costs Chapter 11 Bankruptcy                   Invoice Number: 1673407
Quarles & Brady   Matter Number: 144851.00006                   Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/18/11 | Research to obtain corporate information for Deliveries to Go and report status of same to attorney (.2)); docket request to obtain Articles of Organization for Deliveries to Go (.1); obtain service of process information for Community Bank (.2); revise case caption (.2). | PAF | 0.70 |
| 05/19/11 | Further case management, including review of upcoming deadlines and potential pleadings needed to extent or meet same. | CCOMBEST | 0.60 |
| 05/20/11 | Telephone call with Debtors' former counsel re impending deadlines and priority matters and re data and file transfer (.3); continue to review case documents (1.3). | CCOMBEST | 1.60 |
| 05/21/11 | Preparation for 5/25 hearing on multiple matters. | CCOMBEST | 1.00 |
| 05/21/11 | Analysis of issues regarding extension of time to remove actions, with regard to impending deadline for removal. | CCOMBEST | 0.40 |
| 05/23/11 | Preparation for multiple motions scheduled for 5/25. | CCOMBEST | 2.40 |
| 05/24/11 | Confer with Trustee re all matters up for 5/25 hearing (.2); telephone call with C. Gulden (UST) re same (.1); telephone call with D. Golin (Arnstein & Lehr) re background to certain matters set for 5/25 hearing (.1); prepare for hearing on all matters (4.3). | CCOMBEST | 3.70 |
| 05/25/11 | Prepare for and attend hearing on multiple motions, including retention of professionals and amending financing order (2.3); confer with Trustee re outcome of same (.2); telephone call with C. Horvay (landlord counsel) re same (.1); telephone call with chambers re entry of order and status of docket post-hearing (.1); compile orders for entry (.4); review rules on removal, extensions of removal period, and timing of same (.5). | CCOMBEST | 3.60 |
| 05/25/11 | Office conferences and telephone conferences with attorneys and predecessor counsel regarding transfer of their matter-specific electronic files, Bates stamping and loading same into Summation for searching and review. | DKEMPER | 1.10 |
| 05/26/11 | Research (1.1) and drafting (2.4) of motion and related papers to extend impending (6/13) deadline for removal of actions under Rule 9027. | CCOMBEST | 3.50 |
| 05/26/11 | All hands conference call among Trustee, Trustee's counsel, and DSI to coordinate responsibility and contacts for responding to Fifth Third issue list. | CCOMBEST | 0.90 |

(handwritten: ·1.1 × 0.1 × #205 = $22.50)

Philip V. Martino Trustee for Giordano's
Re: General - and costs Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00006

June 20, 2011
Invoice Number: 1673407
Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/27/11 | Preparation for 6/1 motion and status hearing re all matters (1.0); telephone call with clerk's office to respond to clerk's inquiries re certain filings in case (.1); return call of M. Olson (vendor counsel) re case status (.1); telephone call with courtroom deputy (P. Castaneda) re entry of May 25 orders and process for submitting sealed documents re Blair-Hilco order (.2). | CCOMBEST | 1.40 |
| 05/31/11 | Work on omnibus 2004 exam and order (2.9); research case law on same (2.5). | JCURRY | 5.40 |
| 05/31/11 | Review secured status of Debtor JBA Equipment Finance re certain franchisees (.2); confer with Trustee re structure of and approach to sale process (.1). | CCOMBEST | 0.30 |
| 05/31/11 | Coordinate with KCC re options for publication of bar date notice (.2); consultations with F. Feinstein re information needed by her for motion for 2004 examination of multiple parties with information relevant to estate finances and property (.2); prepare for 6/1 hearing on 6 separate motions (2.3). | CCOMBEST | 2.70 |
| 05/31/11 | Processing matter-specific electronic files received from preceding counsel for loading into Summation, complete Bates labeling and exporting same and loading same into Summation, forward emails with preceding counsel and our attorneys regarding questions related to and status of same. | DKEMPER | 2.40 |

⑦

-2.4 x 0.1 x $205 =
- $49.20

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 38.60 | 495.00 | 19,107.00 |
| FFEINSTE | Faye B. Feinstein | 0.50 | 575.00 | 287.50 |
| JCURRY | Jason D. Curry | 5.40 | 250.00 | 1,350.00 |
| DKEMPER | Daniel Kemper | 3.50 | 205.00 | 717.50 |
| PAF | Paula A. Fedor | 0.70 | 200.00 | 140.00 |
| Totals | | 48.70 | | 21,602.00 |

Total Fees:                                                     $      21,602.00

Philip V. Martino Trustee for Giordano's
Re: Asset Analysis and Disposition Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00005

July 11, 2011
Invoice Number: 1677173
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/01/11 | Examine law regarding service of process on an Illinois municipality. | MHEINKE | 0.60 |
| 06/01/11 | Telephone conference with F. Caruso regarding environmental consultants for Phase I work (.2); telephone conference with G. Schnipper regarding additional proposals and analysis of current bids (.3); status correspondence regarding same (.1). | JE3 | 0.60 |
| 06/01/11 | Revise DTG complaint and consider TRO. | FFEINSTE | 0.60 |
| 06/01/11 | Review response/objection of Huck Boema to motion for document turnover (.2); begin to revise 2004 motion (.2). | FFEINSTE | 0.40 |
| 06/02/11 | Memo to receiver updating status of certain sub-funds. | CCOMBEST | 0.60 |
| 06/02/11 | Conference with Trustee and F. Feinstein re team members' respective responsibilities on due diligence matters for asset sales and meeting time lines in financing order. | CCOMBEST | 0.30 |
| 06/02/11 | Conference with P. Martino regarding DTG complaint (.2); review revisions to same (.2); conference with P. Martino and C. Combest with regards to information needed to complete Rule 2004 motion and due diligence information to be obtained pursuant to subpoena (.5); revise 2004 motion (.2). | FFEINSTE | 1.10 |
| 06/02/11 | Research case law regarding tax deeds and the automatic stay. | JCURRY | 2.10 |
| 06/02/11 | Review and revise Motion for Temporary Restraining Order. | ASTEINIK | 0.40 |
| 06/02/11 | Review and revise Complaint; continued emails to F. Caruso re: same. | ASTEINIK | 1.00 |
| 06/03/11 | Exchange voice mail messages with K. Greene of William Blair re form of nondisclosure agreement. | CCOMBEST | 0.10 |
| 06/03/11 | Review and revise Complaint and Motion for TRO. | ASTEINIK | 0.30 |
| 06/05/11 | Review draft of confidentiality agreement for bidders proposed by Blair and revise same with suggested changes (1.0). | KMC | 1.00 |
| 06/06/11 | Correspondence with Blair regarding revised draft of form of confidentiality agreement to use with bidders and work on annotated version of same showing acceptable changes to facilitate Blair's finalization of signed agreements with potential bidders (1.1). | KMC | 1.10 |
| 06/06/11 | Review research re tax deeds and automatic stay. | CCOMBEST | 0.20 |
| 06/06/11 | Research and analyze case law regarding 362 and tax deeds; draft summary of same. | JCURRY | 3.50 |

⑦

-3.5 x .1 x $250 = -$ 87.50

Philip V. Martino Trustee for Giordano's
Re: Asset Analysis and Disposition Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00005

July 11, 2011
Invoice Number: 1677173
Page 6

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/15/11 | Office conference; email correspondence with National Registered Agents Inc. regarding UCC secured party searches in Illinois and Florida; email correspondence to National Registered Agents Inc. requesting state-level UCC searches in Illinois and Florida. | RDILLER | 0.40 |
| 06/15/11 | Detailed review of universe of franchisee involvement with JBA and of information missing from prior counsel's investigation (0.7); and direct paralegal B. Diller on conducting searches for UCC-1 filings by JBA (0.3); review Blair teaser memo re assets for sale (0.1); receive direction from F. Feinstein re results of preliminary injunction hearing and further work for entry of order (0.2). | CCOMBEST | 1.30 |
| 06/15/11 | Consult with trustee regarding suggested revisions to teaser and respond to Blair regarding same (.2). | KMC | 0.20 |
| 06/15/11 | Commence drafting and revising form real estate purchase/sale agreement to be utilized in connection with real estate asset dispositions (2.7) | MBENISVY | 2.70 |
| 06/15/11 | Correspondence to A. Becker regarding final bids (.1); follow up regarding EMG (.2). | JE3 | 0.30 |
| 06/15/11 | Re: DTG - to court regarding evidentiary hearing on Motion for Injunctive Relief (4.0); report to Trustee (0.2); revise draft order (0.5); consider effect of ruling on Huck Boema motions to intervene and dismiss (0.2). | FFEINSTE | 4.90 |
| 06/15/11 | Review and revise preliminary injunction order following hearing on Motion for Injunctive Relief. | ASTEINIK | 0.20 |
| 06/15/11 | E-mails and calls to and from Brad Mulay at Chicago Title re title and escrow services (.2); e-mails and calls re form real estate sale agreement (.4). | TYI | 0.60 |
| 06/15/11 | Telephone conference with C. Combest regarding Osceola county taxes, value of applicable property and communications with tax collector. | DGRUTCHF | 0.30 |
| 06/16/11 | Office conference; review and organize UCC search results from National Registered Agents Inc.; telephone conference regarding same. | RDILLER | 0.50 |
| 06/16/11 | Coordinate with chambers re submission and entry of order granting preliminary injunction in Deliveries To Go adversary (11-1323) | CCOMBEST | 0.20 |
| 06/16/11 | Further revisions to draft order (0.3); review and respond to e-mail from opposing counsel (0.2); telephone conference with counsel for bank (0.2). | FFEINSTE | 0.70 |

⑦  -0.4 × .1  x $200 = $8

⑦  -0.5×0.1× $200 = $10

Philip V. Martino Trustee for Giordano's
Re: Asset Analysis and Disposition Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00005

July 11, 2011
Invoice Number: 1677173
Page 7

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/16/11 | Draft and revise form real estate purchase/sale agreement to be utilized in connection with real estate asset dispositions (2.8). | MBENISVY | 2.80 |
| 06/16/11 | E-mail to Geoff Schnipper re leases and other due diligence materials. | TYI | 0.20 |
| 06/17/11 | Review and summarize UCC search results; email correspondence transmitting same. | RDILLER | 1.90 |
| 06/17/11 | Draft and revise form purchase/sale agreement for disposition of real estate assets. | MBENISVY | 1.60 |
| 06/17/11 | Review request by Cook County Assessor to provide notice of properties affected by bankruptcy. | MHEINKE | 0.40 |
| 06/17/11 | E-mails re Cook County Assessor's request for tax parcel information. | TYI | 0.20 |
| 06/17/11 | Review and comment on revised draft of teaser (.3); consult regarding structure and documentation for proposed asset sales and review background materials in connection with same (1.3). | KMC | 1.60 |
| 06/17/11 | Consider impact of post-petition financing agreements on asset sale agreement (0.5); contact Mr. Klein regarding preferred form of sale agreement (0.1); instructions to Ms. Gulinson regarding precedent for asset sale terms (0.2). | EAO | 1.00 |
| 06/17/11 | Telephone conference with C. Combest regarding Osceola county taxes , value of applicable property and communications with tax collector. | DGRUTCHF | 0.30 |
| 06/17/11 | Correspondence with A. Becker (.1); review final EMG proposal (.3); telephone conference with A. Becker regarding payment of EMG fees and execution of contract (.2). | JE3 | 0.60 |
| 06/17/11 | Telephone call with Osceola county tax collector's office (T. Detweiler) re progress on analysis and verification of ownership of properties subject to tax in county and tax collector's counsel's letter re bar date matters related to same. | CCOMBEST | 0.20 |
| 06/17/11 | Strategize regarding preparation of form of asset purchase agreement (1.0); prepare draft form Asset Purchase Agreement (2.5) | AGULINSO | 3.50 |
| 06/18/11 | Prepare draft of form asset purchase agreement (all assets). | AGULINSO | 4.50 |
| 06/19/11 | Prepare form of draft asset purchase agreement (all assets). | AGULINSO | 6.00 |
| 06/20/11 | Prepare notice to Cook County Treasurer advising Treasurer of properties affected by bankruptcy. | MHEINKE | 0.70 |

(handwritten annotations: "⑦ -1.9×0.1×$200= -$38" next to the 06/17/11 RDILLER row; "④ -1 × $350 = -$350" next to the 06/17/11 AGULINSO row)

Philip V. Martino Trustee for Giordano's
Re: Asset Analysis and Disposition Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00005

July 11, 2011
Invoice Number: 1677173
Page 9

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/22/11 | Telephone conference with P. Martino and others re: real estate asset sales and related bankruptcy matters (1.); attend to transfer tax analysis re: bankruptcy exceptions in IL jurisdictions (.5); attention to incorporation of bankruptcy sale order and other related matters into real estate asset sale contract (.3); begin to review and analyze real estate components of form Asset Purchase Agreement (.4) | MBENISVY | 2.20 |
| 06/22/11 | Conference call re bid process in relation to proposed sale contract forms (.3); review proposed asset sale contract (.7); e-mails re ordering title reports from Chicago Title (.2) | TYI | 1.40 |
| 06/22/11 | Advise trustee regarding status of asset purchase agreement and collaborate with specialists regarding current time lines, feedback and comments to the asset purchase agreement and status of all asset disposition matters. | AGULINSO | 1.50 |
| 06/23/11 | Attend conference call re due diligence material and document preparation (1); e-mails and calls to Brad Mulay re title commitment order (.3); review propose purchase and sale agreement (.7) | TYI | 2.00 |
| 06/23/11 | Consult regarding structure of proposed asset purchase agreement (2); review materials regarding partial interests in non-debtor entities and consider rights of other owners with respect thereto in preparation for strategy discussion with Blair concerning marketing of such interests and optimization of value for the estate, along with related correspondence (2.0). | KMC | 2.20 |
| 06/23/11 | Evaluate with A. Steinike re strategy for enforcement of bankruptcy court order to return money to Deliveries To Go account and pursuing motion for contempt in that court and otherwise re moving forward on complaint (0.6); Exchange e-mail messages with F. Caruso re entering Phase I agreement (0.1); consultation with M. Cannon on bankruptcy law effect on governance issues under JV operating agreements and treatment of JV interests in sale process (0.5); review valuation information from Hilco re certain Debtor-owned or Debtor-controlled properties (0.5). | CCOMBEST | 1.80 |
| 06/23/11 | Further prepare memorandum regarding applicable exemption to real estate transfer taxes. | MHEINKE | 0.80 |

⟨handwritten: 7⟩
−1.5 × 0.1 × $350 =
−$52.50

Philip V. Martino Trustee for Giordano's
Re: Asset Analysis and Disposition Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00005

July 11, 2011
Invoice Number: 1677173
Page 11

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/25/11 | Analyze potential liability for real estate transfer taxes in sale(s) under section 363, in connection with evaluation of bankruptcy structure for asset sales. | CCOMBEST | 0.40 |
| 06/26/11 | Review and revise first draft of proposed asset purchase agreement and review debtor-related background materials in connection with same (8.0). | KMC | 8.00 |
| 06/26/11 | Begin thorough review of proposed model APA from standpoint of addressing bankruptcy issues, status of sellers as being controlled by trustee, and adaptation of certain transaction provisions to account for bankruptcy procedures and debtor/trustee protections. | CCOMBEST | 4.70 |
| 06/27/11 | Further consideration of terms of proposed purchase agreement and corporate structure and governance matters affecting same (1.2). | KMC | 1.20 |
| 06/27/11 | Initial discussion with K. Buono re revisions to APA in connection with bankruptcy process. | CCOMBEST | 0.30 |
| 06/27/11 | Attention to form of Asset Purchase Agreement and form of real estate sale agreement re: creation of consistent bankruptcy - related and other contingencies in form documents (.6) | MBENISVY | 0.60 |
| 06/27/11 | E-mails and calls re asset purchase agreement draft (.2); review APA draft (.6); e-mails re real estate asset form sale contract (.2); review RE form sale contract (.5); e-mails re Centenos settlement proposal (.2); review existing Centenos lease and sublease agreements (.4); e-mails re 740 Rush Street (.3) | TYI | 2.20 |
| 06/27/11 | Re: DTG - telephone conference with Larry Stein regarding Motion for Rule (0.1); confirm wire transfer with Stein (0.1). | FFEINSTE | 0.20 |
| 06/27/11 | Conference with J. Mulheren re: status of funds in Wheaton Glen Ellyn Bank account. | ASTEINIK | 0.20 |
| 06/27/11 | Address issues re: the proper remedy for Rule to Show Cause/Contempt finding in this matter. | ASTEINIK | 0.50 |
| 06/27/11 | Confer and strategize regarding research assignment on civil contempt remedies (.2); conduct legal research and analysis on civil contempt remedies (1.3); draft short memo to assigning attorneys with research findings (.3). | SOBOYE | 1.60 |
| 06/27/11 | Review correspondence from EMG with questionnaires (.2); telephone conference to launch Phase I investigation work (.8). | JE3 | 1.00 |
| 06/27/11 | Review title reports for Florida properties. | DGRUTCHF | 0.90 |

Handwritten annotations in margin:
⑦ -8x.1 x $480 = -$384
④ - 8 x $520 = -$416

Philip V. Martino Trustee for Giordano's
Re: Franchise Issues Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00009

July 11, 2011
Invoice Number: 1677176
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/01/11 | Participating in conference call with Trustee, corporate restructuring officer, bank representatives and lawyers relating to strategies for dealing with franchisees who are not paying fees and fund contributions. | DBEYER | 1.70 |
| 06/02/11 | Leave detailed phone message and follow-up e-mail for counsel to J. Apostolou declining his demand to attend franchisee ad fund meeting at Q&B on 6-3-11 (0.4); obtain underlying facts from F. Caruso and ad fund documents re that marketing entity for franchisees to evaluate basis for Apostolou's demand (0.6); prepare for emergency hearing threatened by Apostolou counsel (0.3) | CCOMBEST | 1.30 |
| 06/02/11 | Reviewing and analyzing communications from attorney for proposed Beverly franchisee regarding need to close franchise transaction and interplay with Illinois exemption; reviewing possibilities for other exemptions and providing recommendation for response to attorney for franchisee. | DBEYER | 0.50 |
| 06/02/11 | Reviewing and replying to numerous e-mails from Fred Caruso regarding the Ad Fund LLC and Operating Agreement, including rights of members to attend and vote. | DBEYER | 0.30 |
| 06/02/11 | Reviewing Franchise Agreements relating to Peter Skiouris, including Franchise Agreement provisions on default and termination, noncompetition covenants and related matters looking for personal obligations (.6); reviewing Settlement Agreement that modified terms of Franchise Agreements (.4). | DBEYER | 1.00 |
| 06/02/11 | Analysis regarding advertising fund operating agreement, membership and voting rights, and termination. | CLUCENTE | 1.60 |
| 06/03/11 | Prepare for threatened emergency hearing re Apostolou attendance and private ad fund meeting. | CCOMBEST | 0.50 |
| 06/03/11 | Participating in lengthy conference call with members of advertising fund co-op. | DBEYER | 3.00 |
| 06/03/11 | Reviewing and responding to e-mails relating to voting rights for ad fund co-op members and good standing determinations. | DBEYER | 0.30 |
| 06/03/11 | Reviewing issues relating to sale of Beverly store (.1); reviewing letter from attorney for franchisee and responding regarding same (.2). | DBEYER | 0.30 |
| 06/03/11 | Preparing Franchise Agreement Analysis Worksheet for purposes of compiling data for all of the franchise units to develop due diligence report for potential buyers. | DBEYER | 0.50 |

④
- 3 x $495 = $1485

Philip V. Martino Trustee for Giordano's
Re: Franchise Issues Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00009

July 11, 2011
Invoice Number: 1677176
Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/03/11 | Review and analyze provisions in standard franchise agreement related to advertising fund collections. | CLUCENTE | 3.40 |
| 06/06/11 | Research executory contracts and operating agreements issues; draft summary on same. | JCURRY | 4.10 |
| 06/06/11 | Multiple e-mails regarding litigation disclosures (0.3); review prior settlement agreements to identify potential disclosure issues for Item 3 of the FDD (1.1). | CLUCENTE | 1.40 |
| 06/07/11 | Confer regarding research project to determine whether a contractually established limitation period will supersede an Illinois general statute of limitations. | MRHINEHA | 0.10 |
| 06/07/11 | Reviewing e-mail correspondence from D. Beyer and F. Caruso regarding franchisor management personnel that need to be disclosed in Item 2 of the FDD (0.1); receipt and initial review of completed management questionnaire from F. Caruso (0.2). | CLUCENTE | 0.30 |
| 06/08/11 | Draft analysis regarding executory contracts and operating agreement. | JCURRY | 0.60 |
| 06/08/11 | Conduct research regarding whether a contractually established limitations period will supersede an Illinois general statute of limitations. | MRHINEHA | 1.70 |
| 06/08/11 | Draft memorandum regarding Illinois law as to whether a contractually established limitations period will supersede an Illinois general statute of limitations. | MRHINEHA | 1.40 |
| 06/08/11 | Conduct research regarding whether a counterclaim will be governed by the same law that contractually established limitation periods supersede a general statute of limitations. | MRHINEHA | 0.30 |
| 06/08/11 | Research anti-discrimination under Illinois franchise relationship and disclosure law (0.3); e-mail correspondence with D. Beyer summarizing same (0.1). | CLUCENTE | 0.40 |
| 06/09/11 | Analysis for Trustee re DIP Loan Agreement, as amended, and effect thereunder of rejection of franchise agreements. | CCOMBEST | 0.70 |
| 06/10/11 | Review terms of Aynessazian settlement in order to assist C. Burden with information from bankruptcy side of transaction re documenting same. | CCOMBEST | 0.40 |
| 06/11/11 | Work with C. Burden re bankruptcy issues to be addressed in settlement with Aynessazian (0.4); consider DIP Loan Agreement provisions re rejections/terminations of franchise agreements re same (0.3). | CCOMBEST | 0.70 |

4.1 x .1 ×/ 250 = $/02.50

Philip V. Martino Trustee for Giordano's
Re: Franchise Issues Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00009

July 11, 2011
Invoice Number: 1677176
Page 6

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/20/11 | Complete research regarding early termination of a franchise agreement when no notice has been furnished (2.0 hours); provide explanation of whether failure to pay fees can constitute grounds for a good cause termination without notice (.70 hours). | KFSMITH | 2.70 |
| 06/20/11 | Preparing and revising notices of violation and termination rights for all 5 Aynessazian franchises. | DBEYER | 0.50 |
| 06/20/11 | Reviewing and analyzing 5 Franchise Agreements for Aynessazian for site control provisions and rights to buy. | DBEYER | 0.50 |
| 06/20/11 | Reviewing Skiouris Franchise Agreements for violation provisions and notices to cure and possible rights to exercise option to acquire leases and operating assets. | DBEYER | 0.50 |
| 06/20/11 | Preparing and revising notices of violation and rights to terminate relating to 3 Skiouris franchise locations. | DBEYER | 0.50 |
| 06/20/11 | Revising letters to Alexakos to incorporate site control issues. | DBEYER | 0.30 |
| 06/20/11 | Review franchise agreements for important terms and enter terms into analysis worksheet. | MLEEMAN | 6.20 |
| 06/21/11 | Lengthy telephone conference call with Fred Caruso regarding advertising fund and gift card issues and liabilities relating to same. | DBEYER | 0.80 |
| 06/21/11 | Researching issues relating to income tax liability of advertising fund, co-op LLC, so as to avoid income tax on the basis that all revenues are earmarked for advertising purposes and therefore are restricted, and analogizing to franchisor or manufacturer/supplier controlled co-ops. | DBEYER | 2.20 |
| 06/21/11 | Work on issues related to operating agreement and release. | JCURRY | 1.80 |
| 06/21/11 | Review franchise agreements for important terms and enter terms into analysis worksheet (6.9); confer with Q&B attorney regarding same (.1). | MLEEMAN | 7.00 |
| 06/21/11 | Review letters to certain franchisees re Americana purchases for background and potentially advisable bankruptcy court action. | CCOMBEST | 0.20 |
| 06/21/11 | Review template worksheet for franchise agreement summaries; conference with M. Leeman directing preparation of summaries. | CLUCENTE | 0.40 |
| 06/22/11 | Confer with C. Burden re evidentiary matters as breaches by certain Illinois franchise restaurants of agreements with GEI. | CCOMBEST | 0.30 |

Handwritten annotations in margin:
—7) 6.2 x .1 x \$210 = \$130.20
(1) —2.2 x \$495 = \$1,089
(4) —(1.8 x \$250 = \$450

Philip V. Martino Trustee for Giordano's
Re: Marshall Home Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00019

July 11, 2011
Invoice Number: 1677183
Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/11 | Research and analyze case law involving non-lawyers representing parties to lawsuits (1.1); begin drafting motion to have Home barred from future filings (.6). | CSCAPERL | 1.70 |
| 06/20/11 | Finish drafting motion to have Home barred from future filings (4.8); finish research regarding unauthorized practice of law in Illinois (.9); revise motion (.5). | CSCAPERL | 6.20 |
| 06/20/11 | Review motion to dismiss and other pleading filed by M. Home. | LNACHINS | 0.30 |
| 06/20/11 | Confer with D. Conley re bankruptcy procedural issues, strategy embodied in pleading, and revisions (0.6); manage inquiries of court clerk's office re filing status of Home's papers (0.2). | CCOMBEST | 0.80 |
| 06/20/11 | Consult regarding and work on brief striking Mr. Home's latest filing and seeking order to show cause barring future filings. | DEC | 2.60 |
| 06/21/11 | Revise motion to strike pleadings and for order to show cause re Home and orders re same (1.1); review local procedure for obtaining relief re filing bar (0.3). | CCOMBEST | 1.40 |
| 06/21/11 | Consider, consult regarding and review and revise motion to strike and for order to show cause barring future filings. | DEC | 1.90 |
| 06/21/11 | Revise memorandum in support of motion to have Marshall Home barred (2.1); draft proposed orders regarding same (.8). | CSCAPERL | 2.90 |
| 06/22/11 | Initial preparation for 6/28 hearings re two motions regarding Marshall Home. | CCOMBEST | 0.20 |
| 06/24/11 | Review and analyze new Home filings. | CSCAPERL | 0.50 |
| 06/24/11 | Review response by Home to motion to strike pleadings and for order barring his filings and evaluate impact of same on 6/28 hearing on motions (1.2); consultation with D. Conley re strategy for response and for public comment (0.3); telephone call with reporter for Dow Jones re motion to strike and Home's response (0.1); confer with Trustee re content of response, allegations against Trustee, and media inquiry (0.3) | CCOMBEST | 1.90 |
| 06/24/11 | Review Homes' response to our Motion to Strike (.2); consider and revise our draft response (.7). | DEC | 0.90 |
| 06/25/11 | Prepare supplement in support of Motion to Strike to inform court of nature of further paper served by Home (1.1); prepare for 6/28 hearing on all Home-related motions (0.4). | CCOMBEST | 1.50 |
| 06/25/11 | Review and revise draft reply to Home's new submission. | DEC | 0.30 |

Handwritten annotations in left margin:

⑦
-2.6 x 0.1 x $465
= -$120.90

⑦
1.9 x .1 x $465
= -$88.35

Philip V. Martino Trustee for Giordano's
Re: General - and Costs Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00006

August 10, 2011
Invoice Number: 1684927
Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/15/11 | Attention to updates from leads re multiple matters in case being handled in all offices, review of court calendar re potential conflicts and opportunities for consolidation, and preparation of master schedule for use of team re same (3.3). | CCOMBEST | 3.30 |
| 07/17/11 | Review Divanovic motion to file late claim/lift stay and review related docket entries in district court (.9); confer with Trustee re strategy as to same (.5). | CCOMBEST | 1.40 |
| 07/18/11 | Discuss strategy with Trustee re Divanovic motion to file late claim and lift stay (.5); evaluate legal objections to that motion, including Seventh Circuit requirements of movant/claimant (.6); attention to case management and scheduling (.3). | CCOMBEST | 1.40 |
| 07/20/11 | Attention to case management issues regarding scheduling of multiple court matters in next month (.3). | CCOMBEST | 0.30 |
| 07/21/11 | Confer with and direct L. Nachinson re analysis and drafting of motion to approve/ratify gift card and any related customer-loyalty programs. | CCOMBEST | 0.30 |
| 07/23/11 | Review query from interested party re certain apparent inconsistencies and gaps in KCC web site materials (.2); consult with KCC re same (.1); attention to case management re upcoming 8/10 hearing and numerous matters to be finalized in coming week (.4). | CCOMBEST | 0.70 |
| 07/24/11 | Review and consider recommendations to Trustee regarding Committee motion for procedures re sharing information under Code section 1102. | CCOMBEST | 0.50 |
| 07/25/11 | Confer with Trustee re outstanding matters (.3); communicate with interested party re KCC web site contents (.1); call with T. Fawkes (Committee) re requested changes to information-sharing order (.2); e-mail to Judge Wedoff's courtroom deputy re August 10 scheduling (.1); review file information re certain insurance policies referenced in inquired about by Fifth Third (.2); send e-mail messages to Debtors' former counsel at Arnstein and to Z. Smith re same (.2). | CCOMBEST | 1.10 |

-3.3 x 0.1 x $495 =
-$163.35

Philip V. Martino Trustee for Giordano's
Re: Franchise Issues Chapter 11 Bankruptcy
Quarles & Brady  Matter Number: 144851.00009

August 11, 2011
Invoice Number: 1685755
Page 5

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/10/11 | Confer with Trustee re ███████████████ | CCOMBEST | 0.60 |
| 07/11/11 | Review strategy discussion from Trustee re ████ | CCOMBEST | 0.50 |
| 07/11/11 | Reviewing Asset Purchase Agreements for other transactions involving franchises in bankruptcy for determination of whether terms should be added to the Giordano's draft and concluding that they were not necessary at this time. | DBEYER | 2.00 |
| 07/11/11 | Extensive review and analysis of draft Confidential Information Memorandum and providing commentary on same. | DBEYER | 4.00 |
| 07/11/11 | Telephone conference with Grace Squire Benford, attorney for Citizens Bank, relating to loan to Giordano's of Florida and assumption of same by proposed franchisee Hayssam. | DBEYER | 0.30 |
| 07/11/11 | Interoffice conference with D. Beyer regarding ████████ ██████(.2). | DGRUTCHF | 0.20 |
| 07/12/11 | Draft form of status report for subpoenas issued to franchisees (.4); confer with attorney regarding same (.1). | PAF | 0.50 |
| 07/12/11 | Review franchise agreements ███████████(.6); review e-mail from Jill Costie to ███████(1.0); compile list of franchise agreements set to expire in next year (.3); e-mail to Q&B attorney re █████████(.1). | MLEEMAN | 2.00 |
| 07/12/11 | Directing preparation of edits to Franchise Disclosure Document in connection with general review and update. | CLUCENTE | 0.20 |
| 07/13/11 | Review affidavits of service received from process server for Subpoenas to GNS and Prudential Pizza and communication with process server regarding correction to same. | PAF | 0.10 |
| 07/13/11 | Revising FDD. | JCOVEY | 3.00 |
| 07/13/11 | Confer with F. Caruso and D. Beyer re disputes with Minooka franchisee and potential resolution of same. | CCOMBEST | 0.40 |
| 07/13/11 | Review Rockford franchise agreement to determine if second franchise agreement was actually a renewal (.1); create worksheet listing ███████(3.8); research ████████████████(.3); update worksheets with information based on same (.9). | MLEEMAN | 6.20 |

④
-3 × $205
= -$615

Philip V. Martino Trustee for Giordano's
Re: Franchise Issues Chapter 11 Bankruptcy
Quarles & Brady  Matter Number: 144851.00009

August 11, 2011
Invoice Number: 1685755
Page 6

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/13/11 | Reviewing and analyzing numerous e-mails on gift card liability and reviewing background on same and replying with background on ad fund responsibility and past history of running gift card program. | DBEYER | 0.30 |
| 07/13/11 | Reviewing status of Minooka settlement of lease dispute and combination of franchise issues that may be unresolved, including missing agreement and expired agreement, as well as getting releases from other claims. | DBEYER | 0.50 |
| 07/13/11 | Directing review of ███████████████████ ████████████████████████████████████ | DBEYER | 0.30 |
| 07/13/11 | Review of proposal from Chet Foster and comparing it to prior determinations of royalties due and issues relating to extensions of term with no renewal fees. | DBEYER | 0.70 |
| 07/13/11 | Providing guidance and direction in order to clarify terms of contracts where there are discrepancies between specified terms and typewritten dates. | DBEYER | 0.50 |
| 07/13/11 | E-mail correspondence with D. Beyer and P. Martino concerning treatment of abandoned gift cards under IL law (.1); initial research regarding same (.5); conference with J. Covey regarding good standing issues /failure to file annual report with Secretary of State (.1). | CLUCENTE | 0.70 |
| 07/14/11 | Revising FDD. | JCOVEY | 3.50 |
| 07/14/11 | Confer and strategize regarding drafting motion and order asking Court to approve settlement agreement with Pizza in Minooka, Inc., regarding lease and royalty dispute. | SOBOYE | 0.50 |
| 07/14/11 | Confer with Trustee and with F. Caruso via e-mail re terms and scope of proposed settlement with Pizza in Minooka, in order to direct preparation of settlement papers for Court (.4); direct S. O'Boye re preparation of settlement papers (.3). | CCOMBEST | 0.70 |
| 07/14/11 | Create ██████ (1.4); ██████████ (.7); confer with Q&B attorney regarding ██████ (.2). | MLEEMAN | 2.30 |

④
-3.5 x #205
= #717.50

Philip V. Martino Trustee for Giordano's
Re: Franchise Issues Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00009

August 11, 2011
Invoice Number: 1685755
Page 8

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/19/11 | Plainfield - Reviewing Franchise Agreement and related documents in file for purposes of determining default requirements and preparing and revising royalty default notice regarding same. | DBEYER | 0.50 |
| 07/19/11 | Fox Lake - Reviewing Franchise Agreement and related documents in file for purposes of determining default requirements and preparing and revising royalty default notice regarding same. | DBEYER | 0.50 |
| 07/19/11 | Lake Zurich - Reviewing Franchise Agreement and related documents in file for purposes of determining default requirements and preparing and revising royalty default notice regarding same. | DBEYER | 0.50 |
| 07/19/11 | Sheridan - Reviewing Franchise Agreement and related documents in file for purposes of determining default requirements and preparing and revising royalty default notice regarding same. | DBEYER | 0.50 |
| 07/20/11 | Revising FDD. | JCOVEY | 3.80 |
| 07/20/11 | Research and draft motion seeking an order approving settlement with Pizza by Minooka and submit to assigning attorney for review (1.7). | SOBOYE | 1.70 |
| 07/20/11 | Extensive review and commentary on Confidential Information Memo and list of open issues. | DBEYER | 3.20 |
| 07/20/11 | Responding to comments on gift card liability for disclosure of same in CIM. | DBEYER | 0.30 |
| 07/20/11 | Reviewing and responding to e-mails relating to upcoming meeting with franchisees for proposed settlement (.2); reviewing confidentiality and nondisclosure agreement with Chet Foster (.3). | DBEYER | 0.50 |
| 07/20/11 | Reviewing and responding to e-mails from Fred Caruso regarding details on Minooka settlement. | DBEYER | 0.20 |
| 07/21/11 | Reviewing complaint underlying settlement with Hayssam for issues relating to development agreements. | DBEYER | 0.50 |
| 07/21/11 | Reviewing open issues relating to ███████ | DBEYER | 0.50 |
| 07/21/11 | Conference call with Fred Caruso regarding ███████ | DBEYER | 0.50 |

Ⓐ

-3.8x#205

=-$779

Philip V. Martino Trustee for Giordano's
Re: Franchise Issues Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00009

August 11, 2011
Invoice Number: 1685755
Page 10

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/22/11 | Reviewing and responding to e-mails relating ▮ | DBEYER | 0.50 |
| 07/22/11 | Reviewing e-mails relating to ▮ | DBEYER | 0.30 |
| 07/22/11 | Providing additional direction relating to description of approved supplier provisions in Item 8 of FDD. | DBEYER | 0.50 |
| 07/22/11 | Reviewing 3 e-mails including spreadsheet relating to proposed transaction with Louie on the Beverly and other locations to convert from JVs. | DBEYER | 0.50 |
| 07/24/11 | Review and revise motion to approve settlement with franchisee for 8/10/11 hearing. | CCOMBEST | 0.70 |
| 07/25/11 | Follow-up with process server regarding status of receipt of corrected Affidavits of Service of subpoenas to GNS and Prudential Pizza and report status of same to attorney. | PAF | 0.10 |
| 07/26/11 | Review revised affidavits of subpoenas to GNS and Prudential Pizza and communication with process server regarding same. | PAF | 0.10 |
| 07/26/11 | Review and revise motion to approve rent settlement with Minooka franchisee. | CCOMBEST | 1.30 |
| 07/26/11 | Reviewing Blair sales process report. | DBEYER | 0.50 |
| 07/26/11 | Reviewing and replying to numerous e-mails relating to ▮ (.4); reviewing results of review of ▮ (.3). | DBEYER | 0.70 |
| 07/26/11 | Telephone conference with Fred Caruso relating to ▮ | DBEYER | 0.50 |
| 07/26/11 | Reviewing additional items that GEI may want to change in franchise agreements going forward, ▮ | DBEYER | 0.50 |
| 07/26/11 | Review and analyze Franchise Agreements for ▮ (1.6); e-mail correspondence with team concerning same (.2). | CLUCENTE | 1.80 |
| 07/27/11 | Revising FDD and Franchise Agreement. | JCOVEY | 5.70 |

④

-5.7 × $205 -- $1,168.50

Philip V. Martino Trustee for Giordano's  August 11, 2011
Re: Franchise Issues Chapter 11 Bankruptcy  Invoice Number: 1685755
Quarles & Brady  Matter Number: 144851.00009  Page 11

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/27/11 | Draft Notice of Motion and Certificate of Service (.2); review correspondence from trustee and counsel for other parties regarding Minooka settlement motion and order (.5); confer with assigning attorney regarding edits to proposed order (.2); make edits to settlement motion (.5); make edits to proposed order (.8). | SOBOYE | 2.20 |
| 07/27/11 | Revise letter to franchisees regarding pending lease issues. | FFEINSTE | 0.20 |
| 07/27/11 | Reviewing, analyzing and revising motions to authorize honoring gift cards and reviewing proposed order on same. | DBEYER | 1.50 |
| 07/27/11 | Telephone conference with Sherri Toub regarding questions on certain data in the Confidential Investment Memorandum. | DBEYER | 0.50 |
| 07/27/11 | Reviewing and revising language in Confidential Information Memo regarding gift cards and other franchise informational issues. | DBEYER | 1.00 |
| 07/27/11 | Interoffice conferences with D. Beyer regarding ███████████ ███████████ (.4); review multiple correspondence re: ██████ (.4). | DGRUTCHF | 0.80 |
| 07/28/11 | Revising FDD. | JCOVEY | 4.50 |
| 07/28/11 | Draft proposed order for Motion to Approve Settlement with Stephano's Pizza on Sheridan, Inc. | LNACHINS | 0.90 |
| 07/28/11 | Reviewing and revising draft termination notices for A. Aynessazian locations and update default/termination status chart (1.8); multiple e-mails with team regarding ██████████████ ████████ (.2); e-mail correspondence with team regarding settlement negotiations in Chicago (.3); review prior e-mail correspondence and research franchise registration exemptions in Illinois (1.3); e-mail correspondence and conference with C. Burden concerning same (.2). | CLUCENTE | 3.80 |
| 07/29/11 | Conferences with P. Martino and D. Grutchfield regarding ███████████████████ ████ (.6); review ████ ██████████ (1.8); confirm delivery method for termination notices and update default and termination status chart for A. Aynessazian locations (.8). | CLUCENTE | 3.20 |

④
-4.5×$205
=-$922.50

Philip V. Martino Trustee for Giordano's         August 10, 2011
Re: Corporate Governance Chapter 11 Bankruptcy     Invoice Number: 1684894
Quarles & Brady   Matter Number: 144851.00012      Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/01/11 | Review transaction status correspondence related to estimated timing of letter of intent, delivery of draft purchase agreement, timing of bank review of asset purchase agreement, etc. (.5); prepare summary of buyout provisions in joint venture agreements (.5); confer with C. Combest, J. Holt and L. Nachinson regarding research related to enforceability of buyout provisions and advise regarding corporate governance issues in connection with joint venture entities (.5). | MCANNON | 1.50 |
| 07/01/11 | Review of JV agreement transfer limitation and of relevant statutory law (.6) and 2 consultations with L. Nachinson re preliminary work (.2), all re directing J. Holt in continuing that research on enforceability of transfer restrictions on LLC interests; consultation with J. Holt re those directions and research priorities (.5). | CCOMBEST | 1.30 |
| 07/01/11 | Conference regarding research assignment, review operating agreements of limited liability company and case law releases. | JHOLT | 2.00 |
| 07/01/11 | Research regarding enforceability of right of first refusal or similar provision at discount off of fair value in JV and LLC documents. | LNACHINS | 5.80 |
| 07/04/11 | Research restrictions on transfer and other restrictive covenants in limited liability company operating agreements and their enforceability in the bankruptcy context (3.0). | JHOLT | 3.00 |
| 07/05/11 | Conference with Ms. Martinez regarding corporate documents (.1); correspond with Ms. Martinez regarding corporate entities documents (.4). | DMILLINO | 0.50 |
| 07/05/11 | Coordinate supplemental document request from Huck Bouma per court order and confer with D. Millinowisch and F. Feinstein regarding same (1.0); review joint venture organizational documents and prepare summary chart regarding same (1.5); confer with P. Martino regarding status of joint venture issues and enforceability of transfer restriction provisions in the organizational documents (.3); confer with J. Holt and C. Combest regarding research and consider corporate governance issues in connection with same (.7); review J. Holt research regarding enforceability of transfer restrictions (.3). | MCANNON | 3.80 |
| 07/05/11 | Continue research on enforceability of transfer restrictions in limited liability company operating agreements in bankruptcy context (1.5); review case law and treatise law (2.0); prepare memorandum containing research results (2.0); conference regarding research status and progress (.5). | JHOLT | 6.00 |

(handwritten annotation in left margin near JHOLT 07/01/11 row:)

⑨
-2x.1x#250
=-$50

Philip V. Martino Trustee for Giordano's                    August 10, 2011
Re: Substantive Consolidation Chapter 11 Bankruptcy         Invoice Number: 1684903
Quarles & Brady   Matter Number: 144851.00024               Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/19/11 | Review e-mails discussing corporate structure and sale issues and further background review with respect to drafting substantive consolidation motion. | FFEINSTE | 0.40 |
| 07/20/11 | Telephone conference with A. Hammer regarding substantive consolidation issues related to non-Debtor entities (.4); telephone conference with Trustee regarding same (.2); conference call with L. Orelup to review liens against non-Debtor, wholly owned entities in order to address A. Hammer inquiry (1.0). | FFEINSTE | 1.60 |
| 07/21/11 | Continue to gather information for work on substantive consolidation motion - review e-mail from M. Cannon regarding failure to adhere to corporate formalities (.3). | FFEINSTE | 0.30 |
| 07/22/11 | Work on legal section of substantive consolidation motion. | FFEINSTE | 2.50 |
| 07/23/11 | Review marshalling provisions of prepetition loan documents in support of substantive consolidation motion (.5); review revised Blair chart and respond with comments (.5). | EAO | 1.00 |
| 07/25/11 | Draft substantive consolidation motion background sections and legal sections (5.1) | FFEINSTE | 5.10 |
| 07/25/11 | Review and revise provisions of substantive consolidation relating to bank debt (1.0). | EAO | 1.00 |
| 07/26/11 | Continue work on substantive consolidation motion. | FFEINSTE | 3.50 |
| 07/26/11 | Review and revise substantive consolidation motion provisions regarding debt (.2). | EAO | 0.20 |
| 07/27/11 | Draft substantive consolidation motion; review caselaw regarding same. | FFEINSTE | 3.00 |
| 07/28/11 | Draft substantive consolidation motion (2.5); begin to review proofs of claim in connection with same (.5). | FFEINSTE | 3.00 |
| 07/29/11 | Continue review of filed claims with respect to substantive consolidation issues. | FFEINSTE | 0.30 |

Philip V. Martino Trustee for Giordano's
Re: Automatic Stay/Relief from Stay Chapter 11 Bankruptcy
Quarles & Brady   Matter Number: 144851.00014

August 10, 2011
Invoice Number: 1684896
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/14/11 | Telephone P. Martino (.1) regarding franchisee stay violation and consider same (.2). | FFEINSTE | 0.30 |
| 07/14/11 | Office conference with F. Feinstein regarding necessary search (.3); begin research regarding enforcement of executory contract post petition (.4). | LNACHINS | 0.70 |
| 07/15/11 | Work on Franchisee stay violation - several conferences with L. Nachinson regarding research needed (.8); begin to review cases (.6); review status of Franchisee default and default letters (.5); telephone conference with F. Caruso regarding same (.3). | FFEINSTE | 2.20 |
| 07/15/11 | Research regarding: (i) enforcement of executory contract against non-Debtor but not Debtor (1.1); (ii) violation of automatic stay to not turn over property of estate post-petition (2.5). | LNACHINS | 3.60 |
| 07/16/11 | Review certain caselaw and begin to draft Motion for Violation of Stay by Franchisees for Failure to Pay Royalties and Advertising Fees. | FFEINSTE | 2.50 |
| 07/16/11 | Continue research (2.1); draft summary of same (2.1). | LNACHINS | 4.20 |
| 07/17/11 | Review additional cases received last night from L. Nachinson and continue to draft Motion for Stay Violation by Franchisees. | FFEINSTE | 3.50 |
| 07/18/11 | Further revision to franchisee stay motion regarding payment of royalties; review and add franchise specific cases regarding Royalty payments and miscellaneous edits incorporating changes of Martino, Caruso and Burden (4.0); telephone conference with Trustee regarding same (.2); telephone conference with Caruso regarding same (.2). | FFEINSTE | 4.40 |
| 07/18/11 | Continue research. | LNACHINS | 5.50 |
| 07/19/11 | Final revisions to Motion for Stay Violations by Franchisees. | FFEINSTE | 0.40 |
| 07/20/11 | Email and telephone conference with J. Costie. | LNACHINS | 1.00 |
| 07/20/11 | Finalize and transmit version of Stay Motion regarding franchisees with most recent comments. | FFEINSTE | 0.50 |
| 07/21/11 | Revise and circulate motion regarding franchisees' stay violation. | FFEINSTE | 0.50 |

(handwritten annotations in left margin)
①
-2.5 × .( × #575
= -# 143.75

○
-3.5 × .( × #575

= -# 201.25
①
-4 × .( × #575 =
- #230

④
-5.5 × #310
= -#1,705

Philip V. Martino Trustee for Giordano's                              June 20, 2011
Re: General - and Costs Chapter 11 Bankruptcy                        Invoice Number: 1673409
Quarles & Brady   Matter Number: 144851.00006                        Page 2

**DISBURSEMENTS:**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 05/18/11 | Illinois Secretary of State Fee for corporate documents for Deliveries to Go, Inc. | $ | 75.00 |
| 05/23/11 | Chicago Messenger Service, Inc Delivery to Andre Ordeanu Esq. 5/13/11 | | 6.95 |
| 05/31/11 | Chicago Messenger Service, Inc Delivery to Lawrence A Stein 5/20/11 | | 45.73 |
| 05/31/11 | Chicago Messenger Service, Inc Delivery to Randall Klein 5/20/11 | | 16.20 |
| 05/31/11 | Chicago Messenger Service, Inc Dleivery to Richard S. Lauter 5/20/11 | | 16.20 |
| 05/31/11 | Chicago Messenger Service, Inc Delivery to Cameron Gulden 5/20/11 | | 16.20 |
| 05/31/11 | Chicago Messenger Service, Inc Delivery to Honorable John H. Squires 5/20/11 | | 32.40 |
| | Copy charges | | 128.10 |

③

− $128.10

Total Disbursements:                                                 $      336.78


Total Fees and Disbursements:                                        $      336.78

Philip V. Martino Trustee for Giordano's                          July 11, 2011
Re: General - and Costs Chapter 11 Bankruptcy                     Invoice Number: 1677791
Quarles & Brady  Matter Number: 144851.00006                      Page 3

| | | |
|---|---|---|
| 06/03/11 | United Parcel Service Delivery to William P. Weatherfore 5/20/11 | 10.55 |
| 06/03/11 | United Parcel Service Delivery to Donald McIntosh 5/20/11 | 10.55 |
| 06/03/11 | United Parcel Service Delivery to Morgan Land Clearing Inc. | 11.00 |
| 06/03/11 | United Parcel Service Delivery to New Castle County 5/20/11 | 10.55 |
| 06/03/11 | United Parcel Service Delivery to Burke Hogue & Mills 5/20/11 | 10.55 |
| 06/15/11 | Miscellaneous charges - Aspen Solutions, Inc Aspen Teleconference Call 5/26/11; P. Martino | 17.18 |
| 06/15/11 | Chicago Messenger Service, Inc Delivery to Danielle W Juhle 6/3/11 | 8.10 |
| 06/15/11 | United Parcel Service Delivery to Quarles & Brady | 6.34 |
| 06/15/11 | United Parcel Service Delivery to to Quarles & Brady 6/2/11 | 6.34 |
| 06/17/11 | Binding Agreement | 0.75 |
| 06/20/11 | Judicial Attorney Services, Inc. Service of Summons/Complaint on Deliveries to Go, Inc. and Community Bank-Wheaton/Glen Ellyn | 182.20 |
| 06/27/11 | NRAI Corporate Services Service Fee for State Level UCC, Judgement and Tax Lien Search | 816.00 |
| 06/29/11 | Cash Copies of documents from 08CH17963 | 16.25 |
| | Copy charges | 63.10 |
| | Fax charges | 118.20 |
| | Pacer research charges | 36.08 |
| | Total Disbursements: | $    1,476.91 |
| | Total Fees and Disbursements: | $    1,476.91 |

(3) $16.25

(3) - $63.10

Philip V. Martino Trustee for Giordano's                              August 10, 2011
Re: General - and Costs Chapter 11 Bankruptcy                        Invoice Number: 1684929
Quarles & Brady   Matter Number: 144851.00006                        Page 7

| | | |
|---|---|---|
| 07/22/11 | United Parcel Service Delivery to T. Kourliour, Randall Third, Inc., Algonquin, IL, 6/27/11 | 10.64 |
| 07/22/11 | United Parcel Service Delivery to Laganes, Inc., Addison, IL, 6/27/11 | 10.64 |
| 07/26/11 | United Parcel Service Delivery to Bill Iaculla 7/8/11 | 7.68 |
| 07/26/11 | United Parcel Service Delivery to Marshall E. Home 7/14/11 | 11.82 |
| 07/26/11 | United Parcel Service Delivery to Quarles & Brady 7/15/11 | 8.47 |
| 07/27/11 | Clerk of the Court Cost for Pro Hac Vice for Christian Burden | 50.00 |
| 07/29/11 | Cash 23 pages copied in 08CH17963 | 5.75 |
| 07/29/11 | Landmark Legal Solutions Advance postage for service of summons, complaint and motion for TRO upon franchise defendants (49 Defendants) | 740.00 |
| 07/29/11 | Filing fees -  Quarles & Brady LLP Paid to IL Court for filing fees | 250.00 |
| | Pacer research charges | 30.80 |
| | Copy charges | 379.90 |

Total Disbursements:                          $        8,066.30


Total Fees and Disbursements:                 $        8,066.30

③
.75-(23 x.10)
=-$3.45

③
-$379.90

Philip V. Martino Trustee for Giordano's Enterprises
RE: General - and Costs Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00006

September 14, 2011
Invoice Number: 1693565
Page 4

| | | |
|---|---|---:|
| 07/25/11 | Westlaw and Lexis charges | 646.67 |
| 07/25/11 | Westlaw and Lexis charges | 199.50 |
| 07/25/11 | Westlaw and Lexis charges | 80.50 |
| 07/26/11 | Westlaw and Lexis charges | 24.95 |
| 07/27/11 | Westlaw and Lexis charges | 478.79 |
| 07/28/11 | Westlaw and Lexis charges | 434.70 |

Total Disbursements:                                    $      14,508.00

(11) -$14,508.00   Total Fees and Disbursements:                                    $      14,508.00