UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GIORDANO'S ENTERPRISES, INC., *et al.*, | ) | Case No. 11-06098 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date: November 2, 2011** |
| | ) | **Hearing Time: 10:00 a.m.** |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, November 2, 2011, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Room 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other Judge sitting in his place or stead, and then and there present the **Chapter 11 Trustee's Motion to Approve Amendments to Debtor In Possession Loan Agreement and Amend the Final Cash Collateral / Debtor In Possession Financing Order**, a copy of which is herewith served upon you.

Dated:  October 28, 2011

PHILIP V. MARTINO, not individually,
    but solely as Chapter 11 Trustee
    for Giordano's Enterprises, Inc., *et al.*

By: ___/s/ Christopher Combest___
       One of his Attorneys

Christopher Combest
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
Phone: (312) 715-5000
FAX: (312) 632-1727
christopher.combest@quarles.com

QB\14929442.1

# **CERTIFICATE OF SERVICE**

I, Christopher Combest, an attorney, certify that, on the 28th day of October, 2011, I caused the **Chapter 11 Trustee's Motion to Approve Amendments to Debtor In Possession Loan Agreement and Amend the Final Cash Collateral / Debtor In Possession Financing Order** (the "Motion") to be filed electronically, via the Court's CM/ECF System, and thereby to be served upon the parties listed below, to whom the System automatically delivered an electronic copy of each of the Motion and the Order at the following electronic mail addresses:

- Thomas V Askounis   taskounis@askounisdarcy.com, jburt@askounisdarcy.com;jham@askounisdarcy.com
- Ronald Barliant   ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Heather L Blaise   heather.blaise@gmail.com
- Jennifer S Burt   jburt@askounisdarcy.com
- Christopher M Cahill   ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Carmen D Caruso   cdc@cdcaruso.com, sms@cdcaruso.com
- Joshua W Cohen   jwcohen@daypitney.com
- Yeny C. Estrada   yestrada@edwardswildman.com, kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
- Thomas R. Fawkes   tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Chester H. Foster   chf@fostersmithlaw.com, jbf@fostersmithlaw.com;dbf@fostersmithlaw.com
- James G Froberg   jgfroberg@lowis-gellen.com, jgfroberg@aol.com
- Zachary J Garrett   zachary.garrett@goldbergkohn.com
- Cameron M Gulden   USTPRegion11.es.ecf@usdoj.gov, cameron.m.gulden@usdoj.gov;USTPRegion11.es.ecf@usdoj.gov
- Aaron L Hammer   ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
- Christopher J. Horvay   chorvay@gouldratner.com
- Brian J Jackiw   bjackiw@freebornpeters.com, bkdocketing@freebornpeters.com
- Vivek Jayaram   vivek@jayaramlaw.com
- Gregory J Jordan   gjordan@jka-law.com
- Danielle Juhle   danielle.juhle@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Kathryn A Klein   iln@riezmanberger.com, riezmanberger@gmail.com
- Randall Klein   randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com;logan.stortz@goldbergkohn.com
- Richard S Lauter   rlauter@freebornpeters.com, bkdocketing@freebornpeters.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
- Joanne Lee   jlee@foley.com, khall@foley.com
- Neil Lloyd   nlloyd@schiffhardin.com, edocket@schiffhardin.com
- Terri M Long   Courts@tmlong.com
- Karen Newbury   knewbury@schiffhardin.com, egeekie@schiffhardin.co;nlloyd@schiffhardin.com
- Andre Ordeanu   andre@zanesmith.com, Patty@Zanesmith.com;Kelly@Zanesmith.com;Zane@Zanesmith.com;Nichole@Zanesmith.com
- Lars A Peterson   lapeterson@foley.com

QB\14929442.1

- James M Philbrick    jmphilbrick@att.net
- Jeffrey R Platt    jplatt@comananderson.com, ejurgenson@comananderson.com
- Mark L Radtke    mradtke@shawgussis.com, bharrington@shawgussis.com
- Bryan I Schwartz    bschwartz@lplegal.com
- Jason R. Sleezer    jsleezer@skcounsel.com, rybarra@skcounsel.com
- James B. Sowka    jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com
- Jeffrey Strange    jstrangelaw@aol.com, william.georgakis@gmail.com
- Pia N Thompson    pthompson@gouldratner.com, bburns@gouldratner.com
- Steven B Towbin    stowbin@shawgussis.com
- Daniel A Zazove    docketchi@perkinscoie.com

/s/ Christopher Combest
Christopher Combest

QB\14929442.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| GIORDANO'S ENTERPRISES, INC., *et al.*,[1] | ) Case No. 11 - 06098 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Eugene R. Wedoff |
| | ) |
| | ) **Hearing Date: November 2, 2011** |
| | ) **Hearing Time: 10:00 a.m.** |

## CHAPTER 11 TRUSTEE'S MOTION TO APPROVE AMENDMENTS TO DEBTOR IN POSSESSION LOAN AGREEMENT AND AMEND THE FINAL CASH COLLATERAL / DEBTOR IN POSSESSION FINANCING ORDER

Philip V. Martino, the duly appointed and serving Chapter 11 trustee ("**Trustee**") for the estates of Giordano's Enterprises, Inc. ("**GEI**") and the other thirty-two (32) above-captioned debtors (collectively, the "**Debtors**"), hereby seeks entry of an order, in the form submitted with this Motion: (1) approving further amendments to the Debtor-in-Possession Loan Agreement, and (2) further amending the Order Authorizing Debtors to: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (Docket No. 103) (the "**Final Cash Collateral/DIP Financing Order**"), and in support thereof states as follows:

---

[1] The Debtors in these cases are: Giordano's Enterprises, Inc., Illinois Management Company, Inc., JBA Equipment Finance, Inc., Altamonte Partners, LLC, Giordano's Franchise, Inc., Giordano's of Florida, Inc., Giordano's Restaurants, Inc., Giordano's Famous Stuffed Pizza, Inc., Americana Foods, Inc., Pizza Pizazze, Inc., Giordano's, LLC, Oakbrook Partners, LLC, Randolph Partners, LLC, Randolph Partners, LLC 20-24 Series, Randolph Partners, LLC – 327 Series, Randolph Partners, LLC – Lake Street Series, Randolph Partners, LLC – Formosa Series, Randolph Partners, LLC – Minooka Series, Randolph Partners, LP, Randolph Partners, LLC – 740 Series, Randolph Partners, LLC – 308 Series, Randolph Partners, LLC – Ogden Oswego Series, Randolph Partners, LLC – 1425 Series, Randolph Partners, LLC – Mount Prospect Series, Belmont Pizza, Inc., Rush Pizza, Inc., Greektown Pizza, Inc., Rosemont Pizza, Inc., Willowbrook Pizza, Inc., Randolph Partners, LLC – Sherberth Series, Randolph Partners, LLC – Oakbrook Partners Series, Randolph Partners, LLC – Cotton Lane Series, and Randolph Partners, LLC – Randall Orchard Series.

QB\14862638.1

### Jurisdiction

1. This Court has jurisdiction pursuant to 28 U.S.C. §§157 and 1334(a) and Rule 40.3.1 of the Local Rules of Procedure of the United States District Court for the Northern District of Illinois. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The consideration of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b).

### Background

2. On February 16 and 17, 2011, the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.*

3. Pursuant to 11 U.S.C. §§1107(a) and 1108, the Debtors initially operated their businesses and managed their financial affairs as debtors in possession.

4. On March 7, 2011, the United States Trustee appointed a committee of unsecured creditors (the "**Committee**").

5. On February 16, 2011, the Debtors filed the Debtors' Emergency Motion for Entry of Interim Order, After Further Notice and Hearing, Final Order: (A) Authorizing Debtors' Use of Cash Collateral; (B) Authorizing Debtors to Incur Postpetition Debt; (C) Granting Adequate Protection and Providing Security and Other Relief to Fifth Third Bank (the "**Cash Collateral/DIP Financing Motion**").

6. On February 22, 2011, this Court entered an Order Authorizing Debtors to: (A) Use Cash Collateral on an Emergency Basis Pending a Final Hearing; (B) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (the "**Interim Cash Collateral/DIP Financing Order**").

7. Pursuant to the Interim Cash Collateral/DIP Financing Order, the Debtors and Fifth Third Bank entered into a Debtor-In-Possession Loan Agreement, dated as of February 22,

2011 (the "**DIP Loan Agreement**"). A copy of the DIP Loan Agreement is attached hereto as **Exhibit A**.

8. On March 17, 2011, this Court entered the Final Cash Collateral/DIP Financing Order which, *inter alia*, authorized the Debtors to use the cash collateral of Fifth Third Bank and to obtain debtor in possession financing from Fifth Third Bank.

9. On May 12, 2011, upon the motion of the United States Trustee, the Court appointed Philip V. Martino to be the Trustee for the Debtors, thereby taking the Debtors out of possession and placing their assets and the businesses under the control of the Trustee.

10. By orders entered May 31, 2011 (Docket No. 378), and August 16, 2011 (Docket No. 621), this Court approved certain amendments to the DIP Loan Agreement and Final Cash Collateral/DIP Financing Order. Those orders collectively approved the First, Second, and Third Amendments to the DIP Loan Agreement (the "**Prior Amendments**" and together with the DIP Loan Agreement, the "**Amended DIP Loan Agreement**"), which together increased the amount the Debtors were authorized to borrow postpetition from Fifth Third Bank to $6.0 million plus other amounts to the extent necessary to repay interest, fees, costs and other charges payable to Fifth Third Bank in connection with the Postpetition Debt and to enable the Debtors to pay the agreed Carve-out (as defined in the Final Cash Collateral/DIP Financing Order). Copies of the Prior Amendments are attached hereto as **Exhibit B**.

### Fourth Amendment to DIP Loan Agreement

11. The Trustee and Fifth Third Bank (sometimes referred to below as the "**DIP Lender**") desire to further amend the Amended DIP Loan Agreement as set forth in the Fourth Amendment to Debtor-In-Possession Loan Agreement (the "**Fourth Amendment**"), a copy of which is attached hereto as **Exhibit C**.

3

QB\14862638.1

## Revised Sale Covenants

12. Under section 3.1(x) of the Amended DIP Loan Agreement, the Debtors are required to cause the performance of certain acts and the delivery of certain items (the "**Sale Covenants**") relating to a process for the sale(s) of the Debtors' assets, on or before specified dates. The Final Cash Collateral/DIP Financing Order as amended authorizes the Trustee and Fifth Third Bank to amend the Sale Covenants on notice to the Committee and filing with the Court, but without further notice or hearing.

13. The Trustee and Fifth Third Bank have agreed to extend the deadlines for the Sale Covenants as follows:

(a) on or before October 25, 2011, Debtors shall file one or more motions or a joint plan of reorganization with the Court seeking approval of the Sale in accordance with a form of asset purchase agreement acceptable to DIP Lender, seeking approval to appoint the stalking horse bidder, and seeking approval of bidding procedures acceptable to DIP Lender;

(b) on or before November 10, 2011, Debtors shall have delivered to DIP Lender one or more competing bids from prospective purchasers regarding the Sale, in form and substance acceptable to DIP Lender;

(c) on or before November 14, 2011, Debtors shall have delivered to DIP Lender one or more qualifying competing bids from prospective purchasers regarding the Sale, in form and substance acceptable to DIP Lender;

(d) on November 15, 2011, Debtors shall conduct one or more auctions for the sale of all or substantially all of the Debtors' assets;

(e) on or before November 18, 2011, Debtors shall obtain one or more orders of the Court approving the sale of all or substantially all of the Debtors' assets, which sale order shall be in form and substance acceptable to DIP Lender; and

(f) on or before December 9, 2011, Debtors shall consummate one or more sales of substantially all of the Debtors' assets, on terms and conditions satisfactory to DIP Lender.

4

QB\14862638.1

### Final Maturity Date and Increase in Carve-out for Committee Professionals

14. Under section 7.1 of the Amended DIP Loan Agreement, the **"Final Maturity Date"** is defined as December 23, 2011.

15. Under the Fourth Amendment, the Final Maturity Date is extended to December 12, 2011.

16. Concurrently with the execution of the Fourth Amendment, the Final Cash Collateral/DIP Financing Order will also be amended to increase the Carveout amount for the Committee's Carveout Professionals by a maximum of $150,000, upon the terms to be set forth in the amended Final Cash Collateral/DIP Financing Order.

### Forbearance

17. Under the Fourth Amendment, Fifth Third Bank has agreed to forbear from exercising its rights and remedies against the Debtors as a result of the **"Existing Defaults"** (as defined in the Fourth Amendment), so long as no additional Event of Default occurs or has occurred.

### Amendment Fee

18. In consideration for Fifth Third Bank's agreement to further amend the Amended DIP Loan Agreement, to extend the Sale Covenant deadlines, to extend the Final Maturity Date, to increase the amount of the Carveout for the Committee's Carveout Professionals, and to forbear with respect to the Existing Defaults (as defined in the Fourth Amendment), the Trustee has agreed that the estates shall pay to Fifth Third Bank an amendment fee in an amount equal to $150,000 (the **"Amendment Fee"**), which shall be (a) fully earned and non-refundable upon the execution of the Fourth Amendment, (b) payable upon the Termination Date (as defined in the Final Cash Collateral/DIP Financing Order), and (c) in addition to the Indebtedness (as defined in the Amended DIP Loan Agreement).

QB\14862638.1

## Amendments to Final DIP Cash Collateral/Financing Order

19.  The Trustee requests that the Final Cash Collateral/DIP Financing Order be amended to reflect the change in the dates of the Sale Covenants (referred to in the Final Cash Collateral/DIP Financing Order as "Sale Milestones"), the change of the Final Maturity Date, increase the amount of the Carveout for the Committee's Carveout Professionals, and the other amendments described above.

WHEREFORE, Philip V. Martino, Chapter 11 Trustee, requests that this Court enter an order, in the form filed with this Motion, (A) approving the Fourth Amendment to the DIP Loan Agreement and amending the Final Cash Collateral/DIP Financing Order as set forth in the proposed order and (B) granting the Trustee such other and further relief as the Court deems appropriate.

Dated: October 28, 2011

PHILIP V. MARTINO, not individually,
but solely as Chapter 11 Trustee
for Giordano's Enterprises, Inc., *et al.*

By: ___/s/ Christopher Combest_____
One of his Proposed Attorneys

Christopher Combest
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 632-1727
christopher.combest@quarles.com

6

QB\14862638.1