FILED

JAN 11 2012

EUGENE R. WEDOFF, BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**In re:**

**GIORDANO'S ENTERPRISES, INC., et al.,**

**Debtors.**

**Case No. 11 B 06098**

**Chapter 11**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO QUARLES & BRADY LLP, ATTORNEYS FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$1,086,977.50** | TOTAL COSTS REQUESTED: | **$9,239.22** |
| TOTAL FEES REDUCED: | **$7,064.70** | TOTAL COSTS REDUCED: | **$0.00** |
| TOTAL FEES ALLOWED: | **$1,079,912.80** | TOTAL COSTS ALLOWED: | **$9,239.22** |

**TOTAL FEES AND COSTS ALLOWED: $1,089,152.02**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below. Due to the large number of detailed time entries contained in the fee application, the court employed a sampling methodology to review the application. The court reviewed approximately one third of all detailed time entries and multiplied all disallowances by three. All requests for reimbursement of expenses were reviewed.

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: January 11, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 09/02/11 | Review comments to form real estate sale agreement and revise same. | TYI | 1.20 |
| 09/02/11 | Email to Buyer's counsel regarding Bulk Sales Notice (.1); review email from paralegal regarding follow up with Illinois Department of Revenue (.2). | JPV | 0.30 |
| 09/06/11 | Completed Bulk Sales Notice (.4); correspond with Mr. Vail regarding same (.1); completed Illinois Department of Employment Security Report to Determine Succession (.5); conference with Illinois Department of Revenue regarding Illinois Business Tax Number (.1); correspond with Mr. Caruso regarding same (.1); review litigation search results and correspond with Ms. Orelup and Mr. Vail regarding same (.3). | DMILLINO | 1.50 |
| 09/06/11 | Review real estate asset purchase agreement (.3); review closing checklist (.2). | MMCCORD | 0.50 |
| 09/06/11 | Follow up on state tax filings (.2); conference with paralegal regarding same (.2). | JPV | 0.40 |
| 09/06/11 | Review revisions to motion, order, and term sheet from Louie's counsel (.3) consult with Trustee and D. Beyer re same (.2). | CCOMBEST | 0.50 |
| 09/06/11 | Draft and revise restaurant-only Asset Purchase Agreement in preparation for possible separate sale at auction. | NMATHEWS | 1.70 |
| 09/07/11 | (4) Consult regarding approach to and content of assignment documentation relating to sale of JV interests (.3); review of recent Blair update report (.2); conference with Blair and trustee regarding bid process and schedule (.3). | KMC -.3 x $480 = -$144 | 0.80 |
| 09/07/11 | Confer with Ted Yi re revisions to Real Estate APA for deal room (.2); work with D. Beyer on finalizing term sheet order, and motion in Louie deal (.6); review and reconcile successive revisions of motion, order, and term sheet from Louie's counsel (.4); prepare and forward final revisions to counsel for Louie, Committee, and Fifth Third (.4). | CCOMBEST | 1.60 |
| 09/07/11 | Revise RE sale contract form and transmit same for posting to the date room. | TYI | 1.60 |
| 09/07/11 | Review title commitment for Tampa site (.6); correspondence to/from title company regarding same and satisfaction of various title requirements for closing (.5); correspondence to Ted Yi regarding same (.1). | DGRUTCHF | 1.20 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

October 14, 2011
Invoice Number: 1700516
Page 6

| Date | Description | Professional | Hours |
|---|---|---|---|
| 09/13/11 | Discussion with Blair regarding sale process and staging of diligence for new bidders (.2); review and comment upon proposed [redacted] letter of intent (.8); prepare mark-up of same based on my comments and my discussion of same with the trustee (2.5); discussion concerning proposed bid procedures order and its provisions relative to the sale process (.5); participate in Blair update call (.9). (4) -.5 x $480 = -$240 | KMC | 4.90 |
| 09/13/11 | E-mails re Americana commissary lease and revise file re same. (7) -.1 x .2 x $505 = -$10.10 | TYI | 0.20 |
| 09/14/11 | Draft proposed disclosure schedules to asset sale agreement for presentation to all bidders. | MMCCORD | 8.80 |
| 09/14/11 | Consideration of population of draft disclosure schedules (.3); review of relevant diligence materials in connection with same (.2); provision of guidance with respect thereto (.2); related discussions with the chief restructuring officer (.3); further work on mark-up to [redacted] letter of intent, including receipt and review of comments from Fifth Third, Blair, DSI and others (2.0); assimilation of those comments into revised drafts of the letter (2.0); related discussions with the trustee (.3); correspondence with [redacted] regarding revised draft (.7). (4) -.2 x $480 = -$96 | KMC | 6.00 |
| 09/14/11 | Attention to tax proration issues in purchase/sale agreements (.2). | MBENISVY | 0.20 |
| 09/14/11 | E-mails and calls re real estate tax prorations and revise sale agreement provision re same. | TYI | 0.80 |
| 09/14/11 | E-mails and calls re Mount Prospect warehouse lease form (.2); e-mails re inventories of lease documents and prepare and review same (.9). | TYI | 1.10 |
| 09/14/11 | Drafting of disclosure schedules for purchase agreement (.4); continue work on revisions to draft forms of Asset Purchase Agreement pursuant to new comments (.8). | NMATHEWS | 1.20 |
| 09/14/11 | Correspondence from and prepare response to Bridgeview regarding mortgage/property ownership issues (.5); correspondence to P. Martino regarding same (.1). | DGRUTCHF | 0.60 |
| 09/15/11 | Review proposed terms of Giordano's of Orlando JV interest sale and consider effect thereof on various transaction documents (.2); review and comment on proposed disclosure schedules (3.0); review and comment on draft of Midway and Pulaski sale agreement (.5); consideration of ancillary closing agreements (.3); respond to various transaction related inquiries (.4). | KMC | 4.40 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

October 14, 2011
Invoice Number: 1700516
Page 9

| Date | Description | Professional | Hours |
|---|---|---|---|
| 09/20/11 | Further prepare estimate of closing costs associated with real property transfers (1.0); and review purchase agreement for other closing obligations and allocation of closing costs (.8). | MHEINKE | 1.80 |
| 09/20/11 | Revise parking easement per correspondence and discussions with P. Martino (.8); correspondence regarding same (.1); correspondence to title company regarding title agent costs (.3). | DGRUTCHF | 1.10 |
| 09/20/11 (7) | Further analysis of and conference with DIP lender regarding potential stalking horse purchaser's mark-up to form of Asset Purchase Agreement (.8); continue work on redraft of the same, incorporating comments from Trustee and others (4.8). | NMATHEWS -.1 x .8 x $315 = -$25.20 | 5.60 |
| 09/20/11 (7) | Supplemental comments on draft disclosure schedules and communicate with DSI regarding finalizing same. | NMATHEWS -.1 x .8 x $315 = -$25.20 | 0.80 |
| 09/21/11 | Confer with K. Buono re bidding procedures and status of APA and LOI with potential stalking horse bidder (.1); revise bid procedures order and circulate draft and queries for input from Trustee, DSI, and transactional lead counsel (2.0). | CCOMBEST | 2.10 |
| 09/21/11 | Edit asset purchase agreement (3.2); update and revise disclosure schedules (3.0); review escrow agreement (.4). | MMCCORD | 6.60 |
| 09/21/11 | Review and comment on revised draft of mark-up of [redacted] proposed asset purchase agreement (3.3); conference call with Fifth Third's counsel regarding same and various follow-up discussions with the trustee (1.5); compilation of open issues list at the request of the trustee (1.5); participate in Blair update call (1.2); review and comment on first draft of bidding procedures order (1.0). | KMC | 8.50 |
| 09/21/11 | Confirm property address of owned property (.8); review purchase agreement for closing obligations and allocation of costs (1.5); and review transfer tax issue (.6). | MHEINKE | 2.90 |
| 09/21/11 | Correspondence to/from title company regarding endorsements for survey issues (.2); research regarding Florida doc stamp tax/bankruptcy (.4). | DGRUTCHF | 0.60 |
| (7) 09/21/11 | Mark-up APA contract draft and e-mails and calls re same. | TYI -.1 x 1.2 x $505 = -$60.60 | 1.20 |
| 09/21/11 | Continue to edit stalking horse bidder Asset Purchase Agreement pursuant to comments from bank, trustee and others (2.5); update and revise disclosure schedules and related exhibits (1.4); prepare updated draft of Escrow Agreement for stalking horse bidder (.9). | NMATHEWS | 4.80 |
| 09/22/11 | Revise and update disclosure schedules (3.1); review and edit purchase agreement (2.1). | MMCCORD | 5.20 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

October 14, 2011
Invoice Number: 1700516
Page 12

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 09/25/11 | Review and comment on revised draft of sale motion and related correspondence (1.6); review and comment on generic versions of purchase agreement exhibits to be posted in the data room (.4); review various settlement agreements and related documentation to ascertain status of various debtor assets to be excluded from the purchase agreement (1.2). | KMC | 3.20 |
| 09/25/11 | Review Trustee and K. Buono comments re sale motion (.3); confer with K. Buono and with Trustee via e-mail re same (.7). | CCOMBEST | 1.00 |
| 09/25/11 | Review correspondence from P. Martino and J. Friedland regarding Poinciana property (abandonment and ownership issues). | DGRUTCHF | 0.20 |
| 09/26/11 | Review summary of carve-out deals as related to asset purchase agreement disclosure schedules (.5); review exhibits for data room (.2). | MMCCORD | 0.70 |
| 09/26/11 | Further review of settlement agreements and other side deal documentation and compile summary of same for purposes of clarifying disclosures with respect thereto under the asset purchase agreement (1.5); review and comment on suggested revisions to text and approach to the bidding procedures order (.4). | KMC | 1.90 |
| 09/26/11 | Draft lease amendments and new leases for separating real estate from restaurant operations. | TYI | 1.20 |
| 09/26/11 | Review proposed terms of lease amendment and lease assignments. | MHEINKE | 1.40 |
| 09/26/11 | Telephone conference with two Fifth Third attorneys regarding parking easement (.3); revise parking easement (.3), correspondence to Fifth Third attorney regarding revised easement (.1); telephone conference with J. Friedland regarding ownership issues for poinciana property and request for conference with P. Martino (.3), correspondence to P. Martino regarding Poinciana property and parking easement (.2). | DGRUTCHF | 1.20 |
| 09/26/11 | Analyze changes in proposed stalking horse deal structure and update Asset Purchase Agreement to reflect the same (1.0); address open issues in disclosure schedules and follow up with escrow agent on draft agreement (.5); participate in call with bankers and bank regarding deal status (1.0). | NMATHEWS | 2.50 |

(7) -.1 x .5 x $315 = -$15.75

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

October 14, 2011
Invoice Number: 1700516
Page 15

| Date | Description | Professional | Hours |
|---|---|---|---|
| 09/30/11 | Update disclosure schedules (1.1); review schedule to material agreements (1.5). | MMCCORD | 2.60 |
| 09/30/11 | Confer with K. Buono re shift in strategy on procedures order, revised timing, necessary revisions, and status of sale process (.6); revise procedures order and draft distribution e-mail re same (1.7); review fifth Third comments to sale order and consider issue of gift-card escheat claims of states (.3). | CCOMBEST | 2.60 |
| 09/30/11 | Participate in Blair update call (.5); conference with Fred Caruso regarding certain purchase agreement provisions (.3); attend to updating of disclosure schedules for recent developments (.3); consider issues relating to proposed sale and discussion with trustee regarding same (.5); provide additional comments on draft bidding procedures order resulting from discussion thereof at the Blair update call (.7); participate in call with [redacted] representations to discuss proposed stalking horse bid and related follow-up (.7); review proposed consent to disclose Crowe Horwath working papers and respond to inquiries of Mr. Caruso relating thereto (.9). (7) -.1 x .5 x $480 = -$24 (7) -.1 x .9 x $480 = -$43.20 | KMC | 3.90 |
| 09/30/11 | Follow up e-mails re mechanic liens and 5/3 liens. | TYI | 0.30 |
| 09/30/11 | Review email exchange regarding sale of surrendered JBA equipment (.2); provide information to Mr. Combest and Mr. Martino regarding status of liens and claims against JBA equipment (.3); analysis of 5/3 Bank claim to proceeds of real estate sale by Mount Prospect Series (.3); review revised sales milestones (.1). | EAO | 0.90 |
| 09/30/11 | Continue to work on stalking horse bidder documentation, concentrating on communicating with bidder and related follow-up regarding open issues [1.5], updating disclosures schedules to reflect new items [.7] and updating deal documentation to reflect parties' current positions [1.6]. | NMATHEWS | 3.80 |
| 09/30/11 | Review the title commitments for any mechanics' liens (.8); draft a list of liens on title for the properties (1.5); review and respond to questions regarding title matters for the properties (.5). | JRJOHNSO | 2.80 |
| 09/30/11 | Prepare parking easement execution instructions (.3); interoffice conference with P. Martino (.1). (4) -.1 x $415 = -$41.50 | DGRUTCHF | 0.40 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Apostolou State Court Complaint Chapter 11 Trustee Bankruptcy
Q & B Matter Number: 144851.00027

October 14, 2011
Invoice Number: 1700531

Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 09/01/11 | Circulate revised order and conference call regarding same (.8); brief review of amended complaint (.3). | FFEINSTE | 1.10 |
| 09/02/11 | Confer with Trustee and F. Feinstein re Fifth Third response to remand motion and potential effect of same on Trustee's position at 9/6 hearing (.3); assign research (Jill Holt) re same (.2). | CCOMBEST | 0.50 |
| 09/02/11 (4) | Conference regarding research project (.5); review reply of Fifth Third Bank to motion to remand/abstain (.5). | JHOLT<br>- .5 x $250 = -$125 | 1.00 |
| 09/02/11 | Review draft Amended Complaint (1.0); telephone conference with Trustee regarding same (.3); telephone conference with R. Barliant regarding same (.3); review Fifth Third's Objection to Motion to Remand (.5); telephone conference with J. Holt regarding reviewing supporting case law (.2); review history of franchisee payments and e-mail to D. Christian regarding same (.3). | FFEINSTE | 2.60 |
| 09/04/11 (7) | Pull cases from reply of Fifth Third Bank (1.0); begin reviewing cases and drafting memo of case summaries (2.3). | JHOLT<br>- .1 x 2.3 x $250 = -$57.50 | 3.30 |
| 09/05/11 | Complete review of cases cited in reply (3.0); draft memo containing case summaries (3.5). | JHOLT | 6.50 |
| 09/05/11 | Review memo regarding case law cited by Fifth Third in opposition to remand. | FFEINSTE | 1.20 |
| 09/06/11 | Prepare for and attend continued hearing on Trustee's Motion with respect to stay violations (2.0); conference with Plaintiff's counsel thereafter (.3); revise draft order and circulate (.3). | FFEINSTE | 2.60 |
| 09/07/11 | Transmit revised order to parties for review and comment. | FFEINSTE | 0.10 |
| 09/14/11 | Exchanges of e-mail regarding amended complaint. | FFEINSTE | 0.10 |
| 09/15/11 | E-mail exchanges regarding Amended Complaint (.1); review same (.5). | FFEINSTE | 0.60 |
| 09/16/11 | Finalize review of Amended Complaint (.2); e-mail to interested parties regarding same (.2). | FFEINSTE | 0.40 |
| 09/19/11 | Revise draft order and circulate. | FFEINSTE | 0.40 |
| 09/20/11 | Prepare agreed order on Trustee's motion to enforce automatic stay for submission to Court at 9-21 hearing (.2); review objection of Arnstein & Lehr to remand motion, amended complaint, and Trustee's motion, all in preparation for 9-21 hearing (1.2). | CCOMBEST | 1.40 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

November 15, 2011
Invoice Number: 1707708
Page 4

| Date | Description | Professional | Hours |
|---|---|---|---|
| 10/04/11 | (7) Review comments re procedures order from potential stalking horse bidder and confer with trustee re same (.3); revise and circulate sale order, including to potential stalking horse bidders (.8); confer with Trustee and his transactional counsel re comments to real-estate bidder's questions re APA (.5); work with L. Nachinson re identifying universe of real estate leases, franchise agreements, and equipment leases for assumption and assignment motion, including discussion with D. Beyer re effect of franchisee settlements on same (1.8); respond to Fifth Third queries re revised sale order (.3).; (7) review summary of title matters regarding real estate assets of non-debtor subsidiaries and confer with J. Johnson re disposing of same (.5); review and provide written comments on first revision of APA received from second potential all-asset stalking horse (2.8). | CCOMBEST<br>-.3 x .1 x $510 = -$15.30<br>-.5 x .1 x $510 = -$25.50 | 7.00 |
| 10/04/11 | Review and investigate title matters (1.0) and review and consider [redacted] asset purchase agreement (.6). | MHEINKE | 1.60 |
| 10/04/11 | Work on list of all real estate leases (1.3). | LNACHINS | 1.30 |
| 10/04/11 | Review and respond to correspondence regarding title issues, specifically the liens on title for the Oak Park property. | JRJOHNSO | 0.70 |
| 10/04/11 | Correspondence to/from Chicago Title regarding Tampa title commitment. | DGRUTCHF | 0.30 |
| 10/04/11 | Continue work on open issues in APA, schedules and supporting documents for potential stalking horse [redacted] (1.3); begin work with new potential stalking horse bidder (Garrison), including analyzing and responding to supplemental due diligence request list (2.2), initial review and analysis of Asset Purchase Agreement proposed by bidder (2.5); preparation of issues list (1.5); participate in conference with investment bankers regarding status and next steps and follow up work associated with same (.8). | NMATHEWS | 8.30 |
| 10/05/11 | Consider feedback regarding open transaction issues and draft agreements (.4); review and provide input regarding [redacted] APA mark-up (2.0). | KMC | 2.40 |
| 10/05/11 | Update and review disclosure schedules. | MMCCORD | 3.90 |
| 10/05/11 | Review and analyze draft asset purchase agreement (1.5); consider and resolve open real estate items (2.0). | MHEINKE | 3.50 |
| 10/05/11 | Draft list of real property (3.1); correspondence with J. Costie regarding same (.4). | LNACHINS | 3.50 |
| 10/05/11 | Review and respond to inquiries regarding title documents. | JRJOHNSO | 1.00 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

November 15, 2011
Invoice Number: 1707708
Page 10

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 10/10/11 | Correspondence regarding reliance letter from environmental consultant (2). | JE3 | 0.20 |
| 10/10/11 | Continue to negotiate and document stalking horse transaction through work on (1) [redacted] stalking horse bidder, concentrating on reviewing agreement and schedule and adjusting the same for new timing and final matters (.8); (2) [redacted] stalking horse bidder, concentrating on assisting with certain open questions and review and initial comments to new draft (1.2); and (3) [redacted] stalking horse bidder, concentrating on preparing responsive draft of APA, including multiple conversations with opposing counsel, DIP Lender, investment bankers, DSI, specialists and others to resolve open issues and make supplemental edits to reflect the same, and preparation of issues lists reflecting open issues and advice and follow up regarding the same (7.8); (4) provide supplemental comments and assistance in completion of disclosure schedules, exhibits, and draft Bidding Procedures Order and Sale Order (1.4). | NMATHEWS | 11.20 |
| 10/10/11 | (7) Review [redacted] contract and conference calls re same (2.2); review selected provisions of [redacted] contract and conference call re same (1.2). | TYI<br>-.1 × 3.4 × $525 = -$178.50 | 3.40 |
| 10/11/11 | Edit asset purchase agreement (2.4); draft disclosure schedules for [redacted] agreement (1.5). | MMCCORD | 3.90 |
| 10/11/11 | Revise all bankruptcy papers re potential all-asset purchaser and distribute same with explanatory e-mail (1.1); telephone call with N. Mathews and counsel for potential restaurant-only stalking horse re deal points and bidding procedures order (.7); confer with trustee re overall sale process status, priorities, and substantive issues regarding consolidation, break-up fees, and related matters (.3); review turned version of APA for additional potential all-assets purchaser (1.2) and confer with K. Buono re comments as to bankruptcy law and process (.8); review procedures order markup re same potential bidder and consider responses to same (.4). | CCOMBEST | 4.50 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

November 15, 2011
Invoice Number: 1707708
Page 13

| Date | Description | Professional | Hours |
|---|---|---|---|
| 10/12/11 | Confer with D. Grutchfield re real estate tax, deed, and lien issues in connection with asset sale and Florida taxing authority issues (.8); confer with Trustee re motion to permit transfer of property from non-debtors and re other open matters (.2); consider form and content of motion and law related to same (.3); confer with T. Yi re bankruptcy treatment of cure costs in potential real-estate transaction (.2); advise N. Mathews re function of section 363(m) and "final order" issue (.3); confer with N. Mathews re status of all open transactions and prioritizing same (.3). | CCOMBEST | 2.10 |
| 10/12/11 (7) | Review ████ contract comments, internal conference call re ████ comments and then conference call with ████ attorneys (2.2); conference call with ████ attorney re bid and ████ lease comments (1.2); e-mails and conference call re Dale Mabry sale terms and draft contract (1.8). | TYI -2.2 x .1 x $525 = -$115.50 | 5.20 |
| 10/12/11 (7) | Review the buyer's list of unpermitted exceptions and comments on title and survey issues; review the title commitments and create a list of unpermitted exceptions for each property. | JRJOHNSO -3.8 x .1 x $235 = -$89.30 | 3.80 |
| 10/12/11 | Continue to work with potential stalking horse ████ regarding bid documentation, concentrating on preparation of issues lists related to and analyzing, drafting and revising drafts of asset purchase agreement (4.5); communicate with opposing counsel and client regarding open issues and status of transaction (.9); draft and update letter related to appeals (1.5); research, analyze and address various factual questions including proposed counterparty waivers, management agreement for liquor licenses, and other (1.0); continue work and analysis on bidding procedures order and sale order (1.0); and analyze form of Rush Street lease in preparation for work with opposing counsel regarding same (.5). | NMATHEWS | 9.40 |
| 10/12/11 | Correspondence and telephone conferences regarding status of Tampa survey (.6); interoffice conferences with C. Combest regarding property tax issues for Florida properties and transfer of Sherberth property to sole member (1.4); review and comment on contract for Tampa property (1.6); review Tampa title work as needed in regard to contract (.3); correspondence to T. Yi re Disney ROFO (.2); phone calls with City of Tampa code enforcement re: lien issues (.4); order special assessment for Florida property (.3); telephone conference with title company regarding satisfaction of various title issues for Tampa property (.3). | DGRUTCHF | 5.10 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

November 15, 2011
Invoice Number: 1707708
Page 25

| Date | Description | Professional | Hours |
|---|---|---|---|
| 10/21/11 | Strategize regarding next steps. | MMCCORD | 0.50 |
| 10/21/11 | E-mails and calls re Dale Mabry contract, revised contract and prepare execution copy (1.8); review [redacted] bid, e-mails and conference calls re same and revise contract (2.9); e-mails re Rosemont sublease (.2); review revised [redacted] bid and e-mail re same (.8). | TYI | 5.70 |
| 10/21/11 | Respond to request from potential bidder for form of agreement to mark up (.2); consider approach to post-closing transitional arrangement required by [redacted] in order to be in a position to draft such an agreement (.2); begin reviewing proposed [redacted] bid to replace [redacted] as the stalking horse (.3). | KMC | 0.70 |
| 10/21/11 | Coordinate with escrow agent and Rush Street stalking horse bidder regarding purchase and deposit related to stalking horse bid (1.5); analyze and address [redacted] revised all-asset stalking horse bid (1.7). | NMATHEWS | 3.20 |
| 10/21/11 | Draft motion to transfer non-debtor assets. | SBAKER | 1.40 |
| 10/21/11 | Continue drafting summary of research regarding personally identifiable information (1.3); work on chart of executory contracts and leases (0.6); research and phone conference with Village of Rosemont regarding rent payments under sublease (1.2). | LNACHINS | 3.10 |
| 10/21/11 | Telephone conference with City of Tampa regarding status of release of lien (.2); research tax issues related to dissolution of Sherberth entity (1.8); telephone conference with Florida Department of Revenue regarding same (.2); review and revise Dale Mabry contract regarding permitted exceptions (1.2); revise title commitment re: Dale Mabry property (.3); multiple correspondence re: Dale Mabry property (.6). | DGRUTCHF | 4.30 |
| 10/22/11 | Review recent updates from Fred Caruso and others regarding business items that would need to be addressed in an all asset bid (.3); analyze proposed [redacted] draft APA versus [redacted] form and prior negotiated language re: real estate provisions (1.4); draft feedback regarding same for consideration by trustee (.7); consider updating changes that would need to be made to [redacted] disclosure schedules for a [redacted] all-asset set and provide guidance with respect thereto (.3). | KMC | 2.70 |
| 10/22/11 | Draft updated [redacted] schedules. | MMCCORD | 1.40 |
| 10/22/11 | Supplemental analysis and comments to new draft of [redacted] APA and schedules as potential stalking horse bidder in preparation for new version of same and further negotiations. | NMATHEWS | 2.20 |

(4) -.5 × $235 = -$117.50
(7) -.1 × 2.9 × $525 = -$152.25
(7) -.1 × 1.2 × $325 = -$39

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

December 08, 2011
Invoice Number: 1712690
Page 5

| Date | Description | Professional | Hours |
|---|---|---|---|
| 11/03/11 | Confer with Trustee re motion to terminate Series LLCs and his comments re same (.6); e-mail exchanges with R. Klein re Fifth Third comments to same (.3); e-mail exchange with T. Fawkes (Committee counsel) re same (.1); conferences with M. Cannon (2) re technical workings of Delaware LLC statute and revisions to motion to reflect same (.9); revisions to motion to terminate Series LLCs, incorporating all comments (1.7); prepare order on Series LLC motion (.4); review current comments from Bridgeview and Fifth Third re motion to transfer Poinciana property to, and settle disputes with, Bridgeview (.4); revise and finalize motion and order for filing (.8); confer with M. McCord and with L. Nachinson re updating disclosure schedules regarding real property leases and reconciling Debtors' information re same (.4). | CCOMBEST | 5.60 |
| 11/03/11 | E-mails re correcting Oak Park title commitment (.2); review and revise Baker Development APA (.7); calls re Dale Mabry contract (.2); e-mails re restaurant, office and warehouse lease forms (.7). | TYI | 1.80 |
| 11/03/11 | Continue work on schedules, closing documents and all-asset form of purchase agreement in preparation for auction and closing. | NMATHEWS | 1.80 |
| 11/04/11 | Update and revise disclosure schedules. | MMCCORD | 2.10 |
| 11/04/11 | Telephone call with J. Shepherd (counsel to Kissimmee landlord) re withdrawal of objection to assignment of lease to Omega Marketing (.1); review letter from Shepherd re same (.1); confer with Trustee re same (.1); confer with Trustee re form of order on termination of Series LLCs (.2); revise same for 11-8 hearing (.2); supervise service of Series LLC motion on relevant governmental agencies (.2); telephone call with counsel to potential auction bidder re process (.1). | CCOMBEST | 1.00 |
| 11/04/11 | Review comments and changes to Baker Development Corp. purchase agreement for 740 N. Rush St. property (.3); review and revise Baker Development Corp. purchase agreement for 740 N. Rush St. property per comments and changes (2.0). | EJF | 2.30 |
| (7) 11/04/11 | Review Baker comments and review and revise response draft. | TYI - .1 x 1.6 x $525 = -$84 | 1.60 |
| 11/04/11 | Investigation regarding state of Illinois liquor license disclosures and respond to specific disclosure inquiries (.5). | RG2 | 0.50 |
| 11/04/11 | Begin reviewing IMS License Agreement. | MRYTHER | 0.70 |
| 11/04/11 | Correspondence to/from C. Combest regarding various parcels for Dale Mabry property. | DGRUTCHF | 0.30 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005
December 08, 2011
Invoice Number: 1712690
Page 8

| Date | Description | Professional | Hours |
|---|---|---|---|
| 11/08/11 | Continue efforts in preparation for auction and closing of transaction, concentrating on resolving open issues with accounts receivables, royalties and other schedules (.8); updating forms of closing documents and form of all asset purchase agreement (1.3); analyze and comment on form of bid comparison (.8); coordinate escrow agreements and wiring of escrow funds from bidders (.6); assist with bidder questions (.7); final updates to Lot 1 stalking horse all-asset disclosure schedules (2.0) communicating with bidders regarding same (.7). | NMATHEWS | 6.90 |
| 11/08/11 | Follow up with Buyer's counsel regarding closing (.2); identify Bank documents needed for closing (.3). | JPV | 0.50 |
| 11/09/11 | Consider effect of recent updates and side deal closings on stalking horse and potential new bidder documentation (.3); review proposed financial wherewithal template prepared by Blair and discuss same with trustee (.2); prepare restaurant-only and real estate-only bid comparison templates and distribute same to team of APA reviewers (.5). | KMC | 1.00 |
| 11/09/11 | Review escrow and other closing deliveries. | MMCCORD | 1.30 |
| 11/09/11 | Investigate owner of Florida Assets (.7); review and transmit consolidation order to title company (.6). | MHEINKE | 1.30 |
| 11/09/11 | Review and provide comments on current form APAs for real estate assets (.5); confer with T. Yi re same (.3); review status of Dale Mabry property and potential transaction (.1); review e-mail from mortgagee of certain properties re sale process (.4); confer with Trustee re same (.2). | CCOMBEST | 1.50 |
| 11/09/11 | Phone conference with Ivan Hernandez at the Illinois Liquor Control Commission. | RG2 | 0.30 |
| 11/09/11 (7) | E-mails re new Dale Mabry offer, review and revise same and e-mails re proposed new exhibits (2.8); e-mails re form real estate sale contract, revise same and complete exhibits (1.8); calls and e-mails to and from Klaff and MHI bidders (.8). | TYI -.1 x 4.6 x $525 = -$241.50 | 5.40 |
| 11/09/11 | Continue to prepare for Giordano's auction, concentrating on addressing follow up issues with bidders (.8); continuing to assist with organization of deposits (.6); finalize closing and other deal documents (2.0); and further strategizing and coordinating regarding bid order and auction arrangements (.9). | NMATHEWS | 4.30 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005
December 08, 2011
Invoice Number: 1712690
Page 11

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 11/11/11 | Finalization of bid summaries for all asset and restaurant only bids and transmit same to trustee, Fifth Third, Blair, Hilco and DSI (.5); respond to inquiry from Fifth Third regarding restaurant only summary (.2); review real estate bid summary and Blair economic analysis, along with relevant provisions of the bidding procedures order, in preparation for working group call to discuss qualified bidders and auction processes (1.3); participate in such call (2.5). | KMC | 4.50 |
| 11/11/11 | Prepare summary of real estate bids, conference calls re same and revisions to same (2.8); e-mails and calls re Dale Mabry contract (.8); conference call re bid analysis and further revisions to real estate bid summary (1.8); review numerous real estate only bids. (1.7). | TYI<br>- .1 x 4.6 x $525 = -$241.50 | 7.10 |
| 11/11/11 | Further review and analyze real estate offers. | MHEINKE | 1.30 |
| 11/11/11 | Continue preparations for auction and closing, concentrating on strategizing and participation in advisor communication regarding finalizing auction arrangements (1.9); update bid summary documents to reflect new comments (1.5); continue to work on confirming and finalizing deposit arrangements (1.0); continue work on closing documents and edits to schedules (2.1). | NMATHEWS | 6.50 |
| 11/11/11 | Research regarding state of Illinois liquor license renewal disclosures (.8). | RG2 | 0.80 |
| 11/11/11 | Review of Belmont and Oswego APA from FSPP, LLC (.7); prepare summary of same (.7); conference call with Trustee, Hilco, William Blair, and lender group regarding bid issues, procedures, and strategy (2.0); prepare APA for Origin Capital LLC bid (.5). | EJF | 3.90 |
| 11/11/11 | Correspondence to/from title company regarding status of Dale Mabry title commitment revisions (.2); review revised commitment (.4); telephone conference with and correspondence to/from title company regarding resolution of new title issues (.7). | DGRUTCHF | 1.30 |
| 11/12/11 | Review proposed schedules for closing docs. | MMCCORD | 0.60 |
| 11/13/11 | Review status of escrow agreements (.2); post documents to data room (.2). | MMCCORD | 0.40 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005
December 08, 2011
Invoice Number: 1712690
Page 17

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 11/17/11 | Work on Lot 2 and Lot 3 closings, including title (specifically, waiver of 14 appeal period), leases and closing documents (3.6); work on draft form offer for Sherberth (.8); e-mails and calls re Dale Mabry contract, specifically including drafts of rider re post-closing entry onto 401 Dale Mabry (.7). | TYI | 4.90 |
| 11/17/11 | Correspondence to/from E. Veenstra regarding Altamonte Springs title/closing issues (.3); review and comment on proposed Sherberth contract (.9); correspondence from P. Martino regarding code violation resolution (.1). | DGRUTCHF | 1.30 |
| 11/18/11 | Work on title issues for Florida property. | EVEENSTR | 0.20 |
| 11/18/11 | Update schedules (.5); review and update closing documents (3.1); organize escrow deposit situation (.9). | MMCCORD | 4.50 |
| 11/18/11 | Prepare for and represent Trustee at omnibus hearing on sale and assignment motions and other matters (3.4); draft detailed memo to title company representatives re protections in bankruptcy code and sale orders allowing for closing before expiration of appeal period (1.5); analysis and recommendations to transactional team re effect of substantive consolidation of transfer documents (.7); work with chambers and clerk's office re entry of sale orders (.3); confer with E. Prezant (Origin counsel) re Rockford property and deposit (.2); confer with N. Mathews re same (.1); confer with Trustee re same (.1). | CCOMBEST | 6.30 |
| 11/18/11 | Continue work in preparation for closing of transaction, concentrating on completion of schedules and closing documents (1.5); communicate and coordinate with opposing counsel regarding closing matters (.8); assist with handling return of deposits (.6); and attend to lease matters affecting Lot 1 assets (.5). | NMATHEWS | 3.40 |
| 11/18/11 | (7) Attend Sale Order hearing (2.0); calls and e-mails to and from Chicago Title and First American re closing prior to end of appeal period, including review and revise e-mail re stay, and attend to other closing issues such as new leases and amendment, allocation of purchase prices, clearance of title and code violations (2.8). | TYI | 4.80<br>-.1 x 2.8 x $525 = -$147 |