**FILED**

APR 18 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )    Case No. 11 B 06098
         GEI-RP,                          )
                                          )
                                          )    Chapter 11
                                          )
         Debtors.                         )
                                          )

# FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO QUARLES & BRADY LLP, ATTORNEYS FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $354,695.00 | TOTAL COSTS REQUESTED: | $13,502.18 |
| TOTAL FEES REDUCED: | $3,542.55 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $351,152.45 | TOTAL COSTS ALLOWED: | $13,502.18 |

### TOTAL FEES AND COSTS ALLOWED: $364,654.63

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below. Due to the large number of detailed time entries contained in the fee application, the court employed a sampling methodology to review the application. The court reviewed approximately one third of all detailed time entries and multiplied all disallowances by three. All requests for reimbursement of expenses were reviewed.

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by

"lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: April 18, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

January 06, 2012
Invoice Number: 1718576
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 12/01/11 | Confer with T. Yi re amount of break-up fee to Blue Vista and conditions to its release (.2); confer with N. Mathews re attention to post-closing matters, including finalizing purchaser treatment of contracts and leases (.4). | CCOMBEST | 0.60 |
| 12/01/11 | Review and finalize schedules, escrow releases, and other closing deliveries. | MMCCORD | 5.80 |
| 12/01/11 | Attend to post closing matters (1.4); and prepare closing funds summary (1.0). | MHEINKE | 2.40 |
| 12/01/11 | Start to work on reports of sale. | PMARTINO | 0.60 |
| 12/01/11 | Attend to various post-closing matters, including termination of stalking horse bids, payment of breakup fees and arrangement for December payments. | TYI | 0.80 |
| 12/01/11 | Communicate with opposing counsel and third party counsel regarding assumption of contracts (.8); continue completion of closing documentation and addressing other issues open from closing (2.5); continue to work with title company to confirm final wires and releases of escrows (.8); complete analysis on closing statements in preparation for notice of sale (.7). | NMATHEWS | 4.80 |
| 12/01/11 (4) | Confer regarding payoff letter from Bank of America and obtaining UCC termination statement (.4); confer regarding Aynessazian Settlement Agreement (.4). | MRYTHER | 0.80 |
|  | -.8 x $240 = -$192.— |  |  |
| 12/01/11 (7) | Attend to Dale Mabry closing by coordinating final closing issues and deliveries, marking up title commitment, reviewing final Pacer report, multiple telephone conferences and emails re: final closing issues, and funding. | DGRUTCHF | 3.50 |
|  | -$1,452.50 x .1 = $-145.20 |  |  |
| 12/02/11 | Review lease question (.2); coordinate compilation and transmittal of IP documents (.3). | MMCCORD | 0.50 |
| 12/02/11 | Work on report of sales for auction (1.2); work on report of sale for Dale Mabry (.4). | PMARTINO | 1.60 |
| 12/02/11 | Review and circulate original counterpart trustee signatures to purchasers. | MHEINKE | 0.70 |
| 12/02/11 | Continue to follow up with opposing counsel, counsel for DIP Lender, and counsel for contract third parties regarding open issues from closing (1.0); finalization of closing documentation (1.3). | NMATHEWS | 2.30 |
| 12/02/11 | Attend to Dale Mabry post-closing issues (review deliveries from buyer). | DGRUTCHF | 0.20 |

Philip V. Martino Trustee for Giordano's Enterprises
RE: Asset Analysis and Disposition Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00005

January 06, 2012
Invoice Number: 1718576
Page 5

| Date | Description | Professional | Hours |
|---|---|---|---|
| 12/16/11 | Follow up analysis and advice regarding name change and licensing related issues. | NMATHEWS | 0.50 |
| 12/19/11 | Confer with Trustee re change of debtor name per VPC asset purchase agreement and effect on licensing issues (0.1); detailed e-mail to S. Hor-Chen (VPC counsel) re same and alternatives (.3); telephone call with S. Hor-Chen re same (.1). | CCOMBEST | 0.50 |
| 12/19/11 | Order title update for Dale Mabry closing. | DGRUTCHF | 0.30 |
| 12/20/11 | Review title update for Dale Mabry closing (.3) and order title policy for Dale Mabry closing (.3). | DGRUTCHF | 0.60 |
| 12/21/11 | Discussion with S. Hor-Chen (VPC counsel) re VPC preference as to changing name of debtor, in light of VPC use of debtors' licenses. | CCOMBEST | 0.10 |
| 12/21/11 | Correspondence to F. Caruso re: Dale Mabry closing statement. | DGRUTCHF | 0.10 |
| 12/22/11 | Review Bridge view release relating to Pulaski Property. | MHEINKE | 0.50 |
| 12/22/11 | Exchange e-mails with F. Caruso re Bridgeview notice of judgment on title to old commissary property, in connection with contemplated disposition of property (.3); review notice of judgment and related real estate documents and files on Bridgeview debt to determine how to proceed (.4); direct M. Heinke re follow up with Bridgeview counsel to obtain release (.2); confer with N. Mathews and make recommendations re documentation of assignments of site control leases upon VPC decision re same (.2). | CCOMBEST | 1.10 |
| 12/23/11 | Coordinate release of Benchmark Bank judgment against Cook County properties. | MHEINKE | 1.80 |
| 12/23/11 | Follow-up on issue of Bridgeview release of judgment on old commissary property (.1); review F. Caruso e-mail re certain accounts still to be released by Bank of America (.1). | CCOMBEST | 0.20 |
| 12/27/11 | Compile closing documents for closing books. | MMCCORD | 0.90 |
| 12/27/11 | Conferences with title company to confirm release of Bridgeview Bank judgment from Cook County, Illinois properties. | MHEINKE | 0.40 |
| 12/27/11 | Prepare closing books for sale of Lots 2 and 3. | MHEINKE | 0.40 |
| 12/27/11 | Communicate with opposing counsel and draft / revise documents related to post-closing assignment of site control leases. | NMATHEWS | 0.70 |

(x)

−$234.50 x .1 = $ −23.45

Philip V. Martino Trustee for Giordano's Enterprises
RE: Franchise Issues Chapter 11 Bankruptcy
Q & B Matter Number: 144851.00009

January 06, 2012
Invoice Number: 1718578
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 12/01/11 | Multiple e-mails regarding status of various documents related to disclosure schedules (.3); e-mail correspondence with F. Caruso regarding signatures for JBA settlement agreements and Americana promissory note (.2); e-mail correspondence with M. Ryther regarding Assignment of Membership Interests for Route 30 Mokena (.1); revise Americana promissory note to remove personal guarantee and e-mail revised document to F. Caruso for review (.3). | CLUCENTE | 0.90 |
| 12/01/11 | Multiple e-mails and telephone conversation with Fred Caruso, Andrew Kolb relating to closing of transactions with Nik Apostolou and need for additional signatures and notaries, and timing and delivery of same. | DBEYER | 0.50 |
| 12/01/11 | Reviewing 3 Lease Amendments and Promissory Note and providing direction for closing of the 4 settlement transactions, and providing background e-mails for additional guidance on same. | DBEYER | 0.40 |
| 12/09/11 | E-mail correspondence with M. McCord regarding promissory note (Americana) and JBA settlement agreements (.1); telephone conference with M. McCord concerning same (.2); e-mail correspondence with F. Caruso confirming status of documents (.1). | CLUCENTE | 0.40 |
| 12/12/11 | Receipt and review of executed promissory note (Americana) and 3 JBA lease settlement agreements. | CLUCENTE | 0.20 |
| 12/13/11 | Telephone call with M. Eidelman (VPC counsel) re certification program under franchisee settlement orders and proposed oral motion by VPC to amend same (.1); confer with Trustee and F. Caruso re same (.2); confirmatory e-mail to M. Eidelman re Trustee's position re same (.1). | CCOMBEST | 0.40 |
| 12/14/11 | Reviewing requests relating to Louie transactional documents, including development agreement and replying explaining that development agreement was not utilized due to direct Franchise Agreements for the 2 airport locations. | DBEYER | 0.20 |
| 12/16/11 | Review VPC motion and stipulated order re amending timeline for product certification program (.2); confer with Trustee and F. Caruso re same (.1); exchange e-mails with VPC counsel re same (.1). | CCOMBEST | 0.40 |

Handwritten annotation next to 12/01/11 entry: (4)  $202 x -.1 = -$20.20

Philip V. Martino Trustee for Giordano's Enterprises  
RE: Non Real Estate Tax Matters Chapter 11 Bankruptcy  
Q & B Matter Number: 144851.00020

February 09, 2012  
Invoice Number: 1726835  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 01/05/12 | Re-evaluate FIN 48 requirements in light of ruling in Santa Clara Housing case. | TSTEIN | 2.00 |
| 01/06/12 | Draft e-mail describing issues for Sharyn Fisk (2.0); draft e-mail to Phil Martino describing litigation posture of SC2 cases and giving my opinion regarding FIN 48 issue (2.2). | TSTEIN | 4.20 |
| ②  01/11/12 | Research regarding reporting of tips paid to company and remitted from company to independent contractors. | TSTEIN | 2.60 |

— 1.6 hr disallowed × $500 = –$800

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| TSTEIN | Terrence W. Stein | 8.80 | 500.00 | 4,400.00 |
| Total | | 8.80 | | 4,400.00 |

Total Fees:    $    4,400.00