**FILED**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

APR 18 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                              )
                                    )
                                    )   Case No. 11 B 06098
   GEI-RP,                          )
                                    )
                                    )
                                    )   Chapter 11
                                    )
         Debtors.                   )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FREEBORN & PETERS LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $157,233.00 | TOTAL COSTS REQUESTED: | $1,554.92 |
| TOTAL FEES REDUCED: | $166.70 | TOTAL COSTS REDUCED: | $207.68 |
| TOTAL FEES ALLOWED: | $157,066.30 | TOTAL COSTS ALLOWED: | $1,347.24 |

**TOTAL FEES AND COSTS ALLOWED: $158,413.54**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: April 18, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

**Freeborn & Peters LLP**

2                                                              January 24, 2012

Statement No: 100054497

For professional services rendered with regard to:

Re: <u>General</u>

| Date | TK | Description | Hours |
|---|---|---|---|
| Dec 5, 2011 | RSL | E-mail correspondence with George Souri regarding settlement of Apostolou lawsuit (0.2). | 0.20 |
| Dec 7, 2011 | RSL | Conference with Thomas Fawkes regarding motion to approve release of Bank of America and review of documents from Shira Isenberg (1.0). | 1.00 |
| Dec 8, 2011 | TRF | Review wind-down budget for chapter 11 cases prepared by Fred Caruso (0.4); conference with Rich Lauter regarding same (0.1). | 0.50 |
| Dec 19, 2011 | TRF | E-mail correspondence with Brian Jackiw regarding motion to approve stipulation concerning franchise certification program (0.2). | 0.20 |
| Dec 19, 2011 | BJJ | Review and analyze motion to approve stipulation concerning franchise certification program (0.7); e-mail correspondence with Tom Fawkes regarding same (0.3). | 1.00 |

(Handwritten annotations: circled "7" in left margin; "-$57.5" next to Dec 7 entry)

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.70 | 495.00 | $346.50 |
| Lauter, Richard S. | 1.20 | 575.00 | $690.00 |
| Jackiw, Brian J. | 1.00 | 290.00 | $290.00 |
| TOTAL HOURS | 2.90 | | |
| TOTAL FEES | | | $1,326.50 |

**TOTAL FEES AND DISBURSEMENTS**                                   $1,326.50

Freeborn & Peters LLP

2                                                                                January 24, 2012

Statement No: 100054530

For professional services rendered with regard to:

Re: <u>Apostolou Litigation</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Dec 1, 2011 | RSL | E-mail correspondence and multiple telephone conferences with TJ Sheahan regarding Apostolou litigation (0.4). | 0.40 |
| Dec 2, 2011 | RSL | Review of memorandum from Phil Martino regarding Apostolou litigation (0.3). | 0.30 |
| Dec 6, 2011 | RSL | Review of brief of appellant regarding appeal of Fifth Third Bank (1.0). | 1.00 |
| Dec 7, 2011 | MJS | Prepare for and participate in teleconference with Rich Lauter, Tom Fawkes and Brian Jackiw regarding Apostolou litigation (0.4); review background memorandum regarding same (0.3); outline potential causes of action (0.3). | 1.00 |
| Dec 7, 2011 | TRF | Conference with Rich Lauter, Brian Jackiw and Mike Scotti regarding formulation of potential claims and causes of action against John and Eva Apostolou, and drafting of adversary complaint (0.8). | 0.80 |
| Dec 7, 2011 | RSL | Multiple e-mail correspondence and telephone conferences with Phil Martino regarding Apostolou litigation (1.0); e-mail correspondence with George Souri regarding settlement (0.2); e-mail correspondence with Thomas Fawkes and Brian Jackiw regarding Apostolou litigation (0.4); e-mail correspondence with George Souri regarding settlement negotiations (0.4). | 2.00 |
| Dec 7, 2011 | BJJ | Review e-mail correspondence with respect to litigation (0.4). | 0.40 |
| Dec 8, 2011 | MJS | E-mail correspondence with Brian Jackiw regarding Apostolou claims (0.4). | 0.40 |
| Dec 8, 2011 | TRF | Telephone conference and e-mail correspondence with Mike Scotti regarding drafting of complaint against John and Eva Apostolou (0.5). | 0.50 |

(handwritten annotations: circled "7" at left margin; next to Dec 7 TRF entry: ".8 x ( x $495 = $")

**Freeborn & Peters LLP**

3                                                          January 24, 2012

| Date | Atty | Description | Hours |
|---|---|---|---|
| Dec 8, 2011 | BJJ | E-mail correspondence to Mike Scotti regarding litigation (0.2). | 0.20 |
| Dec 8, 2011 | RSL | Multiple e-mail correspondence and telephone conference with Michael Scotti and Thomas Fawkes regarding Apostolou litigation (0.5). | 0.50 |
| Dec 9, 2011 | DCC | Review correspondence from Phil Martino regarding potential claims against John and Eva Apostolou (0.2); conference with Brian Jackiw regarding researching potential claims (0.1). | 0.30 |
| Dec 9, 2011 | MJS | Prepare for and participate in teleconference with Brian Jackiw regarding documents to gather and issues to research in advance of planned meeting (0.3); prepare for and participate in teleconference with Dan Curth regarding litigation strategy (0.3); review Apostolou state court complaint and analyze potential claims by trustee (0.9). | 1.50 |
| Dec 9, 2011 | TRF | Telephone conferences and e-mail correspondence with Mike Scotti, Rich Lauter and Brian Jackiw regarding timetable for completion of Apostolou complaint and issues concerning potential claims and causes of action (1.1); further review of Apostolou state court complaint, and development of legal theories for recovery against John and Eva Apostolou (1.3). | 2.40 |
| Dec 9, 2011 | BJJ | Review Apostolou state court complaint and begin compiling research with respect to same (2.1). | 2.10 |
| Dec 9, 2011 | RSL | Multiple e-mail correspondence with Thomas Fawkes and Michael Scotti regarding Apostolou litigation (0.4). | 0.40 |
| Dec 12, 2011 | DCC | Conference with Mike Scotti and Brian Jackiw regarding background on prior Apostolou litigation and bankruptcy (0.2). | 0.20 |
| Dec 12, 2011 | BJJ | Review documents from bankruptcy case and state court complaint in anticipation of complaint to be filed against the Apostolous' (3.8); draft and compile binders with relevant documents and research (1.7). | 5.50 |

(Handwritten annotations: circled "7" beside the Dec 9, 2011 BJJ entry; "-2.1 x.1 x $290 = -$" next to the 2.10 hours entry.)

Freeborn & Peters LLP

7                                                                January 24, 2012

| Dec 20, 2011 | TRF | Review draft motion of Trustee to intervene in Apostolou adversary proceeding (0.3); review draft objection of Trustee to Apostolous' motion to remand (0.3); e-mail correspondence with Trustee and his counsel regarding motion to expand scope of retention of Freeborn & Peters (0.1); additional e-mail correspondence with working group regarding various motions and remand issues (0.3); conferences and e-mail correspondence with working group regarding draft complaint against John and Eva Apostolou (0.7); commence review of same (2.3). | 4.00 |
|---|---|---|---|
| Dec 20, 2011 | SRI | E-mail correspondence with Brian Jackiw regarding completion of review of loan file for purposes of cross-collateralization facts for complaint (0.1). | 0.10 |
| Dec 20, 2011 | MJS | Review, revise and draft adversary complaint (1.2); discuss material facts with Brian Jackiw (0.4). | 1.60 |
| Dec 20, 2011 | DCC | Review research memorandum on fiduciary duties to creditors (0.4); conference with Brian Jackiw to discuss research memorandum and potential claims (0.3); review timeline of loan documents (0.3); begin review of draft complaint and propose revisions (0.5); continue review of complaint and proposal of revisions (2.5); conference with Brian Jackiw regarding proposed revisions to complaint (0.2). | 4.20 |
| Dec 20, 2011 | RSL | Review of Trustee's motion to intervene and objection to motion to remand (0.8); telephone conference and multiple e-mail correspondence with Thomas Fawkes regarding Trustee's motion to intervene (0.7). | 1.50 |
| Dec 20, 2011 | BJJ | E-mail correspondence with working group regarding complaint against Apostolous (0.4); review documents for, and discuss with Shira Isenberg, facts related to cross collateralization of Giordano's properties (0.3); update complaint against Apostolous (1.4); review Trustee's motion to intervene and revise complaint against Apostolous based on same (0.9); review Dan Curth's revisions to complaint (1.1). | 4.10 |

(handwritten annotations: circled "7" next to BJJ entry; "-0.3 x 0.1 x $290 = -$8")

**Freeborn & Peters LLP**

        2        January 24, 2012

Statement No: 100054503

For professional services rendered with regard to:

Re: <u>Expenses</u>

## DISBURSEMENTS

| Date | Init | Description | Amount |
|---|---|---|---|
| Nov 1, 2011 | | Telephone<br>Arkadin | 22.66 |
| Nov 9, 2011 | PYC | Telephone<br>Arkadin | 15.06 |
| Nov 16, 2011 | PYC | Telephone<br>Arkadin | 49.28 |
| Dec 9, 2011 | BJJ | Mileage/Parking Reimbursement Expense<br>VENDOR: Jackiw, Brian; INVOICE#: 120911;<br>DATE: 12/9/2011<br>11/15 Parking charge re: auction | 30.00 |
| Dec 9, 2011 | TRF | Mileage/Parking Reimbursement Expense<br>VENDOR: Fawkes, Thomas R; INVOICE#:<br>120911; DATE: 12/9/2011<br>11/15 Parking charge re: working late | 30.00 |
| Dec 9, 2011 | TRF | Local Transportation<br>VENDOR: Fawkes, Thomas R; INVOICE#:<br>120911; DATE: 12/9/2011<br>11/15 Cab fare to/from auction sale | 23.00 |
| Dec 12, 2011 | FIRM | Photocopying | 155.00 |
| Dec 13, 2011 | FIRM | Computer Legal Research - LEXIS<br>12/11 LexisNexis Charges -JACKIW, BRIAN | — 149.63 |
| Dec 19, 2011 | FIRM | Computer Legal Research - LEXIS<br>12/11 LexisNexis Charges -JACKIW, BRIAN | — 38.55 |
| Dec 21, 2011 | BJJ | Local Transportation<br>VENDOR: Jackiw, Brian; INVOICE#: 122111;<br>DATE: 12/21/2011<br>11/15 Cab fare to auction | 8.00 |



**Freeborn & Peters LLP**

2                                                                February 16, 2012

Statement No: 100057330

For professional services rendered with regard to:

Re: <u>Expenses</u>

## DISBURSEMENTS

| Dec 31, 2011 | HF | Computer Legal Research - Law Bulletin<br>VENDOR: Law Bulletin Publishing Company;<br>INVOICE#: 1508586; DATE: 12/31/2011<br>12/11 Monthly online docket charges | 19.50 |
| --- | --- | --- | --- |
| Jan 19, 2012 | FIRM | Photocopying | 99.40 |
| Jan 30, 2012 | FIRM | Photocopying | 456.60 |

## DISBURSEMENT SUMMARY

| | |
| --- | --- |
| Photocopying | 556.00 |
| Computer Legal Research - Law Bulletin | 19.50 |
| TOTAL DISBURSEMENTS | $575.50 |

**TOTAL FEES AND DISBURSEMENTS**                                        **$575.50**