# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|                          |   |                                          |
|--------------------------|---|------------------------------------------|
| In re:                   | ) | Chapter 11                               |
|                          | ) |                                          |
| GEI-RP,                  | ) | Case No. 11 - 06098                      |
|                          | ) | (Substantively Consolidated)[2]          |
| Consolidated Debtor.     | ) |                                          |
|                          | ) | Hon. Eugene R. Wedoff                    |
|                          | ) | **Hearing Date:  June 20, 2012**         |
|                          | ) | **at 9:30 a.m., Central**                |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, June 20, 2012, at 9:30 a.m.** or as soon

thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, or

any Judge sitting in his place and stead, United States Bankruptcy Judge, in Room 744 of the

United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois 60604, and shall then

and there present *Fourth and Final Fee Application of Quarles & Brady LLP, as Counsel for*

*Philip V. Martino, Chapter 11 Trustee*, a copy of which is herewith served upon you, and at

---

[2]        The chapter 11 estates of the Debtors in the following cases have been substantively consolidated into and with the chapter 11 estate of Giordano's Enterprises, Inc.: Illinois Management Company, Inc., JBA Equipment Finance, Inc., Altamonte Partners, LLC, Giordano's Franchise, Inc., Giordano's of Florida, Inc., Giordano's Restaurants, Inc., Giordano's Famous Stuffed Pizza, Inc., Americana Foods, Inc., Pizza Pizazze, Inc., Giordano's, LLC, Oakbrook Partners, LLC, Randolph Partners, LLC, Randolph Partners, LLC 20-24 Series, Randolph Partners, LLC – 327 Series, Randolph Partners, LLC – Lake Street Series, Randolph Partners, LLC – Formosa Series, Randolph Partners, LLC – Minooka Series, Randolph Partners, LP, Randolph Partners, LLC – 740 Series, Randolph Partners, LLC – 308 Series, Randolph Partners, LLC – Ogden Oswego Series, Randolph Partners, LLC – 1425 Series, Randolph Partners, LLC – Mount Prospect Series, Belmont Pizza, Inc., Rush Pizza, Inc., Greektown Pizza, Inc., Rosemont Pizza, Inc., Willowbrook Pizza, Inc., Randolph Partners, LLC – Sherberth Series, Randolph Partners, LLC – Oakbrook Partners Series, Randolph Partners, LLC – Cotton Lane Series, and Randolph Partners, LLC – Randall Orchard Series.

which time and place you may appear as you see fit.

Dated: May 21, 2012            PHILIP V. MARTINO, not individually,
                                    but solely as Chapter 11 Trustee
                                    for Giordano's Enterprises, Inc., *et al.*

                               By:     /s/ Philip V. Martino
                                      One of his attorneys

Philip V. Martino (ARDC #06183648)
Christopher Combest (ARDC #06224701)
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

4

## CERTIFICATE OF SERVICE

I, Philip V. Martino, an attorney, hereby certify that, on May 21, 2012, I filed, via the Court's

CM/ECF System, the following papers:

COVER SHEET FOR QUARLES & BRADY LLP'S FOURTH AND FINAL REQUEST FOR
PROFESSIONAL COMPENSATION; and

NOTICE OF MOTION REGARDING FOURTH AND FINAL FEE APPLICATION OF
QUARLES & BRADY LLP, AS COUNSEL FOR PHILIP V. MARTINO, CHAPTER 11
TRUSTEE.

The foregoing were served on May 21, 2012, via the Court's CM/ECF System, upon the parties

listed below, to whom the System automatically delivered an electronic copy of the foregoing at the

following electronic mail addresses:

- Thomas V Askounis    taskounis@askounisdarcy.com,
  jburt@askounisdarcy.com;jham@askounisdarcy.com
- Ronald Barliant    ronald.barliant@goldbergkohn.com,
  kristina.bunker@goldbergkohn.com
- Jennifer S Burt    jburt@askounisdarcy.com
- Christopher A Cahill    ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Carmen D Caruso    cdc@cdcaruso.com, sms@cdcaruso.com
- Joshua W Cohen    jwcohen@daypitney.com, arametta@daypitney.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecfdocket@vedderprice.com
- Yeny C. Estrada    yestrada@edwardswildman.com,
  kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Chester H. Foster    chf@fostersmithlaw.com,
  jbf@fostersmithlaw.com;dbf@fostersmithlaw.com
- Jonathan P Friedland    jfriedland@lplegal.com, ckrueger@lplegal.com
- James G Froberg    jgfroberg@lowis-gellen.com, jgfroberg@aol.com
- Zachary J Garrett    zachary.garrett@goldbergkohn.com
- Cameron M Gulden    USTPRegion11.es.ecf@usdoj.gov,
  cameron.m.gulden@usdoj.gov;USTPRegion11.es.ecf@usdoj.gov
- Aaron L Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
- Stephanie K. Hor-Chen    shor@vedderprice.com, ecfdocket@vedderprice.com
- Christopher J. Horvay    chorvay@gouldratner.com
- Brian J Jackiw    bjackiw@freebornpeters.com, bkdocketing@freebornpeters.com
- Vivek Jayaram    vivek@jayaramlaw.com
- Gregory J Jordan    gjordan@jka-law.com
- Danielle Juhle    danielle.juhle@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Mohsin N Khambati    mkhambati@dl.com, courtalert@dl.com
- Kathryn A Klein    iln@riezmanberger.com, riezmanberger@gmail.com

5

QB\16759700.1

- Randall Klein    randall.klein@goldbergkohn.com,
  amy.halpin@goldbergkohn.com;logan.stortz@goldbergkohn.com
- Richard S Lauter    rlauter@freebornpeters.com, bkdocketing@freebornpeters.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Joanne Lee    jlee@foley.com, khall@foley.com
- Neil Lloyd    nlloyd@schiffhardin.com, edocket@schiffhardin.com
- Terri M Long    Courts@tmlong.com
- Karen Newbury    knewbury@schiffhardin.com,
  edocket@schiffhardin.com;rkaferly@schiffhardin.com
- Andre Ordeanu    andre@zanesmith.com,
  Patty@Zanesmith.com;Kelly@Zanesmith.com;Zane@Zanesmith.com;Nichole@Zanesmith.com
- Lester A Ottenheimer, III    lottenheimer@otrlaw.com, nfishkin@otrlaw.com
- Lars A Peterson    lapeterson@foley.com
- James M Philbrick    jmphilbrick@att.net
- Jeffrey R Platt    jplatt@comanderson.com, ejurgenson@comanderson.com
- Mark L Radtke    mradtke@shawgussis.com, bharrington@shawgussis.com
- Bryan I Schwartz    bschwartz@lplegal.com
- Jason R. Sleezer    jsleezer@skcounsel.com, rybarra@skcounsel.com
- James B. Sowka    jsowka@seyfarth.com,
  chidocket@seyfarth.com;ctholen@seyfarth.com
- Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com
- Jeffrey Strange    jstrangelaw@aol.com, william.georgakis@gmail.com
- Pia N Thompson    pthompson@gouldratner.com, bburns@gouldratner.com
- Steven B Towbin    stowbin@shawgussis.com
- Daniel A Zazove    docketchi@perkinscoie.com

DATED:  May 21, 2012          QUARLES & BRADY LLP

By:   /s/  Philip V. Martino
Philip V. Martino (ARDC #06183648)
Christopher Combest (ARDC # 06224701)
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile:  (312) 715-5155

6

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEI-RP, | ) | Case No. 11 - 06098 |
| | ) | (Substantively Consolidated)[1] |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | **Hearing Date:  June 20, 2012** |
| | ) | **at 9:30 a.m., Central** |

**FOURTH AND FINAL FEE APPLICATION OF QUARLES& BRADY LLP,**
**AS COUNSEL FOR PHILIP V. MARTINO, CHAPTER 11 TRUSTEE**

Quarles & Brady LLP, as counsel for Philip V. Martino, Chapter 11 trustee ("**Q&B**"),

pursuant to Bankruptcy Code Section 330, hereby submits this Fourth and Final Fee Application

(the "**Final Chapter 11 Application**"), relating to services rendered and expenses incurred from

March 1 through May 2, 2012, and seeking to make final the three interim awards of

compensation and reimbursement to Q&B.   In this Application, Q&B requests additional

compensation of $209,636.50 for 471.4 hours of services rendered, plus $307.17 for costs

incurred,  less $164,365.20 in fees and $307.17 in costs already received or expected to be

received for the period from March 1 through May 2, 2012.   Thus, the net request is for

$45,271.30 in fees plus $0.00 in costs.

---

[1]     The chapter 11 estates of the Debtors in the following cases have been substantively consolidated into and
with the chapter 11 estate of Giordano's Enterprises, Inc.: Illinois Management Company, Inc., JBA Equipment
Finance, Inc., Altamonte Partners, LLC, Giordano's Franchise, Inc., Giordano's of Florida, Inc., Giordano's
Restaurants, Inc., Giordano's Famous Stuffed Pizza, Inc., Americana Foods, Inc., Pizza Pizazze, Inc., Giordano's,
LLC, Oakbrook Partners, LLC, Randolph Partners, LLC, Randolph Partners, LLC 20-24 Series, Randolph Partners,
LLC – 327 Series, Randolph Partners, LLC – Lake Street Series, Randolph Partners, LLC – Formosa Series,
Randolph Partners, LLC – Minooka Series, Randolph Partners, LP, Randolph Partners, LLC – 740 Series, Randolph
Partners, LLC – 308 Series, Randolph Partners, LLC – Ogden Oswego Series, Randolph Partners, LLC – 1425
Series, Randolph Partners, LLC – Mount Prospect Series, Belmont Pizza, Inc., Rush Pizza, Inc., Greektown Pizza,
Inc., Rosemont Pizza, Inc., Willowbrook Pizza, Inc., Randolph Partners, LLC – Sherberth Series, Randolph
Partners, LLC – Oakbrook Partners Series, Randolph Partners, LLC – Cotton Lane Series, and Randolph Partners,
LLC – Randall Orchard Series.

1.      On February 16, 2011 (the "**Petition Date**"), the above-captioned debtors (The "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**").

2.      On March 2, 2011, the Debtors filed a Motion to Establish Interim Fee and Expense Reimbursement Procedure and the Court entered on order (the "**Compensation Procedures Order**") granting the motion on March 9, 2011.

3.      On September 1, 2011, Philip V. Martino was appointed Trustee.  By order dated May 27, 2011, Quarles & Brady LLP was retained as Trustee's counsel retroactive to September 1, 2011. By order dated June 1, 2011, the Compensation Procedures Order was expanded to include Trustee and his professionals.

4.      On November 8 and 9, 2011, the Court entered orders in the individual chapter 11 case of each of the Separate Debtors, which orders, collectively, consolidated the assets and liabilities of the Separate Debtors into one estate, administered in the name of "Giordano's Enterprises, Inc." and under Consolidated Case No. 11-06098.

5.      On May 2, 2012, this Court entered an order (Dkt. No. 1265) granting Trustee's motion and converting this case to a Chapter 7 liquidation.  This Application covers the Chapter 11 period.

6.      Pursuant to the Compensation Procedures Order, Trustee and all other professionals retained in the Debtors' cases are allowed to submit monthly fee statements in order to receive interim approval and payment of compensation.  Those professionals are to be paid 80% of requested compensation and 100% of reimbursable expenses for each monthly statement if no objections are raised to monthly submissions are raised within ten (10) days of receipt thereof.   Q&B has submitted two monthly statements (each a "**Monthly Statement**")

2

related to this Fourth and Final Application--one for March 2012, and another for April 1 to May 2, 2012.

7.      Consistent with the Compensation Procedures Order, Q&B submits this Fourth and Final Fee Application to make final all interim awards and for compensation for services rendered and reimbursement of Chapter 11 expenses incurred since April 1, 2012 (including post-conversion time to prepare and present the instant application) (the "**Application Period**").

8.      By the Eleventh Monthly Fee Statement, Q&B sought payment in the amount of $73,185.20 (80% of the $91,481.50 for 208.1 hours of services rendered) and reimbursement of actual and necessary expenses in the amount of $265.33, for a total of $73,450.53.

9.      By the Twelfth Monthly Fee Statement, Q&B sought payment in the amount of $91,180.00 (80% of the $113,975.00 for 255.7 hours of services rendered) and reimbursement of actual and necessary expenses in the amount of $41.84, for a total of $91,221.84.

10.      A detailed schedule of services rendered and actual and necessary expenses incurred by Q&B during the Application Period, separated by project category and redacted as appropriate, was attached to each of the Monthly Statements as **Composite Exhibit A**.  This includes the following subparts:

**1.      PROFESSIONAL RETENTION      ALL PROFESSIONALS**

During the Application Period, Q&B expended 4.6 hours in connection with professional retention issues, and requests compensation of $1,772.50.  Copies of the time detail are attached to the Monthly Statements as Exhibit A-1 to each.  A summary is as follows:

| NAME | HOURS |
|------|-------|
| Christopher Combest | 1.5 |
| Sarah K.  Baker | 3.1 |

**2.      CLAIMS**

During the Application Period, Q&B expended 35.9 hours in connection with claims and related

3

turnover issues, and requests compensation of $15,108.50. Copies of the time detail are attached to the Monthly Statements as Exhibit A-2 to each. A summary is as follows:

| NAME | **HOURS** |
|---|---|
| Christopher Combest | 18.6 |
| Lauren N. Nachinson | 2.3 |
| Sarah K. Baker | 15.0 |

**3.    ASSET ANALYSIS**              **INCLUDES POST CLOSING ACTIVITIES, TRANSITION, SALE OF EXCESS ASSETS (EXCLUDING SHERBERTH)**

During the Application Period, Q&B expended 74.9 hours in connection with issues involving the assessment, evaluation and sale of assets, and requests compensation of $26,297.00. Copies of the time detail are attached to the Monthly Statements as Exhibit A-3 to each. A summary is as follows:

| **NAME** | **HOURS** |
|---|---|
| Christopher Combest | 11.5 |
| Faye Feinstein | .3 |
| Eric R. Veenstra | 4.0 |
| Lauren N. Nachinson | 21.7 |
| Paula A. Fedor | 1.6 |
| Nathan R. Mathews | .5 |
| Cheryl Lucente | .6 |
| Sarah Baker | 33.2 |
| Theodore I. Yi | 1.5 |

**4.    GENERAL**              **HEARING PREPARATION FOR MULTIPLE RELATED MOTIONS, MISCELLANEOUS SMALLER MATTERS**

During the Application Period, Q&B expended 64.5 hours in connection with general issues, and requests compensation of $28,565.00. Copies of the time detail are attached to the Monthly Statements as Exhibit A-4 to each. A summary is as follows:

| **NAME** | **HOURS** |
|---|---|
| Christopher Combest | 40.8 |
| Charles E. Harper, Jr. | .5 |
| Eric J. Fuglsang | .2 |
| Sarah K. Baker | 23.0 |

4

**5.     CASH COLLATERAL          INCLUDES FINANCING, BUDGET AND RELATED
                                  MATTERS**

During the Application Period, Q&B expended 4.9 hours in connection with cash collateral
issues, and requests compensation of $2,459.00.  Copies of the time detail are attached to the
Monthly Statements as Exhibit A-5 to each.  A summary is as follows:

| NAME | HOURS |
|------|-------|
| Christopher Combest | 3.9 |
| Elizabeth A. Orelup | 1.0 |

**6.     FRANCHISE (NON
         LITIGATION) ISSUES**

During the Application Period, Q&B expended 0.00 hours in connection with franchise (non
litigation) issues, and requests compensation of $0.00.

**7.     LEASES - DEBTOR AS
         LESSOR**

During the Application Period, Q&B expended 0.00 hours in connection with debtor as lessor
issues, and requests interim compensation of $0.00.

**8.     LEASES - DEBTOR AS        INCLUDES EXTENSION OF
         LESSEE                    365(d)(4) DEADLINES, LEASE
                                   REJECTIONS**

During the Application Period, Q&B expended 6.8 hours in connection with debtor as lessee
issues, and requests compensation of $3,468.00.  Copies of the time detail are attached to the
Monthly Statements as Exhibit A-8 to each.  A summary is as follows:

| NAME | HOURS |
|------|-------|
| Christopher Combest | 6.8 |

5

9.    **CORPORATE**          **INCLUDES OBTAINING DOCUMENTS,**
    **GOVERNANCES**          **REVIEWING GOVERNING DOCUMENTS,**
                                      **CHANGING REGISTERED AGENT, MAINTAINING**
                                      **GOOD STANDING, FOLLOWING CORPORATE**
                                      **FORMALITIES, ATTENDING TO LIQUOR**
                                      **LICENSES, AND OTHER GOVERNMENTAL**
                                      **PERMITS**

During the Application Period, Q&B expended 34.1 hours in connection with corporate governance issues, and requests compensation of $12,106.00. Copies of the time detail are attached to the four Monthly Statements as Exhibit A-9 to each. A summary is as follows:

| NAME | HOURS |
|------|-------|
| Debra A. Millinowisch | 1.0 |
| Meredith Gershoff Cannon | 32.7 |
| Christopher Combest | .1 |
| Rebecca A. Diller | .3 |

10.    **PROFESSIONAL**          **ALL PROFESSIONAL FEE REQUESTS**
    **COMPENSATION**

During the Application Period, Q&B expended 15.7 hours in connection with professional compensation issues, and requests interim compensation of $8,615.00. Copies of the time detail are attached to the Monthly Statements as Exhibit A-10 to each. In addition, since conversion Q&B has expended 5.6 hours ($3,080.00) to prepare Trustee's and Q&B's Fourth and Final Chapter 11 Fee Application, and expects to incur an additional 2.0 hours ($1,100.00) to prepare for and attend the court hearing on those final applications. The time detail for that additional work is attached hereto as **Exhibit A**. A summary of all time since April 1, 2012, (including 7.6 hours in post-conversion time related to the Chapter 11 fee applications) is as follows:

| NAME | HOURS |
|------|-------|
| Christopher Combest | .5 |
| Philip V. Martino[2] | 22.8[2] |

---

2  Excludes Mr. Martino's work as Trustee.

**11.    EMPLOYEE MATTERS    INCLUDES TERMINATIONS AND RELATED
                    RIGHTS**

During the Application Period, Q&B expended 23.2 hours in connection with employee and
labor issues, and requests compensation of $10,324.00.  Copies of the time detail are attached to
the Monthly Statements as Exhibit A-11 to each.  A summary is as follows:

| **NAME** | **HOURS** |
| --- | --- |
| Tracy L. Bradford Farley | 23.2 |

**12.    INTELLECTUAL          INCLUDES RELATED ASPECTS OF SALE/DUE
         PROPERTY             DILIGENCE**

During the Application Period, Q&B expended 0 hours in connection with intellectual property
issues, and requests compensation of $0.00.

**13.    MARSHALL HOME         INCLUDES ALL ACTIONS INVOLVING MR. AND
                             MRS. HOME AND THIS ESTATE**

During the Application Period, Q&B expended 0.0 hours in connection with Marshall Home
related issues, and requests compensation of $0.00.

**14.    NON REAL ESTATE       INCLUDES $4.2 MILLION IRS LITIGATION IN
         TAX                   CALIFORNIA AND IRS PROOF OF CLAIM
                             RELATED THERETO**

During the Application Period, Q&B expended 6.0 hours in connection with non real estate tax
issues, and requests compensation of $3,000.00.  Copies of the time detail are attached to the
Monthly Statements as Exhibit A-14 to each.  A summary is as follows:

| **NAME** | **HOURS** |
| --- | --- |
| Terrence W. Stein | 6.0 |

**15.    SHERBERTH AND OTHER
         FLORIDA REAL ESTATE**

During the Application Period, Q&B expended 43.1 hours in connection with Sherberth sale and
the transfer of the unscheduled Florida realty, and requests compensation of $18,554.50.  Copies
of the time detail are attached to the Monthly Statements as Exhibit A-15 to each.  A summary is
as follows:

| **NAME** | **HOURS** |
| --- | --- |
| Christopher Combest | 3.8 |

7

| | |
|---|---|
| Philip V. Martino | .4 |
| Dana Grutchfield | 36.6 |
| Janine M. Landow-Esser | 2.3 |

**16.   FRANCHISE
        LITIGATION**

During the Application Period, Q&B expended 0.0 hours in connection with franchise litigation issues, and requests compensation of $0.00.

**17.   NORTH AURORA          POST SALE OBLIGATIONS
        PROPERTY SALE**

During the Application Period, Q&B expended 0.0 hours in connection with the possible sale of North Aurora real property issues, and requests compensation of $0.00.

**18.   SUBSTANTIVE          FACTUAL AND LEGAL RESEARCH REGARDING
        CONSOLIDATION        SUBSTANTIVE CONSOLIDATION, AND WHAT
                             ENTITIES MIGHT BE SUBJECT TO
                             CONSOLIDATION**

During the Application Period, Q&B expended 0.00 hours in connection with substantive consolidation issues, and requests compensation of $0.00.

**19.   COSTS**

During the Application Period, Q&B advanced costs of $307.17.  Detail for the costs is attached to the Monthly Statements as Exhibit A-19 to each.  These costs were for filing fees, delivery charges, conference calls, Pacer, and copy charges.

**20.   730-740 N. RUSH**

During the Application Period, Q&B expended 0.0 hours in connection with 730-40 North Rush issues, and requests compensation of $0.00.

**21.   AUTOMATIC STAY /
        RELIEF FROM STAY**

During the Application Period, Q&B expended 0.0 hours in connection with automatic stay issues, and requests compensation of $0.00.

22.   **NON REAL ESTATE**
      **EXECUTORY**
      **CONTRACTS**

During the Application Period, Q&B expended 0.0 hours in connection with non real estate executor contract issues, and requests compensation of $0.00.

23.   **ALLEN AYNESSAZIAN**
      **- ENFORCE POST**
      **TERMINATION**
      **RIGHTS**

During the Application Period, Q&B expended 0.0 hours in connection with Allen Aynessazian post termination rights issues, and requests interim compensation of $0.00.

24.   **APOSTOLOU STATE**
      **COURT COMPLAINT**

During the Application Period, Q&B expended 0.0 hours in connection with the Apostolou state court litigation, and requests interim compensation of $0.00.

25.   **BRIDGEVIEW BANK**
      **ISSUES**

During the Application Period, Q&B expended .4 hours in connection with Bridgeview Bank issues, and requests compensation of $204.00.  Copies of the time detail are attached to the Monthly Statement as Exhibit A-26 to each.  A summary is as follows:

| NAME | HOURS |
|------|-------|
| Christopher Combest | .4 |

26.   **FRAUDULENT**
      **CONVEYANCE**
      **LITIGATION**

During Trustee's review of Debtors' documents, he learned of the estate's June 30, 2008, transfers of two very profitable locations to the two sons of John and Eva Apostalou for 2.6 times EBIDTA.  Because of the November 2011 sale of Debtors' restaurant assets for 5.2 times EBIDTA, Trustee instructed Q&B to determine whether facts existed to support fraudulent conveyance complaints attacking these transfers, and if the facts did so, to draft and file such complaint forthwith.  On March 6, 2012, those complaints were filed, seeking to recover about $5.0 million in underpayment from the two sons.  Soon thereafter, Trustee entered into settlement negotiations with the Apostolou family to resolve all outstanding disputes, including

9

this litigation, the State Court litigation, claims objections, and Fifth Third's indemnification claim. During the Application Period, Q&B expended 142.5 hours in connection with the litigation,, the settlement, the Committee's multi-faceted opposition to that settlement this Court's approval of the settlement. In connection therewith, Q&B requests compensation of $71,021.00. Copies of the details are attached to the Monthly Statements as Exhibit A-27. A summary is as follows:

| **NAME** | **HOURS** |
|---|---|
| Christopher Combest | 76.9 |
| Charles R. Harper, Jr. | .2 |
| Faye Feinstein | 38.4 |
| Jeffrey O. Davis | 1.8 |
| Paula A. Fedor | 1.5 |
| Sarah K. Baker | 23.7 |

11.     In summary, during the Application Period, the following Q&B personnel worked the following hours in connection with this estate:

| **NAME** | **HOURS** | **TOTAL AMOUNT** |
|---|---|---|
| Christopher Combest | 164.8 | 84,048.00 |
| Charles E. Harper, Jr. | .7 | 280.00 |
| Cheryl S. Lucente | .6 | 168.00 |
| Dana L. Grutchfield | 39.7 | 19,567.00 |
| Debra A. Millinowisch | 1.0 | 220.00 |
| Elizabeth A. Orelup | 1.0 | 470.00 |
| Eric J. Fuglsang | .2 | 82.00 |
| Eric R. Veenstra | 4.0 | 960.00 |
| Faye B. Feinstein | 43.1 | 25,644.50 |
| Jeffrey O. Davis | 4.6 | 2,208.00 |
| Janine M. Landow-Esser | 2.3 | 1,207.50 |
| Lauren N. Nachinson | 24.0 | 7,800.00 |
| Meridith Grashoff Cannon | 32.7 | 11,772.00 |
| Nathan R. Mathews | .5 | 167.50 |
| Paula A. Fedor | 3.1 | 635.50 |
| Philip V. Martino | 22.8 | 12,340.00 |
| Rebecca A. Diller | .3 | 63.00 |
| Sarah K. Baker | 98.0 | 31,850.00 |
| Tracy L. Bradford Farley | 23.2 | 10,324.00 |
| Terrence W. Stein | 6.0 | 3,000.00 |
| Theodore I. Yi | 1.5 | 787.50 |

10

12.     Brief biographies of the Q&B personnel who have performed services in connection with this estate during the Application Period are attached as **Exhibit B**.  Trustee's Affidavit in Support of this Application is attached as **Exhibit C**.

13.     Q&B reserves the right to correct, amend or supplement this Fourth and Final Application in response to objections or the posting of late entered time or expense data.

**WHEREFORE**, Q&B requests that this Court enter an order (a) making final the three interim awards to Q&B of compensation and reimbursements (Dkt. Nos. 1182, 1218 and 1275); (b) allowing it additional compensation of $209,636.50 plus $307.17 in costs, less $164,365.20 in fees and $307.17 in costs already received or expected to be received, for a net award of $45,271.30 for fees and $0.00 for costs for the period from April 1, 2012 through May 2, 2012; and (c) for such further relief as is reasonable and just.

Dated: May 21, 2012                        PHILIP V. MARTINO, not individually,
                                                 but solely as Chapter 11 Trustee
                                                 for Giordano's Enterprises, Inc., *et al.*

                                           By:  ___/s/ Philip V. Martino_____
                                                 One of his attorneys

Philip V. Martino (ARDC #06183648)
Christopher Combest (ARDC #06224701)
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

11

# EXHIBIT A

Philip V. Martino Trustee for Giordano's Enterprises          May 18, 2012
RE: Professional Compensation Chapter 11 Bankruptcy          Invoice Number: 1751796
Q & B Matter Number: 144851.00016                            Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/07/12 | Review and revise April time entries (.8); start work on 1st Trustee monthly statement (.4); start work on 12th Q&B monthly statement (.3). | PMARTINO | 1.50 |
| 05/08/12 | Work on 12th Q&B (.3) and trustee (.2) monthly fee statements; start work on final chapter 11 fee apps for Q&B (.8) and Trustee (.7). | PMARTINO | 2.00 |
| 05/09/12 | Continue work on exhibits and text for 12th monthly Q&B (.6) and trustee (.3) fee statements. | PMARTINO | 0.90 |
| 05/17/12 | Finalize Trustee's (.5) and Q&B's (.7) 4th and final fee applications. | PMARTINO | 1.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 5.60 | 550.00 | 3,080.00 |
| Total | | 5.60 | | 3,080.00 |

|  | Total Fees: | | $ | 3,080.00 |

# EXHIBIT B

QB\16759700.1

# EXHIBIT B

# BIOGRAPHICAL INFORMATION

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her fiscal year 2012 hourly billing rate is $325.00.

**David A. Beyer** is a partner at Q&B whose practice areas include corporate services, antitrust, trade regulation, and franchising, franchise and distribution and direct sales industry.  He received his B.A. and M.B.A. from Tulane University in 1978 and 1979 respectively.  In 1982, Mr. Beyer received his J.D. from Vanderbilt University Law School and was admitted to the Florida Bar that same year.  Mr. Beyer's hourly billing rate through September 2011 was $495.00 and his hourly billing rate for fiscal year 2012 is $515.00.

**Patrick J. Bitterman** is a partner at Q&B and practices in the areas of estate planning, taxation and tax-exempt organizations.  He graduated from University of Illinois with a B.A. in 1987 and received his J.D. from Northwestern University School of Law in 1990.  He is admitted to the Illinois Bar.  Mr. Bitterman's hourly billing rate for 2012 is $505.00.

**Tina M. Budzisz** (RP®, FRP) if a paralegal in the Q&B Tampa office.  Her hourly billing rate through September 2011 was $200.00, and her fiscal year 2012 hourly billing rate is $205.00.

**Tracy L. Bradford Farley** is a partner at Q&B whose practice is in all areas of labor and employment law.  She received her B.S. degree, with a major in political science, from Northwestern University in 1991.  In 1995, she received her J.D. (*magna cum laude)* from the University of Illinois at Urbana-Champaign.  She is a member of the Illinois Bar.  Ms. Bradford Farley's hourly billing rate through September 2011 was $435.00 and her hourly billing rate for fiscal year 2012 is $445.00.

**Kathryn M. Buono** is a partner in the Q&B Corporate Services Group.  She received her B.S. from the University of Dayton in 1983 and her J.D. from Marquette University Law School in 1986.  Ms. Buono is been a member of the Wisconsin Bar.  Ms. Buono's hourly billing rate through September 2011 was $480.00 and her hourly billing rate for fiscal year 2012 is $490.00.

**Christopher Combest** is a partner practicing in Q&B's Bankruptcy and Creditors' Rights Group.  He received his B.A. (*summa cum laude*) from Yale College in 1982, his M.F.A. from the University of Washington in 1985, and his J.D. from Yale Law School in 1994.  He is a member of the Illinois Bar.  Mr. Combest's hourly billing rate through September 2011 was $495.00 and his hourly billing rate for fiscal year 2012 is $510.00.

**Judith E. Covey** is a paralegal in the Q&B Tampa office.  She has been a paralegal since 1978.  Ms. Covey's hourly billing rate through September 2011 was $205.00 and her hourly billing rate for fiscal year 2012 is $210.00.

**Jeffrey O. Davis** is a partner in the Q&B Milwaukee office.  Mr. Davis practices in the area of commercial and appellate litigation.  He received a B.S. from Miami University, Oxford, Ohio in 1984 and earned his J.D. from The Ohio State University Michael E. Moritz College of Law in 1987.  He is a member of the Wisconsin Bar.  Mr. Davis's hourly billing rate for 2012 is $480.00.

**Rebecca Diller** is a paralegal in the Q&B Wisconsin office.  She has been a paralegal since 1979.  Ms. Diller's hourly billing rate through September 2011 was $200.00 and her hourly billing rate for fiscal year 2012 is $210.00.

**Paula A. Fedor** is a paralegal in the Q&B Chicago office.  She has been a paralegal with the Q&B Chicago office for more than 13 years.  Ms. Fedor's hourly billing rate through September 2011 was $200.00 and her hourly billing rate for fiscal year 2012 is $205.00.

**Faye B. Feinstein** is a partner at Q&B and practices nationally in the areas of bankruptcy, creditors' rights, secured transactions, commercial/corporate restructuring and related litigation.  Ms. Feinstein received her

B.A. (*summa cum laude*) from Brooklyn College in 1973, and her J.D. from New York University School of Law in 1984.  She is a member of the Illinois Bar.  Ms. Feinstein's hourly billing rate through September 2011 was $575.00 and her hourly billing rate for fiscal year 2012 is $595.00.

**Eric J. Fuglsang** is a partner in the Q&B Chicago office and practices primarily in the area of commercial real estate.  He received his B.S. (*highest honors*) from Elmhurst College in 1994 and his J.D. from DePaul University College of Law in 1997.  Mr. Fuglsang is a member of the Illinois bar and his hourly billing rate through September 2011 was $395.00 and his hourly billing rate for fiscal year 2012 is $410.00.

**Robert L. Gamrath** is a partner in the Q&B Chicago office and focuses his practice on representing developers, builders, large corporations and individual business operators in the acquisition, zoning, entitlement, and development of real property.  He received is B.S. from Indiana University in 1991 and his J.D. from John Marshall Law School in 1993 and is a member of the Illinois bar.  Mr. Gamrath's hourly billing rate through September 2011 was $445.00 and his fiscal year 2012 hourly billing rate is $460.00.

**Brandon R. Gutschow** is an associate in the Q&B Milwaukee office Commercial Litigation Group.  He received his B.A. (*summa cum laude*) in 2007 and his J.D. from University of Wisconsin Law School (*summa cum laude*) in 2010.  Mr. Gutschow's 2012 hourly billing rate is $225.00.

**Meridith Gershoff Cannon** is a partner in Q&B's Corporate Services Group. Her practice emphasizes mergers and acquisitions for a variety of clients, including private equity clients and mid-market buyers and sellers, business planning and formation matters, and other general corporate and commercial law matters.  Ms. Cannon received her B.A. (*with distinction*) from the University of Michigan in 1997, and her J.D. (*magna cum laude*) from Loyola University School of Law in 2000.  She is a member of the Illinois Bar.  Ms. Cannon's hourly billing rate through September 2011 was $355.00 and her hourly billing rate for fiscal year 2012 is $360.00.

**Dana Grutchfield** is a partner in Q&B's Tampa, Florida Real Estate Group.  She concentrates her practice in acquisitions and dispositions of real estate, leasing and real estate finance.  Ms. Grutchfield received her B.B.A. from Western Michigan University in 1983, her M.B.A. from the University of Oklahoma in 1985, and her J.D. (*magna cum laude*) from Stetson University College of Law in 1994.  She is a member of the Florida Bar.  Ms. Grutchfield's hourly billing rate is $415.00.

**Matthew D. Heinke** is an associate in the Q&B real estate group and focuses in the area of land use and zoning.  Mr. Heinke received his B.S. from the University of Illinois in 2000, and his J.D. from the University of Illinois College of Law in 203.  He is a member of the Illinois Bar.  Mr. Heinke's hourly billing rate through September 2011 was $280.00 and his hourly billing rate for fiscal year 2012 is $285.00.

**Jaclyn R. Johnson** is an associate in the Q&B Phoenix office and practices in the Firm's Real Estate and Indian Law Groups.  She received her B.A. from Dartmouth College in 2005 and her J.D. from the University of Michigan Law School in 2008.  Ms. Johnson is a member of the Navajo Nation, Arizona and Pascua Yaqui bars.  Her hourly billing rate through September 2011 was $225.00 and her fiscal year 2012 hourly billing rate is $235.00.

**S. Douglas Knox** is an associate in the Q&B Tampa office litigation and dispute resolution group whose practice involves a wide range of disputes spanning the banking, franchise, insurance, real estate and construction industries.  He received his B.A. (*high honors*) from the University of Florida in 2000, and his J.D. (*magna cum laude*) from the University of Florida Levin College of Law in 2004.  Mr. Knox is a member of the Florida Bar.  Mr. Knox's hourly billing rate through September 2011 was $360.00 and his hourly billing rate for fiscal year 2012 is $375.00.

**Janine M. Landow-Esser** a partner with Q&B in the real estate practice group and concentrates her practice in environmental and OSHA law.  Ms. Landow-Esser received her B.A. (*with honors*) from the University of Wisconsin in 1973 and her J.D. (*with honors*) from The George Washington University Law School in 1976.  She is a member of the Illinois, District of Columbia, and Virginia Bars.  Ms. Landow-Esser's hourly billing rate through September 2011 was $520.00 and his hourly billing rate for fiscal year 2012 is $525.00.

2

**Cheryl Smith Lucente** is an associate with the Q&B Tampa office and focuses her transactional practice on franchise and business law. Ms. Lucente received her B.A. (*with honors*) from the University of Florida, her M.B.A. (*with honors*) from Stetson University in 2004, and her J.D. (*magna cum laude*) from Stetson University College of Law in 2004. She is a member of the Florida Bar. Ms. Lucente's hourly billing rate through September 2011 was $270.00 and her hourly billing rate for fiscal year 2012 is $280.00.

**Thomas J. Magill** is a partner in the Q&B commercial bankruptcy, restructuring and creditors' rights group in the Chicago office and enjoys a national corporate bankruptcy and creditors rights oriented litigation practice. Mr. Magill graduated from the University of Illinois in 1971 and received his J.D. (*highest distinction*) from John Marshall Law School in 1977. His hourly billing rate through September 2011 was $580.00 and his hourly billing rate for fiscal year 2012 is $600.00.

**Philip V. Martino** is a partner in the Q&B commercial bankruptcy, restructuring and creditors' rights group in the Tampa office and concentrates his practice in commercial bankruptcy litigation He received his B.S.B.A. from American University in 1979, and his J.D. (*magna cum laude*) from Syracuse University College of Law in 1982. Mr. Martino is a member of the Illinois and Florida Bars. His hourly billing rate through September 2011 was $525.00 and his hourly billing rate for fiscal year 2012 is $550.00.

**Nathan R. Mathews** is a partner in the Q&B Milwaukee office and focuses his practice on representation of private equity, publicly-held and middle market companies and their owners and investors in acquisitions and divestitures, including of subsidiaries and significant assets and in leveraged buyout transactions. He received his B.A. from the University of Texas in 1997, and his J.D. (*cum laude*) from the University of Michigan Law School in 2000 and is a member of Wisconsin and Illinois bars. Mr. Mathews' hourly billing rate through September 2011 was $315.00 and his fiscal year 2012 hourly billing rate is $335.00.

**Melissa McCord** is an associate in the Corporate Services Group of Q&B's Milwaukee office. Her practice focuses on commercial finance, commercial contracting, and other business transactions and general corporate matters. Ms. McCord received her B.A. (*summa cum laude*) from Ohio University in 1997 and her J.D. (*summa cum laude*) from Marquette University Law School in 2009. She is a member of the Wisconsin Bar. Ms. McCord's hourly billing rate through September 2011 was $220.00 and her hourly billing rate for fiscal year 2012 is $235.00.

**Debra A. Millinowisch** is a paralegal in Q&B Chicago Office Corporate Services Group. Her hourly billing rate through September 2011 was $210.00 and her hourly billing rate for fiscal year 2012 is $220.00.

**Lauren N. Nachinson** is an associate in the Q&B Chicago office and practices in the Firm's commercial bankruptcy, restructuring and creditors' rights group. She received her B.A. from Emory University in 2003 and her J.D. (*cum laude*) from the University of Illinois College of Law in 2006. She is a member of the Illinois Bar. Ms. Nachinson's hourly billing rate through September 2011 was $310.00 and her hourly billing rate for fiscal year 2012 is $325.00.

**Elizabeth A. Orelup** is a partner in the Q&B Milwaukee office in the Corporate Services department. She received her B.A. from Lawrence University in 1975 and her J.D. from University of Iowa College of Law in 1980. Ms. Orelup is a member of the Wisconsin bar. Her hourly billing rate through September 2011 was $460.00 and her fiscal year 2012 hourly billing rate is $470.00.

**Jeffrey S. Piell** is a partner in the firm's Chicago office and concentrates his practice in the area of labor and employment law. He received his B.A. (*with highest distinction*) from the University of Michigan in 1988 and his J.D. (*cum laude*) from Harvard Law School in 1991. Mr. Piell is a member of the Illinois bar. His hourly billing rate through September 2011 was $415.00 and his fiscal year 2012 hourly billing rate is $425.00.

**Megan A. Ryther** is an associate in the firm's Chicago office in the Corporate Services and Commercial Law practice areas. She received her B.S. from Indiana University in 2002, her J.D. from Marquette University Law School in 2007, and her M.B.A from Marquette University College of Business Administration in 2008. Ms. Ryther was admitted to Wisconsin bar in 2008 and the Illinois bar in 2011. Her hourly billing rate through September 2011 was $225.00 and her fiscal year 2012 hourly billing rate is $240.00.

**Terrence W. Stein** is a partner in the Q&B Chicago office Tax Group and is the co-chair of the Private Equity/Venture Capital Group. He focuses his practice on federal and state taxation, with particular

3

emphasis on domestic and international taxation, mergers and acquisitions, private equity and venture capital, joint ventures, spin-offs, restructurings, redemptions and related transactions.  He received his B.B.A. from the University of Wisconsin in 1983.  He received his J.D. from Harvard Law School in 1986.  Mr. Stein is a member of the Illinois Bar.  His hourly billing rate through September 2011 was $490.00 and his hourly billing rate for fiscal year 2012 is $500.00.

**John P. Vail** is a partner in the Q&B Chicago office and practices in the Corporate Services and Tax Exempt Groups.  Mr. Vail received his B.A. (*cum laude*) from Loyola University in 1977 and his J.D. from Loyola University, Chicago in 1980.  He is a member of the Illinois bar and his hourly billing rate through September 2011 was $465.00 and his hourly billing rate for fiscal year 2012 is $475.00.

**Eric R. Veenstra** is an associate in the Q&B Napes office in the firm's Real Estate Group.  He received his B.A. from Brigham Young University in 2003 and his J.D. from University of Michigan in 2006.  Mr. Veenstra is a member of the Florida bar.  His hourly billing rate is $240.00.

**Theodore I. Yi** is a partner in the Q&B Chicago office.  Mr. Yi concentrates his practice in the area of real estate law. His extensive and varied real estate experience includes a wide range of commercial real estate transactions, with a particular focus on commercial lease transactions representing both owners and users of office, retail and industrial properties.  He received his B.A. and B.S. (Phi-Beta Kappa) from the University of Illinois at Urbana-Champaign in 1979 and his J.D. from Harvard Law School in 1982.  He is a member of the Illinois Bar.  Mr. Yi's hourly billing rate through September 2011 was $505.00 and his hourly billing rate for fiscal year 2012 is $525.00.

4

# EXHIBIT C

QB\16759700.1

## EXHIBIT C

**STATE OF ILLINOIS**     )
                       ) **SS**
**COUNTY OF COOK**     )

I, Philip V. Martino, on oath, state as follows:

1.       I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2.       This affidavit is submitted in support of the Fourth and Final Fee Application of Quarles & Brady LLP, as Counsel for Philip V. Martino, Chapter 11 Trustee (the "**Application**").

3.       In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.       In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5.       In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.       In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7.       In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

QB\16759700.1

8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.      I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10.     I have reviewed Exhibits A to the Monthly Statements.  They are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.     To the best of my knowledge, the information set forth on Exhibit A to this Application is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2