**FILED**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUN -5 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                        )
                                              )
                                              )   Case No. 11 B 06098
    GEI-RP,                                   )
                                              )
                                              )   Chapter 7
                                              )
            Debtors.                          )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FREEBORN & PETERS LLP, FORMER ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $116,075.50 | TOTAL COSTS REQUESTED: | $751.40 |
| TOTAL FEES REDUCED: | $1,394.75 | TOTAL COSTS REDUCED: | $405.11 |
| TOTAL FEES ALLOWED: | $114,680.75 | TOTAL COSTS ALLOWED: | $346.29 |

**TOTAL FEES AND COSTS ALLOWED: $115,027.04**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)   Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: June 5, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

**Freeborn & Peters** LLP

2                 April 23, 2012

Statement No: 100061435

For professional services rendered with regard to:

Re: <u>F&P Retention and Fee Applications</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Mar 8, 2012 | KCS | E-mail correspondence with Thomas Fawkes regarding January monthly fee statement (0.1). | 0.10 |
| Mar 13, 2012 | TRF | Review exhibits to February 2012 monthly fee statement to ensure compliance with detail requirements (0.5). | 0.50 |
| Mar 15, 2012 | TRF | Internal correspondence regarding February 2012 monthly fee statement (0.2); e-mail correspondence to Phil Martino regarding February 2012 time detail (0.1); review and redact same (0.3). | 0.60 |
| Mar 16, 2012 | TRF | E-mail correspondence with Phil Martino regarding redactions to February time detail (0.1); review same (0.1); internal conferences regarding same and finalization of fee application (0.3). | 0.50 |
| Mar 16, 2012 | RSL | Conference with Thomas Fawkes regarding fee application issues (0.5). | 0.50 |
| Mar 19, 2012 | KCS | E-mail correspondence with Brian Jackiw regarding eleventh monthly fee statement (0.3). | 0.30 |
| Mar 19, 2012 | TRF | E-mail correspondence and conference with Brian Jackiw regarding February monthly fee statement and fourth interim fee application (0.3). | 0.30 |
| Mar 19, 2012 | BJJ | Correspondence with Katie Sheldon regarding fee application and fee statement (0.2); review exhibits to fee application and statement to ensure compliance with time detail entry requirements (1.1). | 1.30 |
| ④ Mar 20, 2012 | JEH | File eleventh monthly fee statement and fourth interim fee application (3.0).   −3 × $205 = −$615 | 3.00 |
| Mar 20, 2012 | KCS | File eleventh monthly fee statement (0.2); file fourth fee application (0.2); coordinate service of same (0.2); draft coversheet for fourth fee application (0.2); draft notice of hearing for same (0.2). | 1.00 |

Freeborn & Peters LLP

2                                                April 23, 2012

Statement No: 100061443

For professional services rendered with regard to:

Re: <u>Expenses</u>

## DISBURSEMENTS

| | Date | | Description | Amount |
|---|---|---|---|---|
| (A) | Mar 2, 2012 | FIRM | Computer Legal Research - Westlaw 03/12 Westlaw Charges - RODGERS,ELIZABETH | 84.06 |
| (B) | Mar 5, 2012 | FIRM | Computer Legal Research - Westlaw 03/12 Westlaw Charges - RODGERS,ELIZABETH | 190.74 |
| (D) | Mar 5, 2012 | FIRM | Computer Legal Research - LEXIS 03/12 LexisNexis - Charges JACKIW, BRIAN | 16.26 |
| (B) | Mar 8, 2012 | FIRM | Computer Legal Research - Westlaw 03/12 Westlaw Charges - RODGERS,ELIZABETH | 99.79 |
| (B) | Mar 9, 2012 | FIRM | Computer Legal Research - Westlaw 03/12 Westlaw Charges - RODGERS,ELIZABETH | 14.26 |
| | Mar 20, 2012 | FIRM | Photocopying | 45.60 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 45.60 |
| Computer Legal Research - Westlaw | 388.85 |
| Computer Legal Research - LEXIS | 16.26 |
| TOTAL DISBURSEMENTS | <u>$507.71</u> |

**TOTAL FEES AND DISBURSEMENTS**                                      **$507.71**

**Freeborn & Peters LLP**

2                                                                                    April 23, 2012

Statement No: 100061465

For professional services rendered with regard to:

Re: <u>Apostolou Litigation</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Mar 2, 2012 | ELR | Conference with Tom Fawkes and Brian Jackiw regarding open matters (1.0); review Apostolou defendants' motion to dismiss (0.5); draft response to motion to dismiss (1.7); research case law for motion to dismiss (1.5). | 4.70 |
| Mar 2, 2012 | BJJ | Conferences with Liz Rodgers and Tom Fawkes regarding litigation status and responses to Apostolou motion practice (1.0). | 1.00 |
| Mar 2, 2012 | RSL | E-mail correspondence with Zane Smith regarding indemnification demand letter and motion to dismiss Apostolou complaint (0.3). | 0.30 |
| Mar 2, 2012 | RSL | Review of memorandum to Phil Martino from Thomas Fawkes regarding February 29th Creditors' Committee meeting and e-mail correspondence with Thomas Fawkes regarding same (0.5). | 0.50 |
| Mar 2, 2012 | TRF | Conference and e-mail correspondence with Brian Jackiw and Liz Rodgers regarding responding to motion to stay and motion to dismiss filed by Apostolous in avoidance action (1.0); conference with Rich Lauter regarding proposed settlement with Apostolous (0.3); e-mail correspondence to Phil Martino regarding same (0.3); e-mail correspondence and conferences with Committee members regarding issues concerning same (0.2). | 1.80 |
| Mar 3, 2012 | ELR | Draft response to motion to dismiss (2.0). | 2.00 |
| Mar 5, 2012 | ELR | Draft response to motion to dismiss (2.8). | 2.80 |
| Mar 5, 2012 | DCC | Review litigation docket for state court litigation and circulate status update regarding same to Rich Lauter and Tom Fawkes (0.2). | 0.20 |

Handwritten annotations: circled "7"; ".5 x .1 x $595 = $29.75"

Freeborn & Peters LLP

4            April 23, 2012

| Date | Atty | Description | Hours |
|---|---|---|---|
| Mar 7, 2012 | RSL | Court appearance before Judge Wedoff regarding hearing on Apostolou adversary complaint (1.0); e-mail correspondence with Gene Geekie regarding March 7th court hearing (0.3); e-mail correspondence with George Souri regarding indemnification demand letter and review of same (0.3). | 1.60 |
| Mar 8, 2012 | ELR | E-mail correspondence with Tom Fawkes regarding Apostolou demand letter (0.1); conference with Tom Fawkes regarding same (0.6); review DIP financing order (0.7); review postpetition loan agreement (0.8). | 2.20 |
| Mar 8, 2012 | TRF | E-mail correspondence and conference with Liz Rodgers regarding indemnification issues (0.6). | 0.60 |
| Mar 8, 2012 | RSL | Multiple e-mail correspondence with Gene Geekie regarding March 7th court hearing on Apostolou motion to dismiss (0.2). | 0.20 |
| ④ Mar 9, 2012 | ELR | Research Illinois case law on open matters (1.2); draft memorandum on open matters (1.8). ~~- 3 x $250 = $750~~ | 3.00 |
| Mar 9, 2012 | TRF | Conference with Liz Rodgers regarding indemnification issues (0.2); e-mail correspondence with Phil Martino, Randy Klein and Rich Lauter regarding litigation issues (0.3); conference with Rich Lauter regarding same (0.1); review memorandum concerning indemnification (0.2). | 0.80 |
| Mar 9, 2012 | RSL | Multiple e-mail correspondence with Thomas Fawkes, Randy Klein and Phil Martino regarding indemnification demand letter (1.6); e-mail correspondence with Thomas Fawkes regarding same (0.2). | 1.80 |
| Mar 9, 2012 | TRF | Additional review and analysis of memorandum concerning estate's obligation to defend Fifth Third in state court litigation (0.6); e-mail correspondence with working group regarding same (0.2). | 0.80 |
| Mar 12, 2012 | RSL | Multiple e-mail correspondence and conferences with Thomas Fawkes regarding settlement conference on Apostolou litigation (1.2). | 1.20 |
| Mar 12, 2012 | RSL | Conference with Elizabeth Rodgers regarding indemnification issues (0.5). | 0.50 |