**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEI-RP, | ) | Case No. 11 - 06098 |
| | ) | (Substantively Consolidated) |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date: January 15, 2013** |
| | ) | **Hearing Time: 9:30 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **January 15, 2013, at 9:30 a.m. Central time**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Room 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other Judge sitting in his place or stead, and then and there present the Trustee's **Second and Final Application for Allowance of Compensation to William Dart, LLC, as Special Counsel**, a copy of which is herewith served upon you.

Dated:  December 20, 2012            PHILIP V. MARTINO, not individually, but solely
                                        as chapter 7 Trustee for the captioned
                                        consolidated estate

                                     By:    /s/  Christopher Combest
                                            One of his attorneys

Christopher Combest
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
Phone:  (312) 715-5000
FAX: (312) 632-1727
christopher.combest@quarles.com

## CERTIFICATE OF SERVICE

I, Christopher Combest, an attorney, certify that, on the 20th day of December, 2012, I caused the Trustee's **Second and Final Application for Allowance of Compensation to William Dart, LLC, as Special Counsel** (the **"Application"**), along with the preceding Notice and a proposed Order granting the Application, to be filed electronically, via the Court's CM/ECF System, and thereby to be served upon the parties listed below, to whom the System automatically delivered an electronic copy of each such filing at the following electronic mail addresses:

- Thomas V Askounis    taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- Ronald Barliant    ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Jennifer S Burt    jburt@askounisdarcy.com
- Christopher M Cahill    ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Carmen D Caruso    cdc@cdcaruso.com, sms@cdcaruso.com
- Joshua W Cohen    jwcohen@daypitney.com, arametta@daypitney.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecfdocket@vedderprice.com
- Yeny C. Estrada    yestrada@edwardswildman.com, kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Chester H. Foster    chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Eric A Freeland    eaf@lorenzinilaw.com
- Jonathan P Friedland    jfriedland@lplegal.com, jsarantopoulos@lplegal.com
- James G Froberg    jgfroberg@lowis-gellen.com, jgfroberg@aol.com
- Zachary J Garrett    zachary.garrett@goldbergkohn.com
- Cameron M Gulden    USTPRegion11.es.ecf@usdoj.gov
- Aaron L. Hammer    ahammer@sugarfgh.com, mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com
- Stephanie K. Hor-Chen    shor@vedderprice.com, ecfdocket@vedderprice.com
- Christopher J. Horvay    chorvay@gouldratner.com
- Brian J Jackiw    bjackiw@freebornpeters.com, bkdocketing@freebornpeters.com
- Vivek Jayaram    vivek@jayaramlaw.com
- Gregory J Jordan    gjordan@jka-law.com
- Danielle Juhle    danielle.juhle@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Mohsin N Khambati    mkhambati@dl.com, courtalert@dl.com
- Kathryn A Klein    iln@riezmanberger.com
- Randall Klein    randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com;logan.stortz@goldbergkohn.com
- Richard S Lauter    rlauter@freebornpeters.com, bkdocketing@freebornpeters.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Joanne Lee    jlee@foley.com, khall@foley.com
- Mark E Leipold    mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Neil Lloyd    nlloyd@schiffhardin.com, edocket@schiffhardin.com
- Terri M Long    Courts@tmlong.com
- Karen Newbury    knewbury@schiffhardin.com, edocket@schiffhardin.com;rkaferly@schiffhardin.com
- Andre Ordeanu    andre@zanesmith.com, Patty@Zanesmith.com;Kelly@Zanesmith.com;Zane@Zanesmith.com;Nichole@Zanesmith.com
- Lester A Ottenheimer, III    lottenheimer@olawgroup.com, nfishkin@olawgroup.com
- Lars A Peterson    lapeterson@foley.com, khall@foley.com
- James M Philbrick    jmphilbrick@att.net
- Jeffrey R Platt    jplatt@comananderson.com, ejurgenson@comananderson.com

- Mark L Radtke     mradtke@shawfishman.com, bharrington@shawfishman.com
- Bryan I Schwartz     bschwartz@lplegal.com
- Jason R. Sleezer     jsleezer@skcounsel.com, rybarra@skcounsel.com
- James B. Sowka     jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- Konstantine T. Sparagis     gsparagi@yahoo.com, mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietroester@msn.com;gus@bestclientinc.com
- Lawrence A. Stein     lstein@huckbouma.com, lkoster@huckbouma.com
- Jeffrey Strange     jstrangelaw@aol.com, bowl1901@aol.com
- Pia N Thompson     pthompson@gouldratner.com, bburns@gouldratner.com
- Steven B Towbin     stowbin@shawfishman.com
- Daniel A Zazove     docketchi@perkinscoie.com

/s/ Christopher Combest
Christopher Combest

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEI-RP, | ) | Case No. 11 - 06098 |
| | ) | (Substantively Consolidated) |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date:  January 15, 2013** |
| | ) | **Hearing Time:  9:30 a.m.** |

**SECOND AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION TO WILLIAM DART, LLC, AS SPECIAL COUNSEL**

Philip V. Martino, the duly appointed and serving Chapter 7 trustee (**"Trustee"**) for the consolidated bankruptcy estate administered through the captioned chapter 7 case, hereby requests entry of an order, in the form filed with this Application, (a) allowing, and approving as final, an award of compensation to William Dart, LLC (**"Dart"**), special counsel to the Trustee for prosecuting certain real estate tax appeals, in the amount of $7,421.00, for professional services rendered by Dart in obtaining a Certificate of Error and related property tax refund for tax year 2007 in connection with real property located at 9415 West Higgins Road, Rosemont, Illinois (the **"Rosemont Work"**); and (b) approving, as final, prior compensation awarded to Dart in the amount of $13,877.00 (the **"Prior Compensation"**), pursuant to the Trustee's *First Interim Application for Allowance of Compensation of Fees of William Dart, LLC, as Special Counsel and to Shorten and Limit Notice* (Docket No. 916) (the **"First Application,"** which was approved by Court order entered at Docket No. 953).

## Jurisdiction

1. This Court has jurisdiction pursuant to 28 U.S.C. §§157 and 1334(a) and Rule 40.3.1 of the Local Rules of the United States District Court for the Northern District of Illinois.

QB\19031201.1

2. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

4. The bases for the relief requested herein are 11 U.S.C. §328 and Fed. R. Bankr. P. 2016.

**Factual Background**

5. On February 16 and 17, 2011, thirty-three voluntary petitions for relief (a full list of which is available at http://www.kcclcc.net/giordanos) were filed under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq*.

6. Pursuant to 11 U.S.C. §§1107(a) and 1108, the thirty-three debtors (collectively, **"Debtors"**) initially operated their businesses and managed their financial affairs as debtors in possession.

7. On May 12, 2011, upon the motion of the United States Trustee, the Court appointed Philip V. Martino to be the Trustee for each of the Debtors, thereby taking the Debtors out of possession and placing their assets and businesses under the control of the Trustee.

8. On November 8 and 9, 2011, the Court entered orders in the individual chapter 11 case of each of the Debtors, which orders, collectively, consolidated the assets and liabilities of the Debtors into one estate (the "**Consolidated Estate**"), administered in the name of "Giordano's Enterprises, Inc." and under Consolidated Case No. 11-06098 (**"Consolidated Case"**). On January 31, 2012, the Court authorized the use of the consolidated case caption set forth above.

9. On May 1, 2012, the Court entered an order converting the Consolidated Case to one under Chapter 7 of the Bankruptcy Code. On May 2, 2012, the United States Trustee appointed Philip V. Martino to be the Chapter 7 Trustee for the Consolidated Estate.

10. On June 1, 2011, this Court entered an order (Docket No. 387, the **"Retention Order"**) authorizing the Trustee to retain Dart as special counsel, pursuant to a prepetition engagement agreement (for the work that is the subject of this Application, the **"Rosemont Engagement Letter"**) and a postpetition engagement agreement (as to the work that was the subject of the First Application).

11. The Retention Order provides that Dart is to be compensated for the Rosemont Work pursuant to the terms of the Rosemont Engagement Letter and his compensation reviewed pursuant to 11 U.S.C. §328(a).

12. The Rosemont Work included preparation of a petition to the Cook County Assessor for a Certificate of Error with regard to the Assessor's appraised value of the Rosemont property; engaging and coordinating an appraiser to prepare an appraisal in support of the petition; conferring with the appraiser and the Assessor's office; assisting the Trustee in preparing the papers required by the Cook County Treasurer to establish that the refund should be issued to the Trustee on behalf of the Consolidated Estate, and communicating with the Trustee's counsel regarding the status of the matter.

13. Pursuant to the Rosemont Engagement Letter, Dart is entitled to compensation equal to 33.3% of the tax refund obtained as a result of a Certificate of Error.

14. Attached hereto as **Exhibit A** is Dart's invoice for the Rosemont Work, in the amount of $7,421.00, which is 33.3% of the total principal amount of the tax refund obtained (exclusive of interest thereon) of $22,285.99.

15. Overall, during the period of his retention, Dart has obtained aggregate real estate tax savings or refunds for the benefit of the Consolidated Estate of $161,057.99, for which his total fee is $21,298.00 (the Prior Compensation of $13,877.00, which has been paid to Dart, plus

$7,421.00, sought pursuant to this Application).

16.   Given the tasks undertaken by Dart as special counsel and the results obtained, the Trustee believes that (a) the Prior Compensation and the compensation requested under this Application are both reasonable pursuant to 11 U.S.C. §328; (b) there is no reason to alter the compensation terms previously approved for Dart by the Court under the Retention Order, and (c) all such compensation should be allowed as final compensation for the services rendered by Dart on behalf of the Consolidated Estate.

17.   This Application has been filed electronically, and notice thereof will be provided electronically on the date hereof, via the Court's CM/ECF System, to (a) counsel for the United States Trustee, and (b) entities, or their counsel, who have filed a notice of appearance through the Court's CM/ECF System.  The Retention Order authorizes and approves such notice as sufficient.

WHEREFORE, the Trustee respectfully requests that the Court enter an order, in the form submitted with this Application: (A) allowing Dart compensation for the Rosemont Work in the amount of $7,421.00; (B) approving such allowance as final; (C) approving the Prior Compensation allowed and previously paid to Dart as final, and (D) granting the Trustee such other and further relief as the Court deems appropriate.

Dated:  December 20, 2012               PHILIP V. MARTINO, not individually, but solely
                                          as chapter 7 Trustee for the captioned
                                          consolidated estate
                                        By:    /s/  Christopher Combest
                                              One of his attorneys

Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 632-1727

4

QB\19031201.1

**EXHIBIT A**

**Dart Invoice for Rosemont Work**

# WILLIAM DART, LLC

111 West Washington Street
Suite# 1202
Chicago, Illinois 60602

Phone: 312-651-4030
Fax: 312-651-4034
E-mail: williamdart.llc@gmail.com

**STATEMENT FOR PROFESSIONAL SERVICES:**

**BILL TO:**

2007 Certificate of Error
Giordanos Franchise
9415 W. Higgins Rd.
Rosemont, IL
Volume: 63
P.I.N.: 12-03-102-033
Township: Leyden

Quarles & Brady LLP
300 N. LaSalle St.
Suite 4000
Chicago, IL 60654

Attention: Mr. Phil Martino

| Report Date | Description | Amount | Balance |
|---|---|---|---|
| June 4, 2012 | 2007 Certificate of Error | **$7,421.00** | **$7,421.00** |

**Please remit payment within 30 days of this notice to:**

**111 West Washington Street
Suite 1202
Chicago, IL. 60602**

*\*Please make check payable to <u>WILLIAM DART, LLC</u>*