**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEI-RP, | ) | Case No. 11 - 06098 |
| | ) | (Substantively Consolidated) |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date: April 10, 2013** |
| | ) | **Hearing Time: 9:30 a.m.** |

<u>**NOTICE OF MOTION**</u>

  **PLEASE TAKE NOTICE** that on **April 10, 2013, at 9:30 a.m. Central time**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Room 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other Judge sitting in his place or stead, and then and there present the Trustee's **First and Final Application for Allowance of Compensation and Reimbursement of Expenses to James J. Roche & Associates as Special Counsel**, a copy of which is herewith served upon you.

Dated:  March 11, 2013

       PHILIP V. MARTINO, not individually, but solely
        as chapter 7 Trustee for the captioned
        consolidated estate

       By:  /s/  Christopher Combest
         One of his attorneys

Christopher Combest
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
Phone:  (312) 715-5000
FAX: (312) 632-1727
christopher.combest@quarles.com

<u>**CERTIFICATE OF SERVICE**</u>

  I, Christopher Combest, an attorney, certify that, on the 11th day of March, 2013, I caused the Trustee's **First and Final Application for Allowance of Compensation and Reimbursement of Expenses to James J. Roche & Associates as Special Counsel** (the **"Application"**), along with the preceding Notice and a proposed Order granting the Application, to be filed electronically, via the Court's CM/ECF System, and thereby to be served upon the

parties listed below, to whom the System automatically delivered an electronic copy of each such filing at the following electronic mail addresses:

- Thomas V Askounis taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- Ronald Barliant ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Jennifer S Burt jburt@lavellelaw.com
- Christopher M Cahill ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Carmen D Caruso cdc@cdcaruso.com, sms@cdcaruso.com
- Joshua W Cohen jwcohen@daypitney.com, arametta@daypitney.com
- Michael M. Eidelman meidelman@vedderprice.com, ecfdocket@vedderprice.com
- Yeny C. Estrada yestrada@edwardswildman.com, kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
- Thomas R. Fawkes tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Chester H. Foster chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Eric A Freeland eaf@lorenzinilaw.com
- Jonathan P Friedland jfriedland@lplegal.com, jsarantopoulos@lplegal.com
- James G Froberg jgfroberg@lowis-gellen.com, jgfroberg@aol.com
- Zachary J Garrett zachary.garrett@goldbergkohn.com
- Cameron M Gulden USTPRegion11.es.ecf@usdoj.gov
- Aaron L. Hammer ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com
- Stephanie K. Hor-Chen shor@vedderprice.com, ecfdocket@vedderprice.com
- Christopher J. Horvay chorvay@SugarFGH.com, mmelickian@sugarfgh.com;chorvay@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
- Brian J Jackiw bjackiw@freebornpeters.com, bkdocketing@freebornpeters.com
- Vivek Jayaram vivek@jayaramlaw.com
- Gregory J Jordan gjordan@jka-law.com
- Danielle Juhle danielle.juhle@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Mohsin N Khambati mkhambati@dl.com, courtalert@dl.com
- Kathryn A Klein iln@riezmanberger.com
- Randall Klein randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com;logan.stortz@goldbergkohn.com
- Richard S Lauter rlauter@freebornpeters.com, bkdocketing@freebornpeters.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Joanne Lee jlee@foley.com, khall@foley.com
- Mark E Leipold mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Neil Lloyd nlloyd@schiffhardin.com, edocket@schiffhardin.com
- Terri M Long Courts@tmlong.com
- Karen Newbury knewbury@schiffhardin.com, edocket@schiffhardin.com;rkaferly@schiffhardin.com
- Andre Ordeanu andre@zanesmith.com, Patty@Zanesmith.com;Kelly@Zanesmith.com;Zane@Zanesmith.com;Nichole@Zanesmith.com
- Lester A Ottenheimer, III lottenheimer@olawgroup.com, nfishkin@olawgroup.com

- Lars A Peterson lapeterson@foley.com, khall@foley.com
- James M Philbrick jmphilbrick@att.net
- Jeffrey R Platt jplatt@comananderson.com, ejurgenson@comananderson.com
- Mark L Radtke mradtke@shawfishman.com, bharrington@shawfishman.com
- Bryan I Schwartz bschwartz@lplegal.com
- Michael T Shelton michael.t.shelton@irscounsel.treas.gov
- Jason R. Sleezer jsleezer@skcounsel.com, rybarra@skcounsel.com
- James B. Sowka jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- Konstantine T. Sparagis gsparagi@yahoo.com, mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietroester@msn.com;gus@bestclientinc.com
- Lawrence A. Stein lstein@huckbouma.com, lkoster@huckbouma.com
- Jeffrey Strange jstrangelaw@aol.com, bowl1901@aol.com
- Pia N Thompson pthompson@gouldratner.com, bburns@gouldratner.com
- Steven B Towbin stowbin@shawfishman.com
- Daniel A Zazove docketchi@perkinscoie.com

/s/ Christopher Combest
Christopher Combest

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEI-RP, | ) | Case No. 11 - 06098 |
| | ) | (Substantively Consolidated) |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date:  April 10, 2013** |
| | ) | **Hearing Time:  9:30 a.m.** |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
JAMES J. ROCHE & ASSOCIATES AS SPECIAL COUNSEL**

Philip V. Martino, the duly appointed and serving Chapter 7 trustee (**"Trustee"**) for the

consolidated bankruptcy estate (the **"Consolidated Estate"**) administered through the captioned

chapter 7 case, hereby requests entry of an order, in the form filed with this Application, (a)

allowing an award of compensation to James J. Roche & Associates (**"Roche"**), special counsel

to the Trustee, in the amount of $33,418.75 (the **"Subject Period Fees"**), for services rendered

from the commencement of the captioned cases in chapter 11 through January 17, 2013 (the

**"Subject Period"**), in representing the debtors in possession and, thereafter, the Trustee and the

Consolidated Estate (collectively, the **"Representation"**) in an eminent domain proceeding

commenced prepetition in the Circuit Court of the Eighteenth Judicial Circuit in Du Page

County, Illinois, styled *Illinois Department of Transportation v. Oak Brook Partners, L.L.C., et

al.*, No. 10 ED 03 (the **"Eminent Domain Case"**); (b) allowing reimbursement of expenses to

Roche in the amount of $3,137.49 (the **"Subject Period Expenses"**); (c) approving both such

allowances as final, and (d) limiting notice of this Application.  In support, the Trustee states:

## Jurisdiction

1.      This Court has jurisdiction pursuant to 28 U.S.C. §§157 and 1334(a) and Rule

40.3.1 of the Local Rules of the United States District Court for the Northern District of Illinois.

2.      Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3.      This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

4.      The bases for the relief requested herein are 11 U.S.C. §330 and Fed. R. Bankr. P.

2016 and 9007.

## Factual Background

5.      On February 16 and 17, 2011, thirty-three voluntary petitions for relief (a full list

of which is available at http://www.kcclcc.net/giordanos) were filed under chapter 11 of the

United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.*

6.      Pursuant to 11 U.S.C. §§1107(a) and 1108, the thirty-three debtors (collectively,

**"Debtors"**) initially operated their businesses and managed their financial affairs as debtors in

possession.

7.      On May 12, 2011, upon the motion of the United States Trustee, the Court

appointed Philip V. Martino to be the Trustee for each of the Debtors, thereby taking the Debtors

out of possession and placing their assets and businesses under the control of the Trustee.

8.      On November 8 and 9, 2011, the Court entered orders in the individual chapter 11

case of each of the Debtors, which orders, collectively, consolidated the assets and liabilities of

the Debtors into the single Consolidated Estate, administered in the name of "Giordano's

Enterprises, Inc." and under Consolidated Case No. 11-06098 (**"Consolidated Case"**).  On

January 31, 2012, the Court authorized the use of the consolidated case caption set forth above.

2

9.      On May 1, 2012, the Court entered an order converting the Consolidated Case to

one under chapter 7 of the Bankruptcy Code.  On May 2, 2012, the United States Trustee

appointed Philip V. Martino to be the chapter 7 Trustee for the Consolidated Estate.

**The Eminent Domain Case and Roche's Retention**

10.      On January 8, 2010, the Illinois Department of Transportation (**"IDOT"**) brought

an eminent domain action against debtors Oakbrook Partners, LLC, and Giordano's Enterprises,

Inc., by which IDOT sought to acquire by eminent domain a temporary easement on a portion of

a parcel of real property owned by Debtors at 17W280 West 22nd Street in Oakbrook Terrace,

Illinois (the **"Premises"**).  IDOT originally offered $46,000 as compensation for the taking.

Because Debtors believed that the taking would result in financial harm to the business

conducted at the Premises in excess of that amount – including by reducing the number of

available parking spaces and impeding access to the Premises from one lane of West 22nd Street

– Debtors retained Roche prepetition to contest the compensation offer.

11.      On March 29, 2011, this Court entered an order (Docket No. 183, the **"Retention**

**Order"**) authorizing the retention of Roche as special counsel in the Eminent Domain Case.[1]

**Allowance of Fees and Reimbursable Expenses**

12.      During the Subject Period, Roche devoted a total of 117.8 hours to the

performance of professional services on behalf of the Consolidated Estate (or its predecessor

individual estates) in the Representation.[2]  Attached to this Application as **Exhibit A** is an

---

[1] The Trustee also employed and paid Roche during the chapter 11 proceedings for Roche's work on matters other than the Representation and not involving the administration or conduct of the chapter 11 cases, pursuant to the authority granted to the Trustee under Code §363(c) to conduct the business of the Debtors in the ordinary course.

[2] This figure includes 17.75 hours of James J. Roche's time worked during the six weeks prepetition, totaling $6,656.25 in fees.  Because that work – including conferring with damages experts, advising the Debtors' management regarding the case, and preparing discovery responses – laid groundwork for Roche's continued postpetition work as special counsel, the Trustee does not oppose including that amount as final compensation to Roche, and the total figure for Subject Period Fees requested herein includes that sum.

3

itemized statement of the services performed in the Representation by Roche professionals

during the Subject Period, containing a description of the services rendered, on a daily basis, by

each timekeeper employed by Roche who performed services during the Subject Period, with the

hours spent on such services and the amounts charged therefor by each such timekeeper.

13.    The following is a summary of the hours spent and fees requested by Roche for

the Subject Period:

| Name | Position | Hours | Hourly Rate | Total Dollar Amount |
|------|----------|-------|-------------|---------------------|
| James J. Roche | Partner | 31.75 | $375.00 | $11,906.25 |
| LeeAnn Crow | Associate | 79.05 | $250.00 | $19,762.50 |
| Justyna Ziolo | Associate | 7.00 | $250.00 | $1,750.00 |

14.    As detailed in Exhibit A, the services performed by Roche included fact

investigation, which was used both for trial preparation and to negotiate the settlement with

IDOT; responding to written discovery, including updating and supplementing initial responses;

retaining and working with experts in connection with evaluating the damages caused by the

condemnation; trial preparation; negotiating the settlement with IDOT; working with the

Trustee's counsel to provide information demanded by IDOT in connection with the settlement,

including from Fifth Third Bank regarding its mortgage liens and from the Trustee regarding the

ownership structure of the defendant-Debtors (a particularly challenging task, given the lack of

documentation regarding ownership); advice regarding the form and substance of the papers

prepared by IDOT to settle and dismiss the Eminent Domain Case, and motion practice in state

court to obtain release of the settlement funds.

15.    All of the services and expenses for which compensation and reimbursement are

hereby requested on behalf of Roche were rendered solely on behalf of the Consolidated Estate

or its predecessor individual estates and not on behalf of any other entity.  The Trustee believes

that all such services are compensable pursuant to section 330 of the Code.

4

16.     Pursuant to the Retention Order, Roche is to be compensated for work on the Eminent Domain Case "solely from the proceeds of the [Eminent Domain Case] in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code," applicable federal and local rules of procedure, and any other procedures fixed by the Court.  Retention Order at 2.

17.     Roche's work on the Eminent Domain Case resulted in IDOT approving a settlement in the amount of $90,000 (with interest, the payment to the Consolidated Estate totaled $91,185.94).  Roche's continued work during the Subject Period preserved the improvements in IDOT's offer obtained by Roche prepetition and resulted in additional improvements postpetition; the final award of $90,000 totaled almost twice the initial offer made by IDOT and is more than sufficient to permit payment of the allowed Subject Period Fees and Subject Period Expenses.

18.     The Trustee has reviewed the information contained in Exhibit A.  Based upon the nature, extent, and value of the described professional services, the time expended by Roche, and the results achieved, the Trustee has concluded that the Subject Period Fees represent fair value for the services rendered by Roche in connection with the Representation during the Subject Period.  The Trustee asks the Court to allow the Subject Period Fees as final compensation for the services rendered by Roche in the Representation.

19.     In connection with the services provided during the Subject Period,  Roche incurred expenses on behalf of the Consolidated Estate during the Subject Period in the amount of the Subject Period Expenses, as itemized on **Exhibit A** attached hereto.  The Trustee has reviewed the descriptions of the Subject Period Expenses and has concluded that they were actual and necessary and qualify for reimbursement.  The Trustee asks the Court to allow Roche

5

the Subject Period Expenses as final reimbursement of expenses in connection with the Representation.

20.      This Application has been filed electronically, and notice thereof will be provided electronically on the date hereof, via the Court's CM/ECF System, to (a) counsel for the United States Trustee, and (b) entities, or their counsel, who have filed a notice of appearance through the Court's CM/ECF System.

21.      The Trustee submits that those creditors with a significant interest in the Consolidated Case have already filed appearances and are receiving electronic notices or are otherwise able to monitor the proceedings electronically, either through the Court's electronic docket or through the web site maintained by Kurtzman Carson Consultants LLC, Debtors' noticing and claims agent.  Therefore, service of notice of this Application on all creditors would impose costs on the estates without significantly furthering the purposes of Fed. R. Bankr. P. 2002(a)(6).  Accordingly, pursuant to Fed. R. Bankr. P. 9007, the Trustee asks that the Court approve the notice described above as sufficient.

QB\19978518.1

WHEREFORE, the Trustee respectfully requests that the Court enter an order, in the form submitted with this Application: (A) allowing Roche the Subject Period Fees in the amount of $33,418.75; (B) allowing Roche the Subject Period Expenses in the amount of $3,137.49; (C) approving both such allowances as final, and (D) granting such other and further relief as the Court deems appropriate.

Dated:  March 11, 2013

PHILIP V. MARTINO, not individually, but solely
as chapter 7 Trustee for the captioned
consolidated estate

By:____/s/  Christopher Combest_____
         One of his attorneys

Christopher Combest
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
Phone:  (312) 715-5000
FAX: (312) 632-1727
christopher.combest@quarles.com

7

**Exhibit A**

3/4/2013
10:07 AM

James J. Roche & Associates

BILLING

Page    1

---

## Selection Criteria

| Slip.Transaction Dat | Earliest - 3/4/2013 |
| Clie.Selection | Include: HR01057 |

---

| | |
|---|---|
| Nickname | HR01057 | 1553 |
| Full Name | OAK BROOK PARTNERS LLC |
| Address | 740 North Rush Street |
| | Chicago, IL 60611 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | IDOT v. Oak Brook Partners, LLC |
| | No. 10 ED 3  -  Condemnation |
| | Our File No. HR 1057 |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 1/17/2013 |
| Last payment | Amount    $0.00 |

---

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Extra: none | | | | | |
| 1/6/2011<br>109528 | JJR<br>GENERAL<br>Email to AAA regarding sign removal. Conference and letter to opposing<br>counsel regarding the same. | 375.00 | 1.00 | 375.00 | Billable |
| 1/7/2011<br>109529 | JJR<br>conference<br>Conference with Ed King confirming sign removal. Email to clients<br>regarding the same. | 375.00 | 0.50 | 187.50 | Billable |
| 1/10/2011<br>109530 | JJR<br>GENERAL<br>Travel to Oak Brook Giordano's with Jon and Raul. Go over status of Oak<br>Brook and future handling of claims. | 375.00 | 4.50 | 1,687.50 | Billable |
| 1/11/2011<br>109531 | JJR<br>Draft<br>Send letter to opposing counsel regarding sign removal. Fax same to client. | 375.00 | 0.50 | 187.50 | Billable |
| 1/12/2011<br>109532 | JJR<br>GENERAL<br>Travel to Oak Brook. Meet with our expert witnesses. Walk property.<br>Discuss value of taking. | 375.00 | 3.50 | 1,312.50 | Billable |

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/18/2011<br>109533 | JJR<br>Draft<br>Draft responses to 213(f)(1) and (f)(2) interrogatories. | 375.00 | 1.00 | 375.00 | Billable |
| 1/19/2011<br>109534 | JJR<br>GENERAL<br>Email to AAA regarding status of sign removal. Conference regarding 213(f) disclosures. Draft same. Prepare certificate of service regarding the same. | 375.00 | 2.00 | 750.00 | Billable |
| 1/24/2011<br>109535 | JJR<br>Revise<br>Revise responses to 213(f) disclosures. email same to JA and AA. | 375.00 | 1.75 | 656.25 | Billable |
| 1/24/2011<br>109536 | JJR<br>GENERAL<br>Travel to Oak Brook. Meet managers at Giordano's. Review sign issues. Make recommendations. | 375.00 | 1.50 | 562.50 | Billable |
| 1/27/2011<br>109537 | JJR<br>Review<br>Review answers to written discovery. Telephone conference with opposing counsel regarding discovery answers. | 375.00 | 1.50 | 562.50 | Billable |
| 3/2/2011<br>103566 | LMC<br>FAX<br>Letter to Ed King regarding non receipt of responses to written discovery. Fax same. | 250.00 | 0.75 | 187.50 | Billable |
| 3/8/2011<br>109523 | JJR<br>travel<br>Travel to Oak Brook. Meet with Allan and Louie. Go over facts of case and future handling of the case. | 375.00 | 2.50 | 937.50 | Billable |
| 3/15/2011<br>103741 | LMC<br>Review<br>(IDOT) Review file regarding discovery responses/witnesses disclosed. Conference with JJR regarding same. | 250.00 | 0.75 | 187.50 | Billable |
| 3/16/2011<br>103743 | LMC<br>tel. conf. w/<br>(IDOT) Telephone call to Ed King regarding responses to written discovery. Telephone call with Art Sheridan regarding case status and trial date. | 250.00 | 0.75 | 187.50 | Billable |
| 3/22/2011<br>103770 | LMC<br>conference<br>Conference with JJR regarding trial preparation and letter to opposing counsel regarding response to written discovery. | 250.00 | 0.75 | 187.50 | Billable |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 3/25/2011 103817 | LMC tel. conf. w/ Telephone call with Ed King regarding discovery. | 250.00 | 0.25 | 62.50 | Billable |
| 3/28/2011 103810 | LMC telephone call Telephone call with Ed King regarding discovery and status. Conference with JJR regarding same. | 250.00 | 0.50 | 125.00 | Billable |
| 4/6/2011 104208 | LMC tel. conf. w/ Telephone call to Ed King regarding outstanding discovery. | 250.00 | 0.20 | 50.00 | Billable |
| 4/13/2011 104292 | LMC Draft Letter to opposing counsel regarding written discovery. | 250.00 | 0.50 | 125.00 | Billable |
| 4/13/2011 104293 | LMC tel. conf. w/ Telephone call with Arthur Sheridan regarding pictures of land/easement. | 250.00 | 0.30 | 75.00 | Billable |
| 4/14/2011 104363 | LMC Review Review discovery responses regarding depositions. | 250.00 | 0.50 | 125.00 | Billable |
| 4/14/2011 104364 | LMC conference Conference with JJR regarding need for photographs. | 250.00 | 0.20 | 50.00 | Billable |
| 4/14/2011 104365 | LMC tel. conf. w/ Telephone call to Art Sheridan regarding photographs. | 250.00 | 0.10 | 25.00 | Billable |
| 4/18/2011 104304 | LMC conference Conference with JJR regarding addition f(1) witnesses. | 250.00 | 0.10 | 25.00 | Billable |
| 4/18/2011 104305 | LMC Draft Draft and serve Supplemental Response to 213(f) Interrogatory. | 250.00 | 0.50 | 125.00 | Billable |
| 4/18/2011 104306 | LMC prepare Prepare certificate of service for same. | 250.00 | 0.10 | 25.00 | Billable |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/19/2011 109524 | JJR meet & confr w/ Meet with expert Art Sheridan on property. Walk property. Discuss testimony for trial. | 375.00 | 2.75 | 1,031.25 | Billable |
| 5/12/2011 104791 | LMC conference Conference with opposing counsel regarding revising discovery/trial schedule. | 250.00 | 0.20 | 50.00 | Billable |
| 5/19/2011 105072 | JAZ worked IDOT Travel to and from DuPage county for motion to reschedule trial.  Meet and confer with opposing counsel and agree on trial dates, etc.  Present agreed order. | 250.00 | 2.50 | 625.00 | Billable |
| 6/1/2011 105234 | LMC appear Letter to Mr. Zgnonia regarding new trial date. | 250.00 | 0.50 | 125.00 | Billable |
| 6/1/2011 105235 | LMC legal research Letter to Art Sheridan regarding new trial date. | 250.00 | 0.50 | 125.00 | Billable |
| 6/3/2011 105243 | LMC tel. conf. w/ Telephone call with Art Sheridan regarding new trial date. | 250.00 | 0.25 | 62.50 | Billable |
| 7/27/2011 105892 | LMC conference Conference with JJR regarding site photographs and supplemental 213(f) responses. Telephone call with Art Sheridan regarding photographs. | 250.00 | 1.00 | 250.00 | Billable |
| 8/1/2011 106218 | LMC Review Review photographs received from Arthur Sheridan. | 250.00 | 0.50 | 125.00 | Billable |
| 8/29/2011 106353 | LMC tel. conf. w/ Telephone call with Gino Olivito regarding discovery disclosure. | 250.00 | 0.20 | 50.00 | Billable |
| 8/29/2011 106354 | LMC Completion Complete second supplemental response to 213(f) interrogatories. | 250.00 | 1.00 | 250.00 | Billable |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/29/2011 106355 | LMC prepare | 250.00 | 0.20 | 50.00 | Billable |
| | Prepare certificate of service for second supplemental disclosure. | | | | |
| 8/29/2011 106356 | LMC abstract | 250.00 | 0.50 | 125.00 | Billable |
| | Letter to opposing counsel regarding photographs. | | | | |
| 8/29/2011 106357 | LMC conference | 250.00 | 0.20 | 50.00 | Billable |
| | Conference with LS regarding obtaining color copies of photographs for disclosure | | | | |
| 8/31/2011 106417 | LMC Review | 250.00 | 0.50 | 125.00 | Billable |
| | Review correspondence from Ed King; e-mail to Ed King regarding 213(f) responses. | | | | |
| 10/3/2011 107358 | LMC conference | 250.00 | 1.25 | 312.50 | Billable |
| | Letters to Sheridan and Zgnonina regarding IDOT's expert reports. Conference with JJR regarding same. | | | | |
| 10/11/2011 107372 | LMC tel. conf. w/ | 250.00 | 2.00 | 500.00 | Billable |
| | Telephone call with Arthur Sheridan regarding IDOT expert report. Conference with JJR regarding same. Prepare notice of deposition for Frank Lorenz. Letter to opposing counsel regarding same. | | | | |
| 10/12/2011 109525 | JJR meet & confr w/ | 375.00 | 3.50 | 1,312.50 | Billable |
| | Meet with Gino, the district manager, and the store manager regarding damage to the remainder. Take additional pictures and notes and discuss possible trial testimony. | | | | |
| 10/13/2011 107380 | LMC Review | 250.00 | 1.00 | 250.00 | Billable |
| | Correspondence with Ed King regarding expert witness at trial. Review 213 disclosure regarding same. | | | | |
| 10/25/2011 107516 | LMC tel. conf. w/ | 250.00 | 2.25 | 562.50 | Billable |
| | Telephone call with Art Sheridan regarding trial date and whether he or his colleague are available for trial testimony.  Conference with JJR regarding same. Telephone call to Art Sheridan regarding scheduling a meeting. Prepare motion to continue trial. Prepare notice of motion for same. Emails with Ed King regarding expert depositions and motion to continue trial. | | | | |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/26/2011 107455 | JAZ worked Schedule motion date with Judge Elsner's clerk, file stamp copies. | 250.00 | 0.50 | 125.00 | Billable |
| 10/26/2011 107591 | JAZ worked Sep up motion in front of Judge Leston, file copies with clerk of court. | 250.00 | 0.50 | 125.00 | Billable |
| 11/2/2011 107838 | LMC meet & confr w/ Meet with Art Sheridan regarding depositions and IDOT's expert. Email motion to continue trial to Ed King. | 250.00 | 1.75 | 437.50 | Billable |
| 11/8/2011 107860 | LMC tel. conf. w/ Telephone call with Joe Zcognina regarding his review of IDOT's expert report. | 250.00 | 0.50 | 125.00 | Billable |
| 12/7/2011 108249 | JAZ worked Travel to and from court for motion to continue trial, Meet and confer with counsel.  Draft order.  Email LMC. | 250.00 | 2.25 | 562.50 | Billable |
| 12/7/2011 108274 | LMC Review Review expert report. Travel to and from Oak Brook, Illinois.  Meet with expert witnesses Art Sheridan and Ed Rottman.  Conference with JAZ regarding motion to continue trial.  Telephone call and emails with  Ed King regarding deposition scheduling and motion to continue trial. | 250.00 | 5.75 | 1,437.50 | Billable |
| 12/7/2011 109526 | JJR GENERAL Travel to Oak Brook. Meet with our two expert witnesses. Go over testimony. Review property. | 375.00 | 3.75 | 1,406.25 | Billable |
| 12/20/2011 108529 | JAZ worked Travel to and from Wheaton for motion to continue trial date.  Meet and confer with counsel, agree on trial dates, fill out orders   receive and review copy of order.  Meet and confer with LMC. | 250.00 | 3.50 | 875.00 | Billable |
| 1/9/2012 108678 | LMC tel. conf. w/ Telephone call with Art Sheridan regarding depositions.  Email to Joe Zgnonia regarding new trial date.  Emails to Ed King regarding depositions and settlement demand. | 250.00 | 1.50 | 375.00 | Billable |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 1/19/2012 108722 | LMC Review | 250.00 | 0.50 | 125.00 | Billable |
| | Review correspondence /between Ed King and GEI Trustee. Emails with JJR regarding same. | | | | |
| 1/20/2012 108938 | LMC Review | 250.00 | 4.75 | 1,187.50 | Billable |
| | Review IDOT expert report. Review discovery responses regarding need to supplement.  Conference with JJR regarding Ed King email to Trustee. Review same and email Ed King regarding direct contact with client. Review email received in response and discuss with JJR. | | | | |
| 1/24/2012 108898 | LMC Review | 250.00 | 1.00 | 250.00 | Billable |
| | Review emails received from Ed King regarding depositions.  Conference with JJR regarding same. Telephone Ed King regarding depositions and settlement demand.  Email last court order to Ed King. | | | | |
| 2/7/2012 109267 | LMC tel. conf. w/ | 250.00 | 0.50 | 125.00 | Billable |
| | Email to Ed King regarding settlement demand and deposition schedule. | | | | |
| 2/10/2012 109406 | LMC Review | 250.00 | 1.50 | 375.00 | Billable |
| | Review Sheridan report regarding supplementing written discovery. | | | | |
| 2/11/2012 109527 | JJR meet & confr w/ | 375.00 | 1.50 | 562.50 | Billable |
| | Meet with our expert at our offices. Go over settlements of case. | | | | |
| 2/13/2012 109278 | LMC tel. conf. w/ | 250.00 | 0.50 | 125.00 | Billable |
| | Correspondence to Ed King regarding depositions and settlement. | | | | |
| 2/15/2012 109288 | LMC tel. conf. w/ | 250.00 | 4.75 | 1,187.50 | Billable |
| | Review file regarding supplementing written discovery. Call to In Demand regarding copying of full size survey and color copy of sign.  Telephone call with Art Sheridan regarding Lorenz report and scheduling depositions. Telephone call with Ed King regarding depositions and settlement. Telephone call to Ed Rottman regarding date for deposition. Telephone call to Gino Olivto regarding dates for deposition.  Email to Art Sheridan to confirm deposition date.  Draft letter to Ed King regarding documents to supplement written discovery. | | | | |
| 2/21/2012 109305 | LMC tel. conf. w/ | 250.00 | 1.25 | 312.50 | Billable |
| | Email to Ed King regarding settlement offer. Conference with JJR regarding trial preparation and depositions. Telephone call with Gino Olivto regarding | | | | |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | dates for depositions.  Email to Ed King regarding same. | | | | |
| 2/29/2012 | LMC | 250.00 | 2.00 | 500.00 | Billable |
| 109437 | Review | | | | |
| | Review correspondence received from Ed King regarding sign removal and/or replacement.  Conference with JJR regarding same. Telephone call with Gino Olivito regarding sign.  Review IDOT compensation for sign. Review Sheridan report regarding sign compensation. | | | | |
| 3/5/2012 | LMC | 250.00 | 0.50 | 125.00 | Billable |
| 109578 | Compilation | | | | |
| | Correspondence with Ed King regarding depositions schedules. | | | | |
| 3/5/2012 | LMC | 250.00 | 1.00 | 250.00 | Billable |
| 109581 | conference | | | | |
| | Conference with JJR regarding settlement. Email to opposing counsel regarding settlement and depositions of Olivito and Swik.  Telephone calls with opposing counsel regarding same. | | | | |
| 3/19/2012 | LMC | 250.00 | 0.75 | 187.50 | Billable |
| 109627 | conference | | | | |
| | Telephone call with Ed King regarding same. Emails to Art Sheridan and Zgnonina regarding unpaid balances for services rendered. | | | | |
| 4/10/2012 | LMC | 250.00 | 1.75 | 437.50 | Billable |
| 109976 | conference | | | | |
| | Email to Ed King regarding interrogatories and receipt of additional copy of appearance. Conference with JJR regarding settlement. Review interrogatories and stipulation to dismiss. Scan and email to Chris Combest for review. | | | | |
| 4/11/2012 | LMC | 250.00 | 2.00 | 500.00 | Billable |
| 109983 | tel. conf. w/ | | | | |
| | Telephone call with Christopher Combest regarding settlement and stipulation to dismiss. Email complaint and counterclaim to Mr. Combest. Telephone call with Steve Levy regarding stipulation to dismiss. Email same to Mr. Levy for review and signature. | | | | |
| 4/17/2012 | LMC | 250.00 | 0.20 | 50.00 | Billable |
| 109993 | read | | | | |
| | Email to Christopher Combest regarding Fifth Third release of lien and execution of stipulation to dismiss. | | | | |
| 4/26/2012 | LMC | 250.00 | 1.50 | 375.00 | Billable |
| 110106 | Review | | | | |
| | Review affidavits received from Christopher Combest. Email to Christopher Combest regarding receipt of affidavits. Email same and additional settlement documentation to Ed King. Conference with JJR regarding affidavits. | | | | |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/30/2012 110119 | LMC Compilation Email executed stipulation to Ed King. | 250.00 | 0.25 | 62.50 | Billable |
| 5/1/2012 110334 | LMC tel. conf. w/ Telephone call to Ed King to follow up on settlement documents. Review email from Chris Combest regarding bankruptcy court order and settlement. Email in response to same. | 250.00 | 0.75 | 187.50 | Billable |
| 5/2/2012 110336 | LMC Review Review email received from Ed King regarding settlement. Email Ed King copy of bankruptcy order. Telephone call and email to Ed King regarding settlement. Telephone calls with Christopher Combest regarding status of settlement. | 250.00 | 1.00 | 250.00 | Billable |
| 5/7/2012 110342 | LMC tel. conf. w/ Letter to Ed King regarding original executed stipulation. Telephone call to Ed King regarding settlement and check status. | 250.00 | 0.75 | 187.50 | Billable |
| 5/8/2012 110349 | LMC tel. conf. w/ Telephone call with Christopher Combest regarding settlement status. Conference with JJR regarding same and withdrawal of funds. Telephone call and email with Ed King regarding settlement and timeline for deposit of additional funds. Pull and review order regarding payment out of proceeds. Additional phone call with Christopher Combest regarding information needed regarding trust. | 250.00 | 2.00 | 500.00 | Billable |
| 5/9/2012 110354 | LMC tel. conf. w/ Telephone calls and emails with Christopher Combest regarding information for settlement. Review portion of IDOT policy. Review file documents regarding ownership interests. Emails to Ed King regarding request for title report and speaking directly with Combest. Conference with JJR regarding settlement status/ownership information needed. | 250.00 | 2.00 | 500.00 | Billable |
| 5/15/2012 110372 | LMC tel. conf. w/ Email to Christopher Combest regarding IDOT settlement. Telephone call with Combest regarding same. | 250.00 | 0.50 | 125.00 | Billable |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 5/29/2012 110438 | LMC conference | 250.00 | 0.50 | 125.00 | Billable |
| | Conference with JJR regarding settlement status. Telephone call to Ed King regarding same. | | | | |
| 5/30/2012 110443 | LMC tel. conf. w/ | 250.00 | 1.50 | 375.00 | Billable |
| | Emails and telephone calls with Ed King regarding status of settlement and documents needed for same. Conference with JJR regarding same. Email to Christopher Combest regarding same. | | | | |
| 6/4/2012 110766 | LMC tel. conf. w/ | 250.00 | 0.40 | 100.00 | Billable |
| | Telephone call to Ed King regarding status of settlement. Email to Chris Combest regarding same. Telephone call to Christopher Combest regarding affidavits. | | | | |
| 6/15/2012 110784 | LMC Compilation | 250.00 | 0.40 | 100.00 | Billable |
| | Conference with JJR regarding status of settlement. | | | | |
| 6/18/2012 110786 | LMC tel. conf. w/ | 250.00 | 0.50 | 125.00 | Billable |
| | Telephone call with Ed King regarding status on settlement. Conference with JJR regarding same. | | | | |
| 7/9/2012 111082 | LMC tel. conf. w/ | 250.00 | 0.75 | 187.50 | Billable |
| | Telephone call with Ed King regarding status of IDOT approval of affidavits. Conference with JJR regarding July 11 court date. | | | | |
| 7/11/2012 111096 | LMC tel. conf. w/ | 250.00 | 0.25 | 62.50 | Billable |
| | Email with Ed King regarding next court date. Diary same. | | | | |
| 7/12/2012 111102 | LMC tel. conf. w/ | 250.00 | 0.25 | 62.50 | Billable |
| | Email to Christopher Combest regarding case status. | | | | |
| 8/3/2012 111562 | LMC tel. conf. w/ | 250.00 | 0.25 | 62.50 | Billable |
| | Telephone call to Ed King regarding status of settlement. | | | | |
| 8/8/2012 111580 | LMC Compilation | 250.00 | 0.25 | 62.50 | Billable |
| | Email to Ed King regarding settlement status. | | | | |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/4/2012<br>111904 | LMC<br>tel. conf. w/ | 250.00 | 0.50 | 125.00 | Billable |

Email and telephone call to Ed King regarding status on settlement and approval of affidavits.

| 10/17/2012<br>112528 | LMC<br>read | 250.00 | 0.50 | 125.00 | Billable |

Emails to Christopher Combest and Ed King regarding settlement approval.

| 10/18/2012<br>112719 | LMC<br>tel. conf. w/ | 250.00 | 0.25 | 62.50 | Billable |

Email to Chris Combest regarding Stipulation and Final Judgment Order.

| 10/26/2012<br>112729 | LMC<br>read | 250.00 | 0.50 | 125.00 | Billable |

Emails with Ed King regarding court date for final judgment order.

| 11/15/2012<br>113067 | LMC<br>tel. conf. w/ | 250.00 | 0.25 | 62.50 | Billable |

.Emails with Christopher Combest regarding status of deposit of additional just compensation.

| 11/27/2012<br>113125 | LMC<br>Compilation | 250.00 | 0.25 | 62.50 | Billable |

Emails with Ed King regarding certified copy of final judgment order.

| 12/18/2012<br>113446 | LMC<br>tel. conf. w/ | 250.00 | 0.50 | 125.00 | Billable |

Telephone call and email to Ed King regarding status of settlement deposit.

| 12/28/2012<br>113464 | LMC<br>Compilation | 250.00 | 0.25 | 62.50 | Billable |

Emails with Ed King regarding final compensation deposit.

| 1/2/2013<br>113604 | LMC<br>prepare | 250.00 | 0.50 | 125.00 | Billable |

Telephone call with Ed King regarding petition to withdraw funds. Prepare notice for same.

| 1/4/2013<br>113602 | LMC<br>research | 250.00 | 3.75 | 937.50 | Billable |

Research regarding just compensation.  Prepare Petition for Withdrawal of Final Just Compensation and notice for same. Letter to Judge regarding copy of Motion. Conference with JJR regarding filing of same. Emails with Christopher Combest regarding same.

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|--------------:|---------------:|---------------:|-------|
| 1/7/2013 113603 | LMC read | 250.00 | 0.50 | 125.00 | Billable |
| | Email to Ed King regarding filing of motion. Email Michael Gesas regarding payment from proceeds. | | | | |
| 1/9/2013 113601 | LMC appear | 250.00 | 4.00 | 1,000.00 | Billable |
| | Travel to Wheaton, Illinois. Appear on petition to withdraw final just compensation. Draft order. Obtain certified copy of order. Travel to DuPage County Treasurer's Office. Drop off certified order and final judgment order. Email copy of order to opposing counsel. | | | | |
| 1/16/2013 113871 | LMC tel. conf. w/ | 250.00 | 0.25 | 62.50 | Billable |
| | Telephone call to DuPage Treasurer regarding pick up of check. Conference with SJV regarding same. | | | | |
| 1/17/2013 113879 | LMC Compilation | 250.00 | 0.25 | 62.50 | Billable |
| | Email to Chris Combest regarding check and payment of fees from proceeds. | | | | |

| | | | Hours | Amount | Total |
|--|--|--|------:|-------:|-------|
| Total: none | | | 117.80 | | $33,418.75 |
| TOTAL | Billable Fees | | 117.80 | | $33,418.75 |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---------|------------------|---------------:|---------:|-------:|-------|
| Extra: none | | | | | |
| 7/13/2011 105707 | LMC $fee | 2374.90 | 1.000 | 2,374.90 | Billable |
| | Marchris Engineering Limited - Fee for site inspections, preparation of opinion letter, review of IDOT plans and reports and expenses (mileage and tolls). | | | | |
| 9/12/2011 106781 | JAZ $fee | 3.09 | 1.000 | 3.09 | Billable |
| | FedEx Office - Copies made on August 29, 2011. | | | | |
| 2/16/2012 109171 | LMC $fee | 330.00 | 1.000 | 330.00 | Billable |
| | Marchris Engineering Limited: Review IDOT Report and Analyze Driveway Slope, November 16, 2011. | | | | |

James J. Roche & Associates
BILLING

HR01057:OAK BROOK PARTNERS LLC (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/28/2012 109455 | LMC $fee | 15.00 | 1.000 | 15.00 | Billable |
| | In Demand:  Numerous 11x17 color copies and six oversize black/white 24x36 | | | | |
| 4/5/2012 109773 | LMC $fee | 400.00 | 1.000 | 400.00 | Billable |
| | Arthur Sheridan & Associates Limited - Fee for services, including site inspections, research, preparing and photographs. | | | | |
| 1/9/2013 113605 | LMC $fee | 14.50 | 1.000 | 14.50 | Billable |
| | Clerk of the Circuit Court of DuPage - Certified copies assessment | | | | |

Total: none                                                                $3,137.49

TOTAL      Billable Costs                                                   $3,137.49

---

Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips Total of Fees (Time Charges) | $33,418.75 | $33,418.75 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable expense slips Total of Costs (Expense Charges) | $3,137.49 | $3,137.49 |
| Total new charges | | $36,556.24 |
| New Balance Current | $36,556.24 | |
| Total New Balance | | $36,556.24 |