**FILED**

**SEP 10 2013**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )
                                            )        Case No. 11 B 06098
      GEI-RP,                              )
                                            )
                                            )
                                            )        Chapter 7
            Debtor.                   )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO QUARLES & BRADY LLP, ATTORNEYS FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $55,555.00 | TOTAL COSTS REQUESTED: | $57.24 |
| TOTAL FEES REDUCED: | $3,788.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $51,767.00 | TOTAL COSTS ALLOWED: | $57.24 |

### TOTAL FEES AND COSTS ALLOWED: $51,824.24

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)     Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: September 10, 2013

                                                                              Eugene R. Wedoff
                                                                              United States Bankruptcy Judge

# EXHIBIT A-2

QB\22160107.1

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy
RE: Professional Compensation Chapter 7 Bankruptcy
Q & B Matter Number: 147435.00016

August 06, 2013
Invoice Number: 1866793
Page 2

| Date | Description | Professional | Hours |
| --- | --- | --- | --- |
| 02/06/13 | Review and revise January time entries (.3). | PMARTINO | 0.30 |
| 02/07/13 | Initial draft of narrative section and cover sheet for Trustee's (.3) and Q&B's (.4) second interim fee applications. | PMARTINO | 0.70 |
| 02/08/13 | Continue work on Q&B (1.3) and trustee (.4) second fee applications. | PMARTINO | 1.70 |
| 02/13/13 | Work on Q&B (.5) and trustee (.3) second interim application, cover sheet, exhibits and orders; calls/e-mails to West and Caruso regarding interim apps (.2). | PMARTINO | 1.00 |
| 02/14/13 | Start work on Popowcer (.4) and DSI (.3) interim fee applications. | PMARTINO | 0.70 |
| 02/19/13 | Review exhibit to Popowcer fee application and incorporate data into application and order (.4); follow up e-mails with DSI (.1); reconcile Q&B and trustee exhibits with fee app (.1); revise DSI 2nd interim fee application (.3). | PMARTINO | 1.30 |
| 02/20/13 | Reconcile DSI fee ap and exhibit (.5); final review and approval of 4 fee apps (.4). | PMARTINO | 0.90 |
| 03/02/13 | Review information from Roche firm and follow-up re same with L. Crow, in connection with final fee application. | CCOMBEST | 0.80 |
| 03/04/13 | Review backup for Roche fee application and history of retention during chapter 11 and chapter 7 (0.5); exchange e-mails with L. Crow (Roche associate) re back-up (0.2); work on application (0.2). | CCOMBEST | 0.90 |
| 03/05/13 | Preparing final fee application for Roche firm. | CCOMBEST | 3.50 |
| 03/05/13 | Revise February time entries. | PMARTINO | 0.40 |
| 03/06/13 | Finalize draft application, order, and related papers for Roche final fee application (1.5); memo to Trustee re analysis and recommendations as to same (0.8). | CCOMBEST | 2.30 |
| 03/07/13 | Confer with Trustee re Roche fee application (0.1); revise and finalize same for transmittal to Roche (0.4); exchange e-mails with L. Crow of Roche firm re same (0.1) | CCOMBEST | 0.60 |
| 03/12/13 | Prepare for 3-13 hearing on four fee applications. | CCOMBEST | 0.50 |
| 03/13/13 | Attend court for hearing on four fee applications (1.0); report to Trustee re same (0.1). | CCOMBEST | 1.10 |
| 04/04/13 | Review and revise March time. | PMARTINO | 0.30 |
| 04/09/13 | Prepare for hearing on Roche fee application. | CCOMBEST | 0.10 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy  
RE: Professional Compensation Chapter 7 Bankruptcy  
Q & B Matter Number: 147435.00016

August 06, 2013  
Invoice Number: 1866793  
Page 3

| Date | Description | Professional | Hours |
|---|---|---|---|
| 04/10/13 | Prepare for and attend hearing on Roche fee application (1.3); e-mail to Jim Roche re entry of order (0.1). | CCOMBEST | 1.40 |
| 06/07/13 | Review and revise April and May time (.4). | PMARTINO | 0.40 |
| 06/25/13 | Emails to all professionals regarding interim fees in August (time through July (.2). | PMARTINO | 0.20 |
| 07/09/13 | Review and revise June time entries. | PMARTINO | 0.20 |

*9.6 hrs* (handwritten)

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 8.10 | 565.00 | 4,576.50 |
| CCOMBEST | Christopher Combest | 11.20 | 515.00 | 5,768.00 |
| Total | | 19.30 | | 10,344.50 |

Total Fees:   $   10,344.50

*Handwritten notes:*

9.6 hrs × $515 = $5,459  
(billings for Roche fee app)

$33,418.75  
(billings by Roche for main matters)

= 16.34% (2)

$3,768 deduction to bring down to 5%