**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **GEI-RP,** | ) | **Case No. 11-06098** |
| | ) | **(Substantively Consolidated)** |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |

**SIXTH AND FINAL APPLICATION FOR ALLOWANCE OF**
**COMPENSATION OF FEES OF POPOWCER KATTEN, LTD.,**
**CHAPTER 7 TRUSTEE'S ACCOUNTANTS**

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. § 331, for authority to pay compensation of $4,406.50 in fees to Popowcer Katten, Ltd. ("**Popowcer**") for 17.8 hours of tax and accounting services rendered from since June 13, 2014. Trustee also asks that all interim fee awards be made final.

In support of this Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1.     On February 16 and 17, 2011, Debtors filed the chapter 11 petitions that initiated the above-captioned bankruptcy case.

2.     On May 12, 2011, Philip V. Martino was appointed Trustee for these bankruptcy estates.  He was re-appointed chapter 7 trustee when this case was converted to a chapter 7 liquidation.

3.     On June 1, 2011, this Court entered an order allowing Trustee to employ Popowcer as Trustee's accountant, specifically to prepare the estates' 2010 federal and state tax returns.  That retention was expanded to cover the Chapter 7 period by order dated May 16, 2012 (DKT #1286).

4.     All professional services for which compensation is requested herein were performed by Popowcer and on behalf of the Trustee and not for or on behalf of any creditor or

QB\35163987.1

any other person. Specifically, Popowcer has assisted Trustee in connection with the preparation of federal tax returns for Debtor for 2014 and 2015. An itemized breakdown of services rendered and expenses incurred is attached as **Exhibit A**.

5. The following Popowcer personnel worked the following hours during the Application period:

| NAME | TITLE | HOURS | RATE | TOTAL AMOUNT |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 13.0 | $250.00 | $3,250.00 |
| L. West | Bankruptcy Specialist | 1.3 | $245.00 | 318.50 |
| B. Glusak | Tax Manager | 3.1 | $240.00 | 744.00 |
| B. Glusak | Tax Manager | 0.4 | $235.00 | $94.00 |

6. This is Popowcer's Sixth and Final fee application. All amounts awarded in connection with the prior applications have been paid in full and Trustee requests that all interim awards to Popowcer be made final.

**WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

A. Authorizing to Popowcer additional compensation in this chapter 7 bankruptcy proceeding of $4,406.50 for 17.8 hours of services rendered;

B. Making all interim fee awards final;

C. Authorizing Trustee to remit payment to Popowcer in the amount requested above; and

D. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

**PHILIP V. MARTINO, as Trustee**

By: /s/ Philip V. Martino
    Philip V. Martino, Trustee

Philip V. Martino
Christopher Combest
**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

2

QB\35163987.1

Invoice No. 27979



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Giordano's Enterprises, Inc.
- c/o Philip Martino, Trustee
- Quarles & Brady
- 300 N. LaSalle Street, Suite 4000
- Chicago, IL 60654

**Date:** May 19, 2015            **Account No.:** MAW15044L

For Professional Services Rendered:

For accounting and tax services rendered for the period July 24, 2014 through May 8, 2015 including preparation of federal and state corporate income tax returns for the year ended December 31, 2014 and final period ended April 30, 2015 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 13.0 | $250. | $ 3,250.00 |
| L. West |  | 1.3 | 245. | 318.50 |
| B. Glusak | Tax Manager | 3.1 | 240. | 744.00 |
| B. Glusak |  | .4 | 235. | 94.00 |
|  | Total Due: | 17.8 |  | $ 4,406.50 |

GIORDANO'S ENTERPRISES, INC. (11-06098)

Time Sort by Date

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 7/24/2014 | Accounting Services - Review files for information relating to sales for periods from 2004 forward. Locate 2006 financial statements and forward to trustee. | 0.8 | L. West | $245 | 196.00 |
| 7/25/2014 | Accounting Services - Search prior emails for any financial information forwarded for years prior to 2008. | 0.4 | B. Glusak | $235 | 94.00 |
| 9/8/2014 | Tax Services - Respond to email from Chris Combest re: Pulaski Pizza return for 2010. Purchasers accountant raising issue re: penalty notice re: tax matters partner and responsibility to pay penalty assessed. | 0.5 | L. West | $245 | 122.50 |
| 2/23/2015 | Tax Return Preparation - Prepare workpapers and federal and state corporate returns for 2014 - forms 1120S and IL-1120-ST. Reference workpapers - review admin claims paid for tax return presentation. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Draft statement for attachment to returns re: bankruptcy filing. | 7.5 | L. West | $250 | 1,875.00 |
| 2/23/2015 | Tax Services - Prepare 2014 forms 1096 and 1099's. | 0.5 | L. West | $250 | 125.00 |
| 2/25/2015 | Tax Review - Review workpapers and federal and state corporate returns for 2014 - forms 1120S and IL-1120-ST. | 2.5 | B. Glusak | $240 | 600.00 |
| 2/26/2015 | Tax Review - Review changes to returns re: IL loss carryforwards. | 0.3 | B. Glusak | $240 | 72.00 |
| 2/26/2015 | Tax Review - Review assembled returns prior to signature. | 0.3 | B. Glusak | $240 | 72.00 |
| 2/26/2015 | Tax Review - Final review and sign returns for year ended 12/31/14 - forms 1120S and IL-1120-ST. | 0.2 | L. West | $250 | 50.00 |
| 5/7/2015 | Tax Return Preparation - Prepare workpapers and federal and state corporate returns for final period ended 4/30/15. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required. | 4.5 | L. West | $250 | 1,125.00 |
| 5/8/2015 | Tax Review - Final review - check assembly and sign returns for final period ended 4/30/15 - forms 1120S and IL-1120-ST. | 0.3 | L. West | $250 | 75.00 |
| | | 17.8 | | | 4,406.50 |