**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEI-RP, | ) | Case No. 11-06098 |
| | ) | (Substantively Consolidated) |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |

**FIFTH AND FINAL FEE APPLICATION OF DEVELOPMENT SPECIALISTS INC.**
**AS FINANCIAL ADVISOR TO PHILIP V. MARTINO, CHAPTER 7 TRUSTEE**

Chapter 7 trustee, Philip V. Martino, pursuant to Bankruptcy Code Section 331, hereby submits this Fifth and Final Fee Application of Development Specialists Inc. ("**DSI**") (the "**Fifth and Final Application**") relating to services rendered and expenses incurred since June 1, 2014. In this Application, DSI requests $5,042.50 in interim compensation for 16.0 hours of services rendered, plus $114.54 for costs incurred. Trustee also asks that all interim fee awards be made final

1. On February 16, 2011 (the "**Petition Date**"), the above-captioned debtors (The "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**").

2. By order dated March 9, 2011, DSI was retained as the chapter 11 estate's financial advisor and CRO. DSI's retention to act as Trustee's chapter 7 counsel was approved by court order entered May 16, 2012 (DKT #1286).

3. On May 11, 2011, Philip V. Martino was appointed Trustee.

4. On November 8, 2011, this Court entered an order granting Trustee's motion to substantively consolidate all 33 debtor estates.

5. On May 1, 2012, this Court entered an order granting Trustee's motion to convert the consolidated case to a chapter 7 liquidation. Mr. Martino was re-appointed chapter 7 trustee.

QB\35156652.1

6.      All allowed chapter 11 professional fees (of Trustee, Quarles & Brady, DSI, Creditor Committee counsel and Fifth Third Bank) have been paid in full. The instant application starts with the chapter 7 conversion.

7.      As of May 19, 2012, Trustee was holding $269,623.71 in the estate's bank accounts.

8.      This is DSI's Fifth and Final Fee Application. All amounts awarded in connection with the prior applications have been paid in full and Trustee requests that all interim awards to DSI be made final.

9.      Trustee, on behalf of DSI, hereby submits this Fifth and Final Chapter 7 Fee Application for services rendered and reimbursement of expenses incurred during the period since June 1, 2014 (the "**Application Period**"). An itemized breakdown of services rendered and cost incurred is attached as **Exhibit A.**

10.     During the Application Period, DSI performed the following professional services for Trustee:

- Review of amended monthly operating reports through 4th quarter 2011
- Prepared the monthly operating report for May 2012
- Review and research files in connection with interchange fee class action lawsuit

11.     The following DSI personnel worked the following hours during the Application Period:

| NAME | HOURS | RATE | TOTAL AMOUNT |
|---|---|---|---|
| Fred C. Caruso | .3 | $635.00 | $190.50 |
| M. Christopher Adams | 1.70 | 260.00 | 442.00 |
| J. E. Costie | 14.00 | 315.00 | 4,410.00 |

12.     Brief biographies of the DSI personnel who have performed services in connection with this estate are attached as **Composite Exhibit B**. Mr. Caruso's Affidavit in Support of this Application is attached as **Exhibit C**.

2

QB\35156652.1

**WHEREFORE**, Trustee requests the entry of an order:

A.  Authorizing DSI additional compensation in this chapter 7 bankruptcy proceeding of $5,042.50 for 16.0 hours of service rendered, plus $114.54 in costs;

B.  Making all interim fee awards final;

C.  Authorizing Trustee to remit payment to DSI in the amounts requested; and

D.  For such other and further relief as this Court may deem equitable and just.

Dated: May 19, 2015　　　　　　　　　　　　　　　PHILIP V. MARTINO, not individually,
　　　　　　　　　　　　　　　　　　　　　　　　but solely as Chapter 7 Trustee for GEI-RP


　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Philip V. Martino
　　　　　　　　　　　　　　　　　　　　　　　　　One of his attorneys

Philip V. Martino
Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

**No. 11023**

**DSI Development Specialists, Inc.**

REMIT TO:
Three First National Plaza  70 West Madison Street, Suite 2300, Chicago, IL 60602-4250
Telephone: 312.263.4141   Telecopier: 312.263.1180

Date:   05/18/15

Giordano's Enterprises, Inc.
Suite 400
740 North Rush Street
Chicago, Illinois  60611

F.E.I.N. 36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered from June 01, 2014 through April 30, 2015: | | | | |
| Fees per attached category summary: | $5,042.50 | | | |
| Administrative costs: | | | | |
|   Messenger/Overnight Service | | $15.05 | | |
|   Photocopies (at .10 cents per page) | | 69.50 | | |
|   Postage (at actual costs) | | 19.69 | | |
|   Long Distance Calls (at actual costs) | | <u>10.30</u> | | |
| | | $114.54 | | |
| | | | | $5,157.04 |

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED.

PAY LAST AMOUNT IN THIS COLUMN

```
                                                                          Page: 1
Giordano's Enterprises, Inc.                                           05/18/2015
740 North Rush Street
Suite 400
Chicago  IL  60611




                                                                    HOURS
06/03/2014   FCC   Review and approve preparation of the amended
                   monthly operating reports from inception of the case
                   through 4th quarter 2011 and e-mail Phil Martino
                   regarding same.                                   0.30

06/25/2014   MCA   Prepare the flash drive for Quarles & Brady with all
                   the revised monthly operating reports and send
                   messenger instructions to DSI's office.           0.50

07/07/2014   MCA   Respond to information request from P. Martino
                   regarding U.S. Trustee fee issues.                0.60

07/14/2014   MCA   Prepare May 2012 revised monthly operating report
                   for GEI subcon entities.                          0.60
                                                                     ____
                   Monthly Bktcy/Semi-Annual Rpts                    2.00      632.50

08/15/2014   JEC   Research files for credit card sales documents for
                   potential claim.                                  0.80

08/20/2014   JEC   Review files and discuss with S. Palfi information
                   that is available on Pizza Director for reconciling
                   credit card sales.                                0.70

08/25/2014   JEC   Telephone call with S. Baldasti regarding credit
                   card sales analysis; review files regarding same. 0.50

10/21/2014   JEC   Prepare analysis of restaurant sales for credit card
                   claim.                                            4.00

10/22/2014   JEC   Continue preparation of analysis for restaurant
                   sales for credit card claim.                      4.00

10/23/2014   JEC   Continue preparation of analysis for restaurant
                   sales for credit card claim.                      3.00

12/15/2014   JEC   Review the credit card analysis and submit to C.
                   Combest.                                          1.00
                                                                    _____
                   Asset Analysis and Recovery                      14.00    4,410.00
                                                                    _____    _____
                   FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: 16.00   5,042.50

                              RECAPITULATION
         CONSULTANT                     HOURS    HOURLY RATE      TOTAL
         F. C. Caruso                    0.30       $635.00      $190.50
         M. C. Adams                     1.70        260.00       442.00
         J. E. Costie                   14.00        315.00     4,410.00
```

```
                                                                      Page: 2
Giordano's Enterprises, Inc.                                        05/18/2015


        Postage                                                         19.69
        Long Distance Telephone                                         10.30
        TOTAL DISBURSEMENTS: THRU 04/30/2015                           114.54

        TOTAL CURRENT WORK                                           5,157.04


        BALANCE DUE                                                 $5,157.04
```

## EXHIBIT B

## **BIOGRAPHICAL INFORMATION**

QB\35156652.1

## Fred C. Caruso
### Professional Qualifications

Fred Caruso, Vice-President and Chief Operating Officer of Development Specialists, Inc., is a Certified Public Accountant and a Certified Insolvency and Restructuring Advisor.

Mr. Caruso has 30 years of insolvency, restructuring and valuation experience. Prior to rejoining DSI in July, 2005, Mr. Caruso was the president for Hilco Appraisal Services, LLP ("Hilco"), which is the largest valuation firm in North America for inventory, equipment and business valuations used by the asset based lending community. During his tenure at Hilco, Mr. Caruso personally was involved in hundreds of engagements for manufacturers, forest products companies, distributors and retailers, including such notables as Goodyear Tire & Rubber, Mitsubishi Motors, Georgia Pacific, GM Locomotive, Meridian Automotive, Parmalat Dairy and Bakery, Citation Corporation, Revlon and US Steel. While at Hilco, Mr. Caruso was also involved in Hilco's distressed disposition practice, involving the sale of inventory, equipment and real estate for many of its clients.

Mr. Caruso originally joined DSI in 1982 as Chief Financial Officer. He has assumed day-to-day management control for 12 different companies where operations included sub-prime financial services, metal fabrication, injection molding, blow molding, residential construction, real estate management, government contracting, hospitality and food service, wholesale and retail oil distribution, and computer software. Mr. Caruso has also provided consulting services to both debtors and creditors for a variety of other businesses involving banking, OEM automotive supply, wholesale distributorships, aftermarket automotive supply, mortgage servicing, general contracting and retailing.

Mr. Caruso has testified as an expert witness in various bankruptcy, state, and federal court trials relating to business valuation and plan feasibility. Due to his skills in forensic accounting and fraud detection, Mr. Caruso was appointed both a Chapter 11 and a Chapter 7 Trustee for cases involving "Ponzi schemes" and misappropriation of funds.

Prior to joining DSI, Mr. Caruso worked for a "Big 8" accounting firm and was an audit manager for a smaller firm for five years. He graduated from the University of Wisconsin in 1977 with degrees in accounting and finance. He is a member of the American Bankruptcy Institute, the Association of Insolvency Accountants, and the American and Illinois Institutes of Certified Public Accountants.

# Christopher Adams
## Professional Qualifications

Christopher Adams joined DSI's headquarters in Chicago in January 2009. Since joining DSI, Mr. Adams has been involved in a number of engagements across a variety of industries. Mr. Adams' areas of expertise include financial modeling and analysis, 13-week cash flow preparation and monitoring, data mining/analysis, vendor/supplier relationship management and negotiation, and forensic accounting.

**Notable assignments include:**
- Assistant Treasurer – Giordano's Enterprises, Inc., Chapter 11 Sale of Business
- Financial Advisor – Smarterville, Inc., Out-of-Court Restructuring
- Financial Advisor – Pacific Property Assets, Chapter 11 converted to Chapter 7 Liquidation
- Financial Advisor – Standard Ethanol, Chapter 11 Sale of Business

Prior to joining DSI, Mr. Adams worked with Citadel Solutions, a subsidiary of Citadel Investment Group, and was responsible for the financial reporting and analysis for a group of multi-strategy hedge funds with over $2 billion in assets under management.

Mr. Adams received his Bachelors of Science from the University of Kentucky with a major in Accounting and, while there, completed two internships, including an internship with PricewaterhouseCoopers at its Los Angeles office. Mr. Adams is a Certified Public Accountant and is a member of the Illinois Society of CPAs and the American Bankruptcy Institute.

# JILL E. COSTIE
## Professional Qualifications

Jill Costie joined DSI's Chicago office in 2001 with 15 years of management, auditing and financial analysis experience. Since joining DSI, Ms. Costie has been involved in numerous assignments from formal reorganizations to advising operations.

Ms. Costie was recently responsible for coordinating buyer due diligence and transition of operations to new ownership for Giordano's Enterprises, Inc., a Chicago-based restaurant operator and franchisee, and as Operational Manager for Chicago H&S Hotel Property LLC, she was responsible for daily operations and transition to new ownership. She also managed the River Park Atrium property during its receivership and sale process.

**Notable Assignments include:**

- Financial Advisor – Giordano's Enterprises, Inc., Chapter 11 Sale of Business
- Financial Advisor – Dewey & LeBoeuf LLP, Chapter 11 Wind down of Business
- Operational Manager – Chicago H&S Hotel Property LLC, Chapter 11 Sale of Business
- Property Manager – River Park Atrium Property Receivership, Sale of Property
- Financial Advisor – G.I. Joe's Inc., Chapter 11 Sale of Business
- Financial Advisor – Victory Memorial Hospital, Wind down of Business
- Financial Advisor – Edgewater Medical Center, Chapter 11 Liquidation
- Financial Advisor – Creditors' Committee, Burr Oak Cemetery
- Financial Advisor – Chapter 7 Trustee, Knight Quartz Flooring
- Disbursing Agent – Platinum Entertainment, Chapter 11
- Disbursing Agent - Healthco International, Chapter 7
- Disbursing Agent – Glazed Investments, Chapter 7
- Disbursing Agent – RoweCom Inc., Chapter 7

Prior to joining DSI, Ms. Costie worked as Property and Project Manager with Hyatt, Marriott and Sheraton Hotels during their properties' various renovation and construction projects; and as Director of Internal Management and Transitions for a national retailer, Ms. Costie was responsible for the financial strategic management and auditing of the stores.

Ms. Costie has worked with the University of Virginia, James Madison University, State University of New York at Stony Brook and Yale University in the areas of business administration and revenue-generating operations. Ms. Costie has a Bachelor of Business Administration degree from James Madison University in Harrisonburg, Virginia.

# EXHIBIT C

**STATE OF ILLINOIS** )
                               ) SS
**COUNTY OF COOK** )

I, Fred C. Caruso, on oath, state as follows:

1. I am Chief Operating Officer with the firm of Development Specialists Inc. ("**DSI**").

2. This affidavit is submitted in support of the Fifth and Final Fee Application of DSI as Financial Advisor to for Philip V. Martino, Chapter 7 Trustee (the "**Application**").

3. In the ordinary course of DSI's business, the DSI professionals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, a description of the services rendered, and the time spent on such services.

4. In the ordinary course of DSI's business, the information on the timesheets is entered into DSI's computer system.

5. In the ordinary course of DSI's business, a bill is prepared periodically by computer and sent to the client.

6. I have reviewed Exhibits A and B to the Application. It is based upon documents as aforesaid, which are made in the ordinary course of DSI's business. It is part of the ordinary course of DSI's business to prepare such documents.

7. To the best of my knowledge, the information set forth on Exhibit A is true and correct.

                                                 /s/ Fred C. Caruso
                                                 Fred C. Caruso

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

QB\35156652.1