**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEI-RP, | ) | Case No. 11-06098 |
| | ) | (Substantively Consolidated) |
| Consolidated Debtor. | ) | |
| | ) | Hon. Eugene R. Wedoff |

**FIFTH AND FINAL FEE APPLICATION OF QUARLES & BRADY LLP,**
**AS COUNSEL FOR PHILIP V. MARTINO, CHAPTER 7 TRUSTEE**

Quarles & Brady LLP, as counsel for Philip V. Martino, Chapter 7 trustee ("**Q&B**"), pursuant to Bankruptcy Code Section 331, hereby submits this Fifth and Final Fee Application (the "**Final Application**"), relating to services rendered and expenses incurred since June 1, 2014. In this Application, Q&B requests $46,134.50 in compensation for 88.8 hours of services rendered during that period (including 1.5 hours of estimated time to finalize and present this Application and final fee applications for Popowcer & Katten and DSI), plus $153.16 for costs incurred. It also requests that all interim fee awards be made final.

1. On February 16, 2011 (the "**Petition Date**"), the above-captioned debtors (The "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**").

2. On May 11, 2011, Philip V. Martino was appointed Trustee. By order dated May 27, 2011, Quarles & Brady LLP was retained as Trustee's counsel retroactive to May 11, 2011.

3. On November 8, 2011, this Court entered an order granting Trustee's motion to substantively consolidate all 33 debtor estates.

4.      On May 1, 2012, this Court entered an order granting Trustee's motion to convert the consolidated case into a chapter 7 liquidation.  Trustee was re-appointed to handle the chapter 7 proceeding.

5.      All allowed chapter 11 professional fees (of Trustee, Q&B, Creditor Committee counsel and Fifth First Bank) have been paid in full.  All allowed chapter 7 interim fees also have been paid in full.  In addition, Trustee has made two interim distributions to priority and unsecured creditors, which total approximately $1,682,459.48.

6.      As of May 19, 2015, Trustee was holding $269,623.71 in the estate's bank accounts for payment of allowed administrative expenses and then for a final distribution to unsecured creditors.

7.      Q&B hereby submits its Fifth and Final Application for services rendered and reimbursement of expenses incurred during the period since June 1, 2014 (the "**Application Period**").

8.      During the Application Period, Q&B performed the following professional services for Trustee:

**1.      ASSET ANALYSIS AND DISPOSITION**

During the Application Period, Q&B expended 9.5 hours in connection with the abandonment of certain assets and sale of residual assets, including the interchange fee class action lawsuit for $12,000.00.    In connection therewith, Q&B requests compensation of $4,732.50.  Copies of the time detail are attached as **Exhibit A-1**.  A summary is as follows

| NAME | HOURS |
|------|-------|
| Christopher Combest | 7.8 |
| Sarah K. Baker | 1.7 |

2.    **PROFESSIONAL COMPENSATION**

During the Application Period, Q&B expended 9.2 hours (including 1.5 hours of estimated time to finalize and present this Application and final fee applications for Popowcer & Katten and DSI) in connection with final chapter 11 fee applications for Trustee, Q&B, Popowcer, and DSI.  In connection therewith, Q&B requests compensation of $5,341.00.  Copies of the time detail are attached as **Exhibit A-2**.  A summary is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 8.2 |
| Colleen A. Greer | 1.0 |

3.    **GENERAL**

During the Application Period, Q&B expended 70.1 hours in connection with general issues, including investigation into a class action matter for credit card interchange fees.  In addition, the U.S. Trustee's office requested Trustee to file amended and restated operating reports for the entire chapter 11 in order for the estate to qualify for a $98,800.00 refund of quarterly fees.  Q&B prepared notice of abandonment of the electronic data and servers.  Trustee requested Q&B to follow the estate's interest in a state court suit brought by Mr. Apostolou (DIP of Giordano's) against former chapter 11 counsel.  Finally, Q&B reviewed the docket for filings related to claim standings for the final report.  In connection therewith, Q&B requests compensation of $36,061.00.  Copies of the time detail are attached as **Exhibit A-3**.  A summary is as follows:

| NAME | HOURS |
|---|---|
| Christopher Combest | 66.5 |
| Sarah K. Baker | 2.3 |
| Paula A. Fedor | 1.3 |

3

**4.      COSTS**

During the Application Period, Q&B advanced costs of $153.16 in photocopy charges for the service of the Trustee's Intent to Abandon.  *See* **Exhibit B**.

9.      In summary, the following Q&B personnel worked the following hours during the Application Period:

| NAME | HOURS | TOTAL AMOUNT |
|------|-------|--------------|
| Philip V. Martino | 8.2 | $5,166.00 |
| Christopher Combest | 74.3 | $39,007.50 |
| Sarah K. Baker | 4.0 | $1,500.00 |
| Paula A. Fedor | 1.3 | $286.00 |
| Colleen A. Greer | 1.0 | $175.00 |

10.      Brief biographies of the Q&B personnel who have performed services in connection with this estate are attached as **Exhibit C**.  Trustee's Affidavit in Support of this Application is attached as **Exhibit D**.

11.      Q&B reserves the right to correct, amend or supplement this Fifth and Final Application in response to objections or the posting of late entered time or expense data.

**WHEREFORE**, Q&B requests that this Court enter an order:

A.      Allowing it  additional compensation in this chapter 7 bankruptcy proceeding of $46,134.50 plus $153.16 in costs;

B.      Making all fee awards final;

C.      Authorizing Trustee to remit payment to Q&B in the amount requested above; and

4

      D.      For such other and further relief as this Court may deem equitable and just.

Dated: August 17, 2015

PHILIP V. MARTINO, not individually,
but solely as Chapter 7 Trustee for GEI-RP

By:    /s/ Philip V. Martino
       One of his attorneys

Philip V. Martino
Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
christopher.combest@quarles.com

QB\34958449.1

# EXHIBIT A

QB\34958449.1

# EXHIBIT A-1

QB\34958449.1



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | | |
|---|---|---|
| Invoice Number: | 2055503 | Privileged & Confidential |
| Invoice Date: | May 20, 2015 | |

Giordano's, Philip V. Martino Trustee for
Quarles & Brady LLP
Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through May 19, 2015
Re: Asset Analysis and Disposition Chapter 7 Bankruptcy
Q & B Matter Number: 147435.00005

| | | |
|---|---|---|
| Current Fees: | $ | 4,732.50 |
| Current Total Due: | $ | 4,732.50 |
| **TOTAL AMOUNT DUE:** | **$** | **4,732.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy          May 20, 2015
RE: Asset Analysis and Disposition Chapter 7 Bankruptcy                 Invoice Number: 2055503
Q & B Matter Number: 147435.00005                                      Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 03/29/15 | Revise and comment on purchaser forms of purchase agreement, sale motion, and sale order re residual assets. | CCOMBEST | 0.90 |
| 03/30/15 | Prepare for hearing on Motion to Abandon Assets. | SBAKER | 0.50 |
| 03/30/15 | Review and respond to e-mails from R. Amini regarding asylum status. | SBAKER | 0.20 |
| 03/30/15 | Revise seller's forms of purchase agreement, motion, and order for sale of residual assets, including credit-card interchange fee class action claim. | CCOMBEST | 1.60 |
| 03/31/15 | Attend hearing on Motion to Abandon Class Action Claim. | SBAKER | 1.00 |
| 03/31/15 | Finalize revisions to purchaser forms of purchase agreement, sale motion, and sale order (.6); exchange e-mails with purchaser counsel re same (.1); confer with Trustee re same (.2). | CCOMBEST | 0.90 |
| 04/07/15 | Revise and finalize motion to sell remnant assets, including interchange fee class action claim. | CCOMBEST | 1.00 |
| 04/27/15 | Prepare for hearing in motion to sell certain contingent and unliquidated assets to Oak Point Partners. | CCOMBEST | 0.50 |
| 04/28/15 | Attend hearing on motion to sell certain contingent assets of consolidated estate (1.6); confer with Trustee re same and next steps (.2); e-mail to purchaser's counsel re approval of motion and closing of sale (.2). | CCOMBEST | 2.00 |
| 04/29/15 | Exchange e-mails with J. Alwin (counsel to Oak Point Partners) re post-sale matters re remnant assets (.2); confer with Trustee re same (.1) | CCOMBEST | 0.30 |
| 05/14/15 | Review post-closing documents requested by Oak Point partners re remnant asset sale (0.3); recommendation to Trustee re same (0.1). | CCOMBEST | 0.40 |
| 05/15/15 | E-mail to J. Alwin (counsel to purchaser of remnant assets) re post-closing documents. | CCOMBEST | 0.20 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy                May 20, 2015
RE: Asset Analysis and Disposition Chapter 7 Bankruptcy                       Invoice Number: 2055503
Q & B Matter Number: 147435.00005                                            Page 3

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 7.80 | 525.00 | 4,095.00 |
| SBAKER | Sarah K. Baker | 1.70 | 375.00 | 637.50 |
| Total | | 9.50 | | 4,732.50 |

Total Fees:                    $      4,732.50

# EXHIBIT A-2

QB\34958449.1



Attorneys at Law in

101 East Kennedy Blvd.
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 2055480 |
| Invoice Date: | May 20, 2015 |

Privileged & Confidential

Giordano's, Philip V. Martino Trustee for
Quarles & Brady LLP
Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through May 13, 2015
Re: Professional Compensation Chapter 7 Bankruptcy
Q & B Matter Number: 147435.00016

| | | |
|---|---|---|
| Current Fees: | $ | 4,396.00 |
| Current Total Due: | $ | 4,396.00 |
| **TOTAL AMOUNT DUE:** | **$** | **4,396.00** |

**INVOICE IS PAYABLE UPON RECEIPT**

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy                    May 20, 2015
RE: Professional Compensation Chapter 7 Bankruptcy                    Invoice Number: 2055480
Q & B Matter Number: 147435.00016                    Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/03/14 | Review and revise May time entries. | PMARTINO | 0.20 |
| 06/09/14 | Revise Trustee's Fourth Interim application (.5); Quarles & Brady's Fourth Interim application (.4); Popowcer matter Fifth application (.2) and DSI's Fourth application (.2). | PMARTINO | 1.30 |
| 06/10/14 | Revise narrative and exhibits for Trustee (.4); Quarles & Brady (1.0); Popowcer (.1); and DSI (.1); follow-up to West and Caruso regarding invoices through May 31, 2014 (.2). | PMARTINO | 1.80 |
| 06/11/14 | Incorporate current financial data into Trustee (.3) and Quarles & Brady (.2) interim applications; final review of applications and exhibits for Trustee (.2) and Quarles & Brady (.3); verify DSI payment total for cover sheet (.1). | PMARTINO | 1.10 |
| 06/12/14 | Incorporate DSI financial detail and exhibit into its Fourth Interim Fee Application and Order (.4). | PMARTINO | 0.40 |
| 06/13/14 | Finalize Popowcer fifth interim fee application. | PMARTINO | 0.40 |
| 06/16/14 | Finalize Popowcer application. | PMARTINO | 0.20 |
| 07/02/14 | Revise June time entries. | PMARTINO | 0.10 |
| 08/04/14 | Revise July time entries. | PMARTINO | 0.10 |
| 01/06/15 | Review and revise time entries. | PMARTINO | 0.10 |
| 05/13/15 | Review and revise final Q&B fee application. | PMARTINO | 1.00 |
| 05/13/15 | Prepare draft of final fee application for Q&B (.70), Popowcer Katten (.15) and DSI (.15). | CGREER | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 6.70 | 630.00 | 4,221.00 |
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 7.70 | | 4,396.00 |

Total Fees:                    $    4,396.00

# EXHIBIT A-3

QB\34958449.1

**Quarles & Brady** LLP

1395 Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Offices at Locations
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:    2081873
Invoice Date:    August 17, 2015

Privileged & Confidential

Giordano's, Philip V. Martino Trustee for
Quarles & Brady LLP
Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through August 14, 2015
Re: General - and Costs Chapter 7 Bankruptcy
Q & B Matter Number: 147435.00006

| | | |
|---|---|---|
| Current Fees: | $ | 36,061.00 |
| Current Total Due: | $ | 36,061.00 |
| **TOTAL AMOUNT DUE:** | **$** | **36,061.00** |

**INVOICE IS PAYABLE UPON RECEIPT**

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy                 August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                                   Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                             Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 06/03/14 | Confer with Trustee and F. Caruso of DSI re revised consolidated operating reports. | CCOMBEST | 0.30 |
| 06/04/14 | Advise Trustee re document retention and abandonment issue (.2); review files (.1) and advise Trustee (.1) re Apostolou request for certain title policies. | CCOMBEST | 0.30 |
| 06/11/14 | Evaluate inquiry from VPC (asset purchaser) re ownership of certain records at Crowe Howrath (auditors) in connection with Apostolou subpoena (.4); confer with Trustee re same (.2); respond to VPC counsel re same (.1); consider process for abandonment of certain information and servers (.3). | CCOMBEST | 1.00 |
| 06/21/14 | Review multiple UST fee collection notices (.2); confer with Trustee re same and re amended and restated operating reports (.1); e-mail to F. Caruso (DSI) re finalizing amended and restated operating reports (.1); review docket for reconciliation of previously filed reports with consolidated ones, in anticipation of filing consolidated reports (.6). | CCOMBEST | 1.00 |
| 06/23/14 | Draft and revise disclaimer language for amended and restated operating reports (.3); confer with Trustee re same (.2). | CCOMBEST | 0.50 |
| 06/25/14 | Exchange e-mails with C. Adams re finalizing amended and restated GEI operation reports. | CCOMBEST | 0.30 |
| 06/26/14 | Prepare amended and restated operating reports from DSI for filing. | CCOMBEST | 0.30 |
| 07/01/14 | Finalize amended and restated operating reports for filing per UST instructions (.4); confer with Trustee re same (.1); oversee filing of same (.2) | CCOMBEST | 0.70 |
| 07/07/14 | Follow up with DSI and with Trustee re UST requirements for further operating report and reconciliation of refund of UST fees. | CCOMBEST | 0.30 |
| 07/08/14 | Follow up with F. Caruso re abandonment of servers. | CCOMBEST | 0.10 |
| 07/11/14 | Analysis of APA re issues regarding ownership of potential class action claim re credit card interchange fees, including conference with N. Mathews re same (.3); confer with Trustee, F. Caruso, and L. West re same (.1). | CCOMBEST | 0.40 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy          August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                           Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                      Page 3

| *Date* | *Description* | *Professional* | *Hours* |
|--------|---------------|----------------|---------|
| 07/12/14 | Re analysis of potential estate claim in federal class action re credit card interchange fees: review information on claims administrator web site re status of settlement and appeal thereof, procedures for asserting claim, notice process, and related matters (.7); detailed e-mail to Trustee re issues related to settlement of class action, sale of claim, and ownership of claim under APA (1.3). | CCOMBEST | 2.00 |
| 07/15/14 | Exchange messages with J. Newbold (counsel to IL Dep't of Revenue) re levy notices received May 2014 (.1); review file re same (.1). | CCOMBEST | 0.20 |
| 07/22/14 | Confer with Trustee re all matters requiring resolution prior to closing case. | CCOMBEST | 0.10 |
| 07/23/14 | Exchange e-mails with F. Caruso (DSI) re status of servers with GEI business information and disposition of same (.2); confer with Trustee re same (.1). | CCOMBEST | 0.30 |
| 07/24/14 | Confer with Trustee and F. Caruso re custody of computer servers, abandonment of same, and payment for maintenance thereof. | CCOMBEST | 0.30 |
| 07/25/14 | Confer with Trustee and F. Caruso of DSI re abandonment notice and procedures re business records on servers at third-party provider (.2); consider appropriate descriptions of intangible property being abandoned (.1); prepare and revise notice of abandonment (1.1). | CCOMBEST | 1.40 |
| 07/28/14 | Confer with Trustee re abandonment notice re electronic data and noticing process (.2); supervision of notice process (.2). | CCOMBEST | 0.40 |
| 07/30/14 | Exchange e-mails with S. Fisk re status of tax-shelter litigation and termination of estate's interest in same. | CCOMBEST | 0.20 |
| 07/30/14 | Exchange e-mails with S. Fisk re status of tax-shelter litigation and termination of estate's interest in same. | CCOMBEST | 0.20 |
| 08/05/14 | Finalize abandonment notice re electronic data (.2); direct Trustee's assistants re compilation of list of service parties and service of same (.3). | CCOMBEST | 0.50 |
| 08/06/14 | Evaluate response to levy notice from IRS (.1) and advise Trustee re same (.1); review overall status of case for all outstanding issues needing resolution prior to closing of case for report to Trustee (.2). | CCOMBEST | 0.40 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy                    August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                                      Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                                Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/12/14 | Confer with Trustee re VPC (restaurant purchaser) inquiry regarding certification procedures under franchisee settlement and requested affidavit from Trustee (.1). | CCOMBEST | 0.10 |
| 08/13/14 | Evaluate Apostolou objection to abandonment notice (.1); confer with Trustee re same (.2). | CCOMBEST | 0.30 |
| 08/14/14 | Confer with Trustee re affidavit requested by VPC re Mavrakis litigation (.3); review terms of franchisee settlement re ingredient certification program, extent of Trustee involvement in approving same, and other factual bases for requested affidavit (.6); revise affidavit to reflect Trustee's knowledge and understanding of facts (1.2); forward same to M. Eidelman and J. Garvey (VPC counsel) with explanatory e-mail (.3); call with Seyfarth counsel re abandonment of electronic data (.1); confer with Trustee re same (.2). | CCOMBEST | 2.70 |
| 08/18/14 | Research to identify entity and registered agent for service of process of Subpoena. | PAF | 0.40 |
| 08/18/14 | Confer with Trustee re obtaining information re potential claim in credit card interchange fee class action (.2); confer with P. Fedor (litigation paralegal) re service information for subpoena (.1); confer with Trustee re abandonment objections and next steps (.1); call with counsel for J. Roche re abandonment of data (.1). | CCOMBEST | 0.50 |
| 08/19/14 | Obtain registered agent information for First Data Corporation; e-mail to attorney summarizing results of research regarding same. | PAF | 0.20 |
| 08/19/14 | Follow up with J. Costie (DSI) (2 calls) re obtaining information relevant to potential claim in credit card fee class action (.5); confer with Trustee re same (.1); confer with Trustee re contemplated abandonment of electronic data (.1). | CCOMBEST | 0.70 |
| 08/20/14 | Call with J. Costie re next steps in investigating availability of information re credit card sales during 2004-2012 to support claim in credit card fee class action (.2); confer with Trustee re same (.3); confer with Trustee re objections to abandonment of electronic data (.1); e-mail to Apostolou counsel re reasons for their separate objections to abandonment (.2). | CCOMBEST | 0.80 |
| 08/21/14 | E-mail to J. Costie of DSI re next steps in obtaining information for credit card interchange fee class action. | CCOMBEST | 0.10 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy          August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                           Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                     Page 5

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/26/14 | Exchange e-mails with J. Costie (DSI) re next steps in obtaining 10 years of history of credit card charges in connection with potential claim in interchange fee class action. | CCOMBEST | 0.30 |
| 09/02/14 | Prepare subpoena, including detailed rider thereto, re information needed to assert claim in credit card interchange fee class action (2.4); call with J. Costie (DSI) re alternative strategies for obtaining information to support claim (.4); review follow-up e-mail from J. Costie re document requests (.2); call with Lois West (trustee's accountant) re same (.1); e-mail to L. West re same (.1); review information re calculation of class action claims and information needed for same (.3); e-mail to class action claims administrator requesting information re GEI claims in class action (.2). | CCOMBEST | 3.70 |
| 09/03/14 | Review comments from J. Costie (DSI) re subpoena to GEI credit card processor for information needed to prosecute settlement claim in interchange fee class action case (.1); review comments from L. West (estate accountant) re same (.1); revise subpoena and rider thereto pursuant to comments from West and Costie (.6); confer with Trustee re same (.3); analysis of documents regarding administration of interchange fee class action settlement claims (.3). | CCOMBEST | 1.40 |
| 09/04/14 | Address service of subpoena to First Data with attorney; communication with New York process server to coordinate service of Subpoena to First Data. | PAF | 0.20 |
| 09/04/14 | Call and e-mail exchange with J. Costie re information obtained regarding credit card transactions (interchange fee class action) (.2); confer with Trustee re same (.2); finalize subpoena to credit card processor re information for establishing claim (.3). | CCOMBEST | 0.70 |
| 09/05/14 | Address form of Subpoena to First Data with attorney; forward Subpoena to First Data to New York process server for service; report status of same to attorney; communications with process server regarding status of service of Subpoena. | PAF | 0.40 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy | August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy | Invoice Number: 2081873
Q & B Matter Number: 147435.00006 | Page 6

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 09/05/14 | Review e-mail thread and related documents re E. Giannakopoulos's demands regarding late-filing penalty for Pulaski Pizza 2010 federal tax return (.3); call and e-mail to L. West (Trustee's accountant) re same (.2); e-mail to F. Caruso (DSI) re same (.1); review Pulaski Pizza operating agreement and court-approved settlement between estates and Giannakopoulos entities for relevant provisions (.7); confer with Trustee re potential second interim distribution (.1); finalize subpoena on First Data Corporation for information related to Visa and MasterCard charges involved in interchange fee class action claim (.3); confer with Trustee re same (.2). | CCOMBEST | 1.90 |
| 09/08/14 | Communications with process server regarding status of service of Subpoena to First Data; report status of same to attorney. | PAF | 0.10 |
| 09/08/14 | Evaluate Trustee's position re inquiry from E. Giannakopoulos regarding IRS penalty for late filed joint-venture return (Pulaski Pizza) (.5); review L. West analysis of same and related documents (.5); call with F. Caruso re same (.1); prepare recommendation for Trustee re same (.2). | CCOMBEST | 1.30 |
| 09/09/14 | Call with J. Costie (DSI) re information available from current owner of GEI to establish potential claim in credit card interchange fee class action (.2); confer with Trustee re same (.1); draft detailed e-mail to S. Cruz (accountant for E. Giannakopoulos entities) and B. Johnson (VPC) re trustee's position re obligations for IRS penalty for alleged late filing of Pulaski Pizza 2010 joint venture return (1.1). | CCOMBEST | 1.40 |
| 09/17/14 | Confer with Trustee re proceeding on abandonment of electronic data (.1); e-mail to Spiro Siavelis (Apostolou advisor) re resolution of objections to abandonment (.1); confer with J. Costie re continuing need to retain information (.1); confer with Trustee and E. Zagrans (representing settled unliquidated litigation claims) re procedures for second interim distribution (.3); calculation of improvement in distributions to liquidated claimants as result of IRS claim withdrawal (.2). | CCOMBEST | 0.80 |
| 09/18/14 | Confer with J. Costie of DSI re view on moving forward with abandonment of electronic data. | CCOMBEST | 0.20 |
| 09/19/14 | Call with chambers re setting hearing on notice of abandonment. | CCOMBEST | 0.20 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy          August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                            Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                      Page 7

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 09/22/14 | Call with J. Costie re status of receipt of information to support potential claim in credit card interchange fee class action. | CCOMBEST | 0.10 |
| 09/23/14 | E-mail to E. Zagrans re communications with unliquidated litigation claimants regarding second interim distribution (.1); exchange e-mails with S. Siavelis re abandonment of electronic data and objections thereto (.3). | CCOMBEST | 0.40 |
| 09/26/14 | Call with chambers re hearing date on notice of intent to abandon electronic data (.1); confer with Trustee re notice and objections re same (.2). | CCOMBEST | 0.30 |
| 09/29/14 | E-mail to J. Costie re update on information to support credit-card interchange fee claim (.1); evaluate status of all tasks remaining before closing case (.4); confer with Trustee with recommendations as to same (.2); prepare notice re abandonment hearing per Court's directive (.7); confirm necessary service parties for same (.1); e-mail to attorney for J. Roche re upcoming abandonment hearing (.1). | CCOMBEST | 1.60 |
| 10/01/14 | Call with representative of First Data re subpoena for information re credit card transactions and interchange fees needed to support claims in interchange fee class action, with purpose of refining scope and accelerating of production. | CCOMBEST | 0.30 |
| 10/03/14 | Call with J. Costie re update on compiling information to support claim in credit-card interchange fee class action. | CCOMBEST | 0.10 |
| 10/06/14 | Confer with Trustee re finalizing process for 2d interim distribution (.2); confer with Trustee re status of discovery re information for credit-card interchange fee claim (.1). | CCOMBEST | 0.30 |
| 10/07/14 | E-mail to P. Converse re status of second interim distribution and outstanding issue for his group of unliquidated litigation claimants (.2); confer with Trustee re same (.1). | CCOMBEST | 0.30 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy         August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                          Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                     Page 8

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 10/13/14 | Review e-mails from P. Converse and E. Zagrans re instructions for second distribution to holders of unliquidated litigation claims (.1); e-mail to 2 separate law firms for Apostolou re objections to abandonment of electronic data (.2); consider response and form of order in relation to objections (.3); detailed message for N. Siekkinen (Seyfarth counsel) re abandonment (.1); 2 calls with F. Caruso re support for abandonment notice, including history with 3d-party data storage provider (.3); confer with Trustee re approach at abandonment hearing (.1); prepare for hearing (.2); call with First Data re production of information re credit-card merchant processing history (.2). | CCOMBEST | 1.50 |
| 10/14/14 | Prepare order on abandonment of electronic data in light of objections and discussions with objection parties (.5); confer (2x) with Trustee re objections to abandonment and tomorrow's hearing (.7); call with M. Beem of Miller Shakman (Seyfarth counsel) re their contact with data storage facility and copying of information and re form of order (.2); call with N. Siekkinen of same firm re objection to abandonment (.1); exchange multiple e-mails with objecting counsel re Trustee's position, form of abandonment order, and requests for revisions (1.5). | CCOMBEST | 3.00 |
| 10/15/14 | Prepare for and attend hearing on Trustee's request to abandon certain electronic business records (1.0); exchange e-mails with M. Beem (Seyfarth counsel) and M. Siavelis (Apostolou counsel) regarding terms of revised abandonment order (.3); call with chambers re entry of order (.1); finalize order (.2). | CCOMBEST | 1.60 |
| 10/17/14 | Confer with Trustee re status of information re credit-card transactions and interchange fees for potential sale of class action claim. | CCOMBEST | 0.40 |
| 10/24/14 | Confer with J. Costie (DSI) re information to support claim in credit card interchange fee class action (.3); review spreadsheet re same (.1). | CCOMBEST | 0.40 |
| 10/28/14 | Confer with trustee re contents of informational package for claims purchasers re potential claim in credit-card interchange fee class action (.1); work on preparing same and explanatory memo (.3). | CCOMBEST | 0.40 |
| 11/04/14 | 2 calls with M. Eidelman (counsel for purchaser VPC) re Mavrakis arbitration and availability of Trustee to testify re his affidavit (.4); confer with Trustee re same (.3). | CCOMBEST | 0.70 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy                    August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                                       Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                                 Page 9

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 11/06/14 | Call with J. Parks (VPC counsel) re request for Trustee's testimony at arbitration hearing re Mavrakis dispute (.2); review hearing subpoena (.1); confer with Trustee re same (.2). | CCOMBEST | 0.50 |
| 11/07/14 | Call with J. Park (VPC counsel) re Trustee testimony in arbitration between VPC and Mavrakis (.2); confer with Trustee re subpoena enforcement and related issues (.3). | CCOMBEST | 0.50 |
| 11/10/14 | Confer with Trustee re preparation for testimony at arbitration between VPC and Mavrakis (.1); exchange e-mails with VPC counsel re same (.1) | CCOMBEST | 0.20 |
| 11/11/14 | Draft and revise memo to interested claims purchasers re information on GEI claim in interchange fee class action (1.1); assemble claim information package for purchasers (0.7). | CCOMBEST | 1.80 |
| 11/14/14 | Prepare for call with VPC counsel and Trustee re Trustee testimony in arbitration between VPC and Mavrakis (.5); confer with Trustee re same (.2); attend call (.5); coordinate appearance of Trustee and counsel at 11-20 arbitration (.3). | CCOMBEST | 1.50 |
| 11/19/14 | Confer with Trustee re emergency unavailability of Trustee for 11-20 arbitration testimony in Mavrakis matter (.2); e-mails and messages to VPC counsel re same and re rescheduling (.3). | CCOMBEST | 0.50 |
| 11/24/14 | Follow up with VPC attorneys and Trustee re testimony at Mavrakis arbitration | CCOMBEST | 0.20 |
| 12/01/14 | Respond to inquiry from D. Allen (Roche attorney) re documents in connection with franchisee settlements (.3); confer with Trustee re response (.1); review documents for requested information (.2). | CCOMBEST | 0.60 |
| 12/03/14 | Confer with Trustee re package of information for interested purchasers of potential class action interchange fee claim (.1); revise informational package (.4). | CCOMBEST | 0.50 |
| 12/16/14 | Confer with J. Costie of DSI re additional information requested by potential purchaser of claim in credit card interchange fee class action (.2); confer with Trustee re same (.1); prepare response to claims purchaser (.4). | CCOMBEST | 0.70 |
| 12/17/14 | Review tax collection notice from IDOR (.1); e-mail to IDOR counsel J. Newbold re resolving same (.2). | CCOMBEST | 0.30 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy          August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                           Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                      Page 10

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 01/22/15 | Review and respond to e-mail from D. Allen re certain public information requested in connection with Aynessazian lawsuit. | CCOMBEST | 0.20 |
| 01/29/15 | Confer with Trustee re abandonment of interchange fee class action claim. | CCOMBEST | 0.20 |
| 03/13/15 | Draft motion to abandon contingent, unliquidated claim in credit-card interchange class action. | CCOMBEST | 3.10 |
| 03/16/15 | Confer with Trustee re form and content of motion to abandon credit-card interchange fee class action claim (.2); revise motion per discussion with Trustee (1.0); evaluate response from claim trader (.1). | CCOMBEST | 1.30 |
| 03/26/15 | Confer with Trustee re abandonment motion and potential sale of residual assets (.2); call with J. Miller of Oak Point Partners re same (.3). | CCOMBEST | 0.50 |
| 05/04/15 | Confer with Trustee re final tasks to close case and timing of same (0.1); exchange e-mails with J. Brown (counsel to certain creditors) re same (0.3) | CCOMBEST | 0.40 |
| 06/05/15 | Confer with Trustee re estate interest in new state court suit by Apostolou against former chapter 11 counsel, injunction proceeding in bankruptcy court re same, and impact of same on closing of case (0.2); initial review of injunction motion and state suit (0.2). | CCOMBEST | 0.40 |
| 06/06/15 | Review motion to Arnstein & Lehr to enforce injunction provisions of settlement and related court order (0.7); advise Trustee re same (0.1). | CCOMBEST | 0.80 |
| 06/08/15 | Confer with Trustee re estate position on Arnstein motion to enforce injunction under settlement agreement. | CCOMBEST | 0.50 |
| 06/09/15 | Confer with Trustee re recent developments regarding 6-10 hearing on motion to enforce settlement (0.3); prepare for hearing (0.7). | CCOMBEST | 1.00 |
| 06/09/15 | Research regarding res judicata effect of final fee application orders. | SBAKER | 2.30 |
| 06/10/15 | Prepare for (0.5) and attend (1.2) hearing on Arnstein motion to enforce settlement injunction; confer with Trustee re same (0.2). | CCOMBEST | 1.90 |
| 06/17/15 | Recommendations to Trustee re objection of Apostolous to Arnstein & Lehr motion to enforce settlement injunction. | CCOMBEST | 0.30 |

Giordano's, Philip V. Martino Trustee for Chapter 7 Bankruptcy        August 17, 2015
RE: General - and Costs Chapter 7 Bankruptcy                          Invoice Number: 2081873
Q & B Matter Number: 147435.00006                                    Page 11

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/21/15 | Review and consider strategy re objection to Arnstein motion to enforce Apostolou settlement (0.9); exchange e-mails with N. Lloyd (Arnstein counsel) re same (0.1); recommendation to trustee re same (0.1). | CCOMBEST | 1.10 |
| 06/22/15 | Analyze reply of Arnstein in support of motion to enforce injunction (0.5); prepare for 6-24 hearing (0.2). | CCOMBEST | 0.70 |
| 06/23/15 | Prepare for hearing on Arnstein & Lehr motion to enforce settlement injunction (0.5); review proposed order resolving same (0.2); call with N. Lloyd (Arnstein counsel) re same (0.2); confer with Trustee re same (0.2). | CCOMBEST | 1.10 |
| 06/24/15 | Attend hearing on Arnstein & Lehr motion to enforce settlement injunction. | CCOMBEST | 1.50 |
| 08/10/15 | Exchange e-mails with Jeff Brown (creditor counsel) re status of final report and closing of case. | CCOMBEST | 0.20 |
| 08/11/15 | Work on claim reconciliation issues raised by UST in review of final report. | CCOMBEST | 0.30 |
| 08/12/15 | Work on identifying and supporting disposition of 150+ claims for answers to UST queries re final report. | CCOMBEST | 2.00 |
| 08/13/15 | Finalize review of disposition of 150+ claims in GEI case to respond to UST queries. | CCOMBEST | 1.80 |
| 08/14/15 | Confer with Trustee's assistant re disposition of 150+ claims re queries of UST and responses to those queries. | CCOMBEST | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| CCOMBEST | Christopher Combest | 66.50 | 525.00 | 34,912.50 |
| SBAKER | Sarah K. Baker | 2.30 | 375.00 | 862.50 |
| PAF | Paula A. Fedor | 1.30 | 220.00 | 286.00 |
| Total | | 70.10 | | 36,061.00 |

Total Fees:                              $       36,061.00

# EXHIBIT B

# Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL  33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

INVOICE SUMMARY

Invoice Number:   2055502
Invoice Date:       May 20, 2015

**Tax ID No. 39-0432630**

Privileged & Confidential

Giordano's, Philip V. Martino Trustee for
Quarles & Brady LLP
Suite 4000
Chicago, IL 60654

**For Professional Services Rendered Through May 19, 2015**
**Re: General - and Costs Chapter 7 Bankruptcy**
**Q & B Matter Number: 147435.00006**

**DISBURSEMENTS:**

| | |
|---|---|
| 08/14/14 Southeastern Document Services<br>Copying and mailing of Notice<br>of Trustee's Intent to Abandon Electronic<br>Business Records of<br>Debtors (full service list) | $148.26 |
| Copy charges | $4.90 |
| Total Disbursements | $153.16 |

# EXHIBIT C

QB\34958449.1

# EXHIBIT C

## BIOGRAPHICAL INFORMATION

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her fiscal year 2013 hourly billing rate was $365.00; her current rate is $375.00.

**Christopher Combest** is a partner practicing in Q&B's Bankruptcy and Creditors' Rights Group.  He received his B.A. (*summa cum laude*) from Yale College in 1982, his M.F.A. from the University of Washington in 1985, and his J.D. from Yale Law School in 1994.  He is a member of the Illinois Bar.  Mr. Combest's hourly billing rate for fiscal year 2013 was $525.00; his current hourly billing rate remains $525.00.

**Paula A. Fedor** has been a paralegal at Q&B for almost 20 years in the civil and commercial litigation departments.  She received her certificate in general paralegal studies from Roosevelt University and her B.S. (*with honors*) from Trinity Christian College in business administration.  Her hourly billing rate is $220.00.

**Philip V. Martino** is a partner in the Q&B commercial bankruptcy, restructuring and creditors' rights group in Q&B's Tampa and Chicago offices.  He concentrates his practice in commercial bankruptcy litigation  He received his B.S.B.A. from American University in 1979, and his J.D. (*magna cum laude*) from Syracuse University College of Law in 1982.  Mr. Martino is a member of the Illinois and Florida Bars.  His hourly billing rate is $630.00.

# EXHIBIT D

**EXHIBIT D**

**STATE OF ILLINOIS**        )
                             ) **SS**
**COUNTY OF COOK**           )

     I, Philip V. Martino, on oath, state as follows:

     1.     I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

     2.     This affidavit is submitted in support of the Fifth and Final Fee Application of Quarles & Brady LLP, as Counsel for Philip V. Martino, Chapter 7 Trustee (the "**Application**").

     3.     In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

     4.     In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

     5.     In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

     6.     In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

     7.     In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

     8.     I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.      I personally reviewed the pro formas for this estate each month and am familiar

with Q&B's efforts in connection with the instant bankruptcy proceeding.

10.      I have reviewed Exhibits A and B to the instant Application.  They are based upon

documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part

of the ordinary course of Q&B's business to prepare such documents.

11.      To the best of my knowledge, the information set forth on Exhibits A and B are

true and correct.


                                        /s/ Philip V. Martino
                                        Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.


2