DEBORAH L. THORNE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
Giordano's Enterprises, Inc., et al § Case No. 11-06098
§
Debtor §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　CLERK OF THE BANKRUPTCY COURT
　　　　　　　　　219 SOUTH DEARBORN STREET, ROOM 713
　　　　　　　　　CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/02/2016 in Courtroom 613,
　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　219 South Dearborn Street
　　　　　　　　　Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/02/2016　　　　　　　　　By: Clerk of the Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

*PHILIP V. MARTINO
300 N LASALLE ST SUITE 4000
CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:  §
        §
Giordano's Enterprises, Inc., et al  §   Case No. 11-06098
        §
       Debtor  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,721,059.83 |
| and approved disbursements of | $ | 4,574,615.05 |
| leaving a balance on hand of[1] | $ | 146,444.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 0000000126 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000127 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000128 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000129 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000130 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000131 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000000132 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000133 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000134 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000135 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000136 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000137 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000138 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000139 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000140 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000141 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000142 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000143 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000144 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000145 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000000146 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000147 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000148 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000149 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000150 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000151 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000152 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000153 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000154 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000155 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000156 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000157 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000000158 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                                         $_____0.00

    Remaining Balance      $      269,105.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 171,273.48 | $ 0.00 | $ 171,273.48 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 314,164.75 | $ 268,030.25 | $ 46,134.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 2,419.77 | $ 2,266.61 | $ 153.16 |
| Accountant for Trustee Fees: Popwocer Katten | $ 90,072.00 | $ 85,665.50 | $ 4,406.50 |
| Accountant for Trustee Expenses: Popwocer Katten | $ 56.31 | $ 56.31 | $ 0.00 |
| Other: DEVELOPMENT SPECIALISTS, INC. | $ 85,238.50 | $ 81,380.26 | $ 3,858.24 |
| Other: DEVELOPMENT SPECIALISTS, INC. | $ 1,410.37 | $ 111.57 | $ 1,298.80 |

    Total to be paid for chapter 7 administrative expenses      $      227,124.68

    Remaining Balance      $      41,980.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: CITY OF CHICAGO | $ 48,386.07 | $ 48,386.07 | $ 0.00 |
| Other: Department of the Treasury - Internal | $ 3.08 | $ 3.08 | $ 0.00 |
| Other: Department of the Treasury Internal | $ 601.38 | $ 601.38 | $ 0.00 |
| Other: GENERAL UNSECURED TRADE CLAIMS | $ 862,339.61 | $ 841,400.00 | $ 20,939.61 |
| Other: Illinois Department of Employment | $ 1,632.66 | $ 1,632.66 | $ 0.00 |
| Other: SKYWATCH SATELLITE | $ 175.00 | $ 175.00 | $ 0.00 |

    Total to be paid for prior chapter administrative expenses      $    20,939.61

    Remaining Balance      $    21,041.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 72,018.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000355 | Illinois Department of Revenue | $ 72,018.49 | $ 72,018.49 | $ 0.00 |

    Total to be paid to priority creditors      $    0.00

    Remaining Balance      $    21,041.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,517,007.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | CLAIMS ARISING FROM FED AND STATE | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000002 | CFC Inc | $ 30,101.30 | $ 5,601.24 | $ 123.11 |
| 0000000005 | HS & Co Inc Previously Known as Houlihan | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000016 | FedEx Tech Connect Inc as Assignee of | $ 1,793.87 | $ 333.80 | $ 7.34 |
| 0000000019 | NuCO2 | $ 1,189.04 | $ 221.26 | $ 4.86 |
| 0000000020 | NuCO2 | $ 399.91 | $ 74.41 | $ 1.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000021 | NuCO2 | $ 393.05 | $ 73.14 | $ 1.60 |
| 0000000022 | NuCO2 | $ 318.06 | $ 59.18 | $ 1.30 |
| 0000000023 | NuCO2 | $ 488.16 | $ 90.83 | $ 2.00 |
| 0000000029 | Saputo Cheese USA Inc | $ 94,043.77 | $ 17,499.62 | $ 384.67 |
| 0000000045 | Ford Motor Credit Company LLC | $ 2,693.30 | $ 501.17 | $ 11.01 |
| 0000000046 | PETE FOTOPOULOS | $ 3,290.00 | $ 612.20 | $ 13.46 |
| 0000000052 | American Express Travel Related Services | $ 7,538.90 | $ 1,402.84 | $ 30.83 |
| 0000000060 | Department of the Treasury Internal | $ 5.16 | $ 0.96 | $ 0.02 |
| 0000000061 | Department of the Treasury Internal | $ 1.54 | $ 0.28 | $ 0.01 |
| 0000000071 | Sprint Nextel | $ 5,598.42 | $ 1,041.75 | $ 22.90 |
| 0000000072 | Illinois Bell Telephone Company | $ 467.57 | $ 87.00 | $ 1.92 |
| 0000000073 | Illinois Bell Telephone Company | $ 108.19 | $ 20.13 | $ 0.45 |
| 0000000074 | Illinois Bell Telephone Company | $ 2,792.23 | $ 519.57 | $ 11.42 |
| 0000000075 | Pacific Bell Telephone Company | $ 0.95 | $ 0.18 | $ 0.00 |
| 0000000078 | American Express Bank FSB | $ 131.47 | $ 24.47 | $ 0.53 |
| 0000000081 | TARDELLA FOODS INC | $ 40,205.00 | $ 7,481.32 | $ 164.46 |
| 0000000082 | AT&T Long Distance LLC | $ 582.77 | $ 108.45 | $ 2.38 |
| 0000000083 | Peoples Gas Light and Coke Company | $ 14,789.19 | $ 2,751.97 | $ 60.49 |
| 0000000084 | VILLAGE OF ADDISON | $ 158.40 | $ 29.47 | $ 0.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000086 | American Express Bank FSB | $ 367.44 | $ 68.37 | $ 1.51 |
| 0000000087 | CITY OF CHICAGO | $ 1,000.00 | $ 0.00 | $ 190.17 |
| 0000000088 | CITY OF CHICAGO | $ 768.90 | $ 47.53 | $ 98.70 |
| 0000000089 | CITY OF CHICAGO | $ 2,760.00 | $ 172.62 | $ 352.25 |
| 0000000090 | CITY OF CHICAGO | $ 1,298.00 | $ 80.24 | $ 166.60 |
| 0000000091 | CITY OF CHICAGO | $ 50.00 | $ 3.09 | $ 6.41 |
| 0000000092 | CITY OF CHICAGO | $ 649.60 | $ 40.16 | $ 83.37 |
| 0000000093 | CITY OF CHICAGO | $ 1,609.10 | $ 99.47 | $ 206.53 |
| 0000000094 | CITY OF CHICAGO | $ 6,598.35 | $ 407.90 | $ 846.90 |
| 0000000095 | CITY OF CHICAGO | $ 312.50 | $ 19.31 | $ 40.12 |
| 0000000096 | CITY OF CHICAGO | $ 202.60 | $ 12.52 | $ 26.01 |
| 0000000097 | MID AMERICAN ENERGY COMPANY | $ 17,850.94 | $ 3,713.55 | $ 0.00 |
| 0000000098 | MID AMERICAN ENERGY COMPANY | $ 2,354.79 | $ 292.60 | $ 155.21 |
| 0000000099 | MID AMERICAN ENERGY COMPANY | $ 3,984.00 | $ 495.06 | $ 262.57 |
| 0000000100 | ANAGNOS DOOR CO | $ 890.00 | $ 165.61 | $ 3.64 |
| 0000000103 | CROSS POINT SALES, INC | $ 540.00 | $ 100.48 | $ 2.22 |
| 0000000104 | ALERT PROTECTIVE SERVICES | $ 300.00 | $ 55.82 | $ 1.23 |
| 0000000105 | SVA CONSULTING INC | $ 1,031.37 | $ 191.92 | $ 4.22 |
| 0000000106 | ATLAS LIFT TRUCK RENTAL & | $ 241.80 | $ 44.99 | $ 0.99 |
| 0000000108 | PERISHIP, LLC | $ 62,932.12 | $ 11,710.38 | $ 257.41 |
| 0000000110 | Laner Muchin Dombrow Becker Levin and | $ 177,686.92 | $ 33,063.89 | $ 726.80 |
| 0000000111 | FLOOD BROTHERS | $ 1,340.16 | $ 249.37 | $ 5.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000113 | HOCHMAN, SALKING, RETTIG, ROSC | $ 3,101.83 | $ 577.19 | $ 12.69 |
| 0000000116 | American InfoSource LP as Agent for T | $ 310.48 | $ 57.88 | $ 1.17 |
| 0000000117 | American InfoSource LP as Agent for T | $ 3,249.90 | $ 604.74 | $ 13.29 |
| 0000000121 | NICOR GAS | $ 2,202.93 | $ 409.92 | $ 9.01 |
| 0000000122 | NICOR GAS | $ 1,780.32 | $ 331.28 | $ 7.28 |
| 0000000162 | Department of the Treasury Internal | $ 534.00 | $ 99.37 | $ 2.18 |
| 0000000164 | MVP FIRE PROTECTION SYSTEMS, I | $ 866.00 | $ 161.14 | $ 3.54 |
| 0000000165 | CONTINENTAL CARBONIC PRODU | $ 1,055.02 | $ 196.32 | $ 4.31 |
| 0000000167 | SIERRA REALTY ADVISORS | $ 75,000.00 | $ 13,955.96 | $ 306.78 |
| 0000000168 | CINTAS | $ 356.12 | $ 66.26 | $ 1.47 |
| 0000000169 | Avaya | $ 113.67 | $ 21.15 | $ 0.47 |
| 0000000181 | Arboville | $ 4,643.75 | $ 0.00 | $ 883.10 |
| 0000000187 | PanaPesca USA Corp | $ 12,598.50 | $ 2,344.32 | $ 51.53 |
| 0000000188 | HUDSON ENERGY | $ 10,174.71 | $ 1,893.31 | $ 41.61 |
| 0000000191 | BRITTEN BANNER | $ 800.00 | $ 148.86 | $ 3.28 |
| 0000000202 | HS & Co Inc Previously known as Houlihan | $ 25,000.00 | $ 4,651.99 | $ 102.25 |
| 0000000206 | Rick & Sophie Perez | $ 62,863.07 | $ 11,697.53 | $ 257.13 |
| 0000000209 | Greco & Sons Inc | $ 5,351.70 | $ 1,660.85 | $ 0.00 |
| 0000000212 | Greco & Sons Inc | $ 89,428.21 | $ 27,753.24 | $ 0.00 |
| 0000000218 | Greco & Sons Inc | $ 8,702.48 | $ 2,700.75 | $ 0.00 |
| 0000000219 | Greco & Sons Inc | $ 5,916.47 | $ 1,836.12 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000220 | Greco & Sons Inc | $ 10,034.94 | $ 3,114.26 | $ 0.00 |
| 0000000258 | Greco & Sons Inc | $ 8,325.73 | $ 2,583.82 | $ 0.00 |
| 0000000262 | Greco & Sons Inc | $ 12,226.49 | $ 3,794.38 | $ 0.00 |
| 0000000302 | Domestic Linen Supply Co Inc | $ 230.19 | $ 42.83 | $ 0.94 |
| 0000000303 | DIRECT ENERGY SERVICES LLC | $ 28,484.57 | $ 5,300.39 | $ 116.52 |
| 0000000309 | Supreme Lobster & Seafood Company Inc | $ 2,194.00 | $ 408.26 | $ 8.98 |
| 0000000315 | TA ENTERPRISE | $ 2,095.06 | $ 389.85 | $ 8.57 |
| 0000000318 | NuCO2 | $ 714.00 | $ 132.86 | $ 2.92 |
| 0000000325 | Ally Financial fka GMAC | $ 4,113.23 | $ 765.39 | $ 16.82 |
| 0000000329 | Department of the Treasury - Internal | $ 1,068.00 | $ 198.73 | $ 4.37 |
| 0000000330 | Inland Commercial Property Management, | $ 39,684.32 | $ 7,384.44 | $ 162.32 |
| 0000000331 | Department of the Treasury - Internal | $ 2,730.00 | $ 508.00 | $ 11.16 |
| 0000000334 | Department of the Treasury - Internal | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000335 | Department of the Treasury - Internal | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000339 | Stamar Packaging Inc. (Assigned to Debt | $ 9,920.40 | $ 1,845.99 | $ 40.57 |
| 0000000340 | Accurate Glass Shop Inc. (Assigned to | $ 925.00 | $ 172.12 | $ 3.78 |
| 0000000341 | Family Lawn Service Company (Assigned to | $ 9,525.00 | $ 1,772.41 | $ 38.96 |
| 0000000345 | Sonar Credit Partners, LLC as Assignee | $ 2,733.43 | $ 508.63 | $ 11.18 |
| 0000000351 | Michael A. Farmer, not indivually, but | $ 442,771.00 | $ 82,390.60 | $ 1,811.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000352 | Maureen M. Bittner | $ 20,192.34 | $ 3,757.38 | $ 82.60 |
| 0000000353 | B. Vaughnette Cipria | $ 16,962.96 | $ 3,156.46 | $ 69.38 |
| 0000000354 | Primus Telecommunications Inc | $ 189.35 | $ 35.23 | $ 0.78 |
| 0000000355 | Illinois Department of Revenue | $ 6,120.60 | $ 1,138.92 | $ 25.03 |
| 0000000356 | Perry Lock & Door Svc. Inc. | $ 301.83 | $ 56.17 | $ 1.23 |
| 0000000357 | Argo Partners as Assignee of Best | $ 9,243.50 | $ 1,720.03 | $ 37.80 |
| 0000000358 | AMERICAN FIRST AID SERVICE | $ 219.47 | $ 40.84 | $ 0.89 |
| 0000000362 | DUALTEMP OF ILLINOIS, INC | $ 9,922.66 | $ 1,846.40 | $ 40.59 |
| 0000000365 | LITE TECH, INC | $ 247.14 | $ 45.99 | $ 1.01 |
| 0000000376 | GARDA | $ 411.53 | $ 76.57 | $ 1.69 |
| 0000000377 | SILVERMAN CONSULTING | $ 14,008.70 | $ 2,606.73 | $ 57.30 |
| 0000000378 | Nick G Manolis G & M Refrigeration | $ 1,867.68 | $ 347.53 | $ 7.65 |
| 0000000379 | Huck Bouma P.C. | $ 33,807.30 | $ 6,290.85 | $ 138.27 |
| 0000000380 | PALFI, STEFAN | $ 51,000.00 | $ 9,490.05 | $ 208.61 |
| 0000000381 | Bridgeview Bank Group | $ 2,608,836.23 | $ 485,450.88 | $ 10,671.04 |
| 0000000382 | Waste Management | $ 13,872.66 | $ 2,581.42 | $ 56.74 |
| 0000000383 | Commonwealth Edison Co. | $ 98,319.36 | $ 18,295.22 | $ 402.15 |
| 0000000384 | Northbrook Bank & Trust Company (as | $ 30,722.00 | $ 5,716.74 | $ 125.66 |
| 0000000385 | Stratos Foods, Inc. | $ 7,790.44 | $ 1,449.63 | $ 31.87 |
| 0000000386 | GLENN P DOEING | $ 25,725.00 | $ 4,786.89 | $ 105.23 |
| 0000000387 | Delta Heating Inc. | $ 60,000.00 | $ 11,164.77 | $ 245.42 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000388 | Hartford Fire Insurance Company | $ 8,973.00 | $ 1,669.69 | $ 36.71 |
| 0000000389 | Briarwood Office Center II, LLC | $ 112,103.64 | $ 20,860.19 | $ 458.54 |
| 0000000390 | Wells Fargo Bank, N.A. - Wells Fargo | $ 2,486.97 | $ 462.78 | $ 10.17 |

Total to be paid to timely general unsecured creditors          $          21,041.02

Remaining Balance                                                $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.