UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 11-06098
GEI-RP )
)  Chapter: 7
)  Honorable Deborah L. Thorne
)
)
)
Debtor(s) )

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF COSTS INCURRED IN CONNECTION WITH THE FIFTH AND FINAL FEE APPLICATION OF QUARLES & BRADY LLP, AS COUNSEL FOR PHILIP V. MARTINO, CHAPTER 7 TRUSTEE

This cause coming to be heard on the Fifth and Final Fee Application of Quarles & Brady LLP, as Counsel for Philip V. Martino, Chapter 7 Trustee (the "Application"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1. That in the Application, Trustee sought to compensate Quarles & Brady LLP $46,134.50 for 88.8 hours of actual, necessary and valuable professional services rendered to the Trustee since June 1, 2014, plus $153.16 in actual and necessary expenses incurred in connection with this case.

2. That in the Application, Trustee asked that all interim fee and expense awards to Quarles & Brady LLP be made final.

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. That the Court allows $46,134.50 as compensation to Quarles & Brady LLP for actual, necessary and valuable professional services rendered to the Trustee;

B. That the Court allows $153.16 to Quarles & Brady LLP as reimbursement of necessary expenses.

C. All interim fee awards of compensation and reimbursement to Quarles & Brady LLP are now final awards.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 02, 2016

**Prepared by:**

Travis J. Eliason
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000