UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-06098 |
| GEI-RP | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF COSTS INCURRED IN CONNECTION WITH THE FIFTH AND FINAL FEE APPLICATION OF DEVELOPMENT SPECIALISTS INC. AS FINANCIAL ADVISOR TO PHILIP V. MARTINO, CHAPTER 7 TRUSTEE

This cause coming to be heard on the Fifth and Final Fee Application of Development Specialists Inc. ("DSI"), as Financial Advisor to Philip V. Martino, Chapter 7 Trustee (the "Application"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1. That in the Application, Trustee sought to compensate DSI $5,042.50 for 16.0 hours of actual, necessary and valuable professional services rendered to the Trustee since June 1, 2014, plus $114.54 in actual and necessary expenses incurred in connection with this case and to make all interim awards previously made final.

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. That the Court allows $5,042.50 as interim compensation to DSI for actual, necessary and valuable professional services rendered to the Trustee;

B. That the Court allows $114.54 to DSI as reimbursement of necessary expenses;

C. Authorizing Trustee to remit payment to DSI in the amounts requested; and

D. Making all interim fee awards final.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 02, 2016

**Prepared by:**

Travis J. Eliason
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000